FILED

THE UNITED STATES DISTRICT COURT 2017 JUN 23 PM 12: 53
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| STEVE WENTZ, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. |
| v. | ) |
| | ) 6:17-cv- 1164-ORL-18GJK |
| PROJECT VERITAS, a Virginia | ) |
| corporation; JAMES O'KEEFE III, | ) |
| an individual; ALLISON MAASS, | ) |
| an individual; and | ) |
| BREITBART NEWS NETWORK, LLC, a | ) |
| Delaware company, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## COMPLAINT

COMES NOW Plaintiff, STEVE WENTZ, by and through his undersigned counsel, and files this complaint against Defendants, PROJECT VERITAS, JAMES O'KEEFE III, ALLISON MAASS, and BREITBART NEWS NETWORK, LLC.

### SUBJECT-MATTER JURISDICTION

1.    This action arises under 18 U.S.C. § 2520 and therefore, this Court has original jurisdiction pursuant to 28 U.S.C. § 1331.

2.    This Court has pendent jurisdiction over the state law claims related to section 934.10, Florida Statutes; section 22-2518, Kansas Statutes; and defamation, as they derive from the same common nucleus of operative facts as the federal claims.

## PERSONAL JURISDICTION & VENUE

3.   Defendant PROJECT VERITAS is a Virginia corporation whose principal address is in Westchester County, New York.

4.   Defendant ALLISON MAASS is an individual who, upon information and belief, resides in Hennepin County, Minnesota.

5.   Defendant JAMES O'KEEFE III is an individual who, upon information and belief, resides in New York.

6.   Specific Personal jurisdiction is proper in Florida over Defendants PROJECT VERITAS, ALLISON MAASS, and JAMES O'KEEFE III, pursuant to section 48.193(1)(a)2, Florida Statutes, because they committed tortious acts in Florida. As explained in Counts I and III herein, Project Veritas and Maass intercepted a secret unauthorized recording of Plaintiff in Florida; O'Keefe and Project Veritas procured a secret unauthorized recording of Plaintiff in Florida; and O'Keefe and Project Veritas disclosed an intercepted conversation in Florida.

7.   Defendant BREITBART NEWS NETWORK, LLC is a Delaware company headquartered in California.

8.   General Personal Jurisdiction is proper in Florida over Defendant BREITBART NEWS NETWORK, LLC ("Breitbart"), under section 48.193(2), because of its substantial, not isolated, ties to and activity within Florida. Breitbart is a rightwing "news" entity

that engages in extensive and pervasive, continuous and systematic, general business in Florida, as shown below:

a.    It continuously solicits and procures readers and subscribers among millions of Florida residents, and Florida residents remain a large portion of its readership. Breitbart benefits financially from these readers, as it cites to readership numbers when selling advertising and basing its ad rates.

b.    It further benefits from its Florida readers because it sells items — T-shirts, hats, drinkware, and collectables, including a doormat reading "This home protected by the Second Amendment" — to them through its "Breitbart Store."

c.    It continually publishes content onto its Facebook page, which is "liked" by about 3.4 million individuals, many of whom are Florida residents.

d.    A significant number of its advertisers are, and thus it derives ad revenue from, Florida businesses, including, for example, Frank Gay Plumbing, Inc., an Orlando business that caters to only Florida customers; and ACI Universal Payments, which is headquartered in Naples.

e.    It reports significantly on events and happenings in Florida and maintains "Florida" articles under a "Tag: Florida" section, which features about a new article targeting Florida each day, at http://www.breitbart.com/tag/florida/, and includes local stories, including, for example, an alleged "food stamp fraud" in South Florida; an Ocala resident tackling a shooter outside an Ocala Wing House restaurant; Kellogg's layoffs in Weston, Florida; the alleged hacking of information of Florida concealed-weapon permit holders; and, of course, Trump's many goings-on at Mar-a-Lago.



f.   It frequently sends its own agents (reporters) directly to Florida for the purpose of covering events such as the 2016 Florida Republican primary; Trump's multiple rallies in Florida; Trump's June 16, 2017, speech in Miami, and more.

g.   It employs, as reporters or contributors, Florida residents who write their content and submit it to Breitbart's editors from Florida.

h.   Steve Bannon, its news executive at the times relevant herein, was, at the time, a Florida resident, registered to vote in Florida.

i.   It broadcasts commentary on satellite radio (Sirius), which broadcasts into Florida and receives and broadcasts listener calls from Florida residents.

9.   Pursuant to 28 U.S.C. § 1391 venue is proper herein as a substantial part of the events or omissions giving rise to the claim occurred within this judicial district.

## FACTUAL ALLEGATIONS

10.   Defendant Project Veritas is a right-wing organization that creates and distributes heavily edited propaganda videos with agendas to "embarrass or ensnare liberal groups"[1] and "force people to resign."[2]

---

[1] *See, e.g.,* Ron Claiborne and Ben Forer, *James O'Keefe Ensnares Liberal Groups Using Actors and Hidden Cameras,* ABC NEWS, Mar. 9, 2011, http://abcnews.go.com/US/video/james-okeefe-ensnares-liberal-groups-actors-hidden-cameras. [2] *Ryan Lizza, James O'Keefe's latest attempt to sway the 2016 campaign,* NEW YORKER, May 30, 2016, http://www.newyorker.com/magazine/2016/05/30/james-okefe-accidentally-stings-himself.



11.   Project Veritas is run and operated by its president, JAMES O'KEEFE III, who, in such operation, has been labeled "a leading practitioner of political warfare"[3] and a "conservative provocateur."[4]

12.   O'Keefe and Project Veritas are masters of propaganda. Even the name "Project *Veritas*," which incorporates the Latin word for "truth," is a euphemism for what would more aptly be called, "Project Deception."

13.   O'Keefe and Project Veritas refer to their operatives as "journalists" and "investigative reporters"; however, Project Veritas, O'Keefe, and these operatives do not adhere to the Society of Professional Journalists Code of Ethics or the basic tenets of journalism.[5]

---

[3] *Id.*, note 1.

[4] Stelter, Brian, *Conservative provocateur James O'Keefe is setting his sights on CNN*, CNN, Feb. 22, 2017, http://money.cnn.com/2017/02/22/media/james-okeefe-cnn/.

[5] Michael Gerson, *The NPR Video and Political Dirty Tricks*, WASH. POST, Mar. 17, 2011 (opinion), *available at* https://www.washingtonpost.com/opinions/the-npr-video-and-political-dirty-tricks/2011/03/17/ABbyMym_story.html. ("There is no ethical canon or tradition that would excuse such deception on the part of a professional journalist.") (citing to Bob Steele, *Deception/Hidden Cameras Checklist*, POYNTER INSTITUTE (July 5, 2002), http://www.poynter.org/2002/deceptionhidden-cameras-checklist/ (noting that undercover journalism can only be justified on matters of "profound importance" when "all other alternatives for obtaining the same information have been exhausted.")

14.   Rather, they use subversive tactics, fake names, and secret hidden cameras,[5] and, under false pretenses, induce people to make specific statements that can be taken out of context.

15.   O'Keefe and Project Veritas have developed a style of video editing that is "selective and deceptive," creating final products that "exclude[] explanatory context, exaggerate[]" other aspects, and misattribute quotes.[6]

16.   These undercover sting and deceptive editing "tactics are not a new brand of gonzo journalism. They are a sophisticated version of the political dirty trick."[7]

17.   By combining the undercover sting tactics and deceptive editing, O'Keefe and Project Veritas do "not merely leave a false impression," but rather "manufacture[] an elaborate, alluring lie."[8]

18.   At all times relevant herein, Defendant Maass was an operative of — or so-called "investigative reporter" to — Project Veritas and O'Keefe.

---

[5] *See, e.g.*, Stelter, *supra*. (O'Keefe and Project Veritas have developed the tactic of using "undercover stings to trap his targets.")

[6] *Accord*, Gerson, *supra*.

[7] *Id.*

[8] *Id.*

19.   Plaintiff, STEVE WENTZ, is an individual residing in Wichita, Kansas.

20.   Wentz is, and at all relevant times herein was, a teacher and president of United Teachers of Wichita.

21.   On June 26-29, 2015, the National Council of Urban Education Associations (NCUEA) held a conference in Orlando, Florida, which Wentz attended.

22.   Project Veritas and O'Keefe sent Maass to the NCUEA convention for the purpose of secretly making video recordings of conversations with members of teacher's unions.

23.   The goal shared by Project Veritas, O'Keefe, and Maass was to capture clips of this secretly recorded footage that Project Veritas and O'Keefe could use in videos creating an inference of corruption among teacher's unions.

24.   Project Veritas and O'Keefe planned to use these videos the following year in a series designed to discredit teachers unions during the 2016 election cycle.

25.   Wentz was one such unsuspecting teacher.

26.   One evening during the NCUEA conference, Wentz sat at a bar at the Hilton Orlando Lake Buena Vista.

27.   A young woman was also at the bar.

28.   Wentz had never seen or met this woman before.



29. She said she was another a teacher attending the conference.

30. She was not, as she told Wentz, a teacher.

31. Unbeknownst to Wentz, this woman was Maass, an operative of Project Veritas.

32. Maass struck up a conversation with Wentz.

33. Secretly, Maass video-recorded the conversation.

34. During the conversation, Maass introduced the topic of misbehaving, out-of-control teenage boys and encouraged Wentz to discuss how he had handled such situations.

35. Wentz recalled, and begun to tell, a particularly memorable anecdote of an incident when he had feigned force, or used "tough love," to connect with, and eventually help a troubled student. The story, as he's told on other occasions, goes, substantially, as follows:

    a.  In the 1990s, Wentz was preparing to show a DVD to his history class. Because DVD players were new and the district had not yet bought them, he had used his own funds to buy one, which he kept locked in a cabinet. As Wentz retrieved and began to set up his DVD player, a student muttered something like, "I'm gonna steal that motherfucker." Wentz told the student he wasn't going to steal *that* player because it was *his*, and he wasn't going to just let it go. The kid leaned toward his friend and said something like, "I'm gonna kick his ass."



b.   This boy's in-class comments were indicative that this particular student was headed down a wrong path, possibly into gang, like many teenage boys in Wichita at the time. As a teacher, Wentz strove to connect to his students to show them he cared about them with the hope he could make a difference. And, many times, he did.

c.   Wentz waited until the end of class. Once the other students had left, he told the student something like, "You really wanna kick my ass? You really think I'm a 'motherfucker'? Son, go for it. I'll give you the first shot. But be sure to finish what you start because, if you don't, I guarantee you, I will kick your fucking ass."

d.   The student was silent and looked a little sheepish.

e.   But Wentz did not stop there. "There is another option, however," he said. "Come to class prepared, do your work, don't be a jerk, and you'll find out I'll be your best friend" (paraphrasing).

f.   Wentz said he would advocate diligently for the student and strive to help him succeed. "But only if you meet me half way," because Wentz's effort would be directly proportionate to the student's own effort to help himself, he said.

g.   At the end of that talk, Wentz and the student agreed to put this incident behind them. And they did. The student passed his class without any other incident.

h.   Years later, Wentz ran into that former student, who gave Wentz a hug. The former student asked if Wentz remembered that time he said he could kick his ass. Wentz began to apologize, but the former student laughed and said it was "the best thing

> that ever happened to him" because it straightened
> him out and set him on the right path.

36. Wentz was particularly proud of the outcome of this incident because he did, indeed, turn the student's life around by giving him the attention and care needed at that time. As such, he has told the story many times.

37. When a young teacher implied that she herself was faced with challenges of at-risk students, he was happy to relay his story, to show that, by connecting to students in their own, honest way, teachers can make a difference in their lives.

38. Maass, however — and Project Veritas and O'Keefe — were interested in only a sliver of the story: the "threats" Wentz had feigned prior to encouraging the student to come to class and work.

39. After the conversation, Wentz did not see Maass again. He had no idea she had taped him; it was simply an anecdote told in a bar to a fellow teacher.

40. Maass transferred the recording of Wentz to Project Veritas and O'Keefe for editing and eventual publication.

41. Months later, back in Kansas, Wentz was contacted by a man, Dan Sandini, who told Wentz he was an uncle of one of Wentz's students.

42. Like Maass had lied about her identity, Sandini also lied about his; he was not related to any of Wentz's students.



43. Unbeknownst to Wentz, Sandini was a Project Veritas operative.

44. Sandini requested a meeting with Wentz, who agreed and did meet with him at a Panera.

45. Like Maass had done in Florida, Sandini recorded the meeting secretly and without Wentz's consent.

46. During their meeting, Sandini made vague references and accusations about Wentz, without substantiating them with specific facts so Wentz would know what he was talking about, while intending to incite an aggressive reaction for the hidden camera.

47. Sandini then transferred the recording to Project Veritas and O'Keefe for eventual editing and publication.

48. Project Veritas and O'Keefe took Maass's and Sandini's footage and pulled from each select clips, which they juxtaposed with O'Keefe's prepared narration, into a single, nine-minute, forty-two-second video about Wentz.

49. Wentz was targeted because he was the president of United Teachers Wichita, and O'Keefe and Project Veritas were on a mission to discredit teachers' unions during the election cycle.

50. The video was part of a "series" Project Veritas had made to create an appearance of corruption in teacher's unions.

51.   The video attacked Wentz's integrity as an educator, made him appear violent and dishonest, corrupt, and created an illusion that he played hooky from his job.

52.   On or about June 28, 2016, Project Veritas published the video to its official YouTube channel, "veritasvisuals," under the title, *Teachers Union President to Kid: "I Will Kick Your F***ing Ass."*[10]

53.   Because Wentz did not know he had been recorded or was a subject of the video, he did not have a reasonable opportunity to discover the recording until after it had been published.

54.   When Wentz did see the video, he was shocked and appalled.

55.   In the video,

    a.   Wentz's face is shown, full-screen, while lyrics instruct the viewer to: *"Look at his face! Look in his eyes! . . . Check out his lies! Lies!"*

    b.   Wentz is depicted as a violent and dangerous man who threatens violence against his students.

    c.   He appears to regale tales of how he "handled" a disruptive student by threatening violence against him.

    d.   The video's narrator, O'Keefe, says Wentz is among "violent teachers" who "engage[d] in questionable behavior."

---

[10] Available at https://www.youtube.com/watch?v=YheNaAEPev8 (last checked June 22, 2017).



e.  Wentz is given an appearance as someone who lies and shirks his duties as a teacher and president of the teacher's union. O'Keefe, in his narration, accuses Wentz of not wanting "to own up to his own actions" and using his "union president position to protect himself."

56.  Overall, the video makes Wentz look untrustworthy, corrupt, and makes the union look corrupt.

57.  Project Veritas and O'Keefe published the video also on Project Veritas's website in a category called "corruption."

58.  Shortly after publishing the video, Project Veritas and O'Keefe published additional, written content about Wentz on Project Veritas's website and its Facebook page, and O'Keefe's Facebook page and personal Facebook timeline.

59.  This content accused Wentz, among other things, of "abusing his students"; "abusing children"; and "brag[ging] about abusing kids."

60.  On or about June 28, 2016, Breitbart published an article about the video.

61.  On June 29, 2016, O'Keefe and Project Veritas published on the Project Veritas website a "quick overview about" news



coverage on the video they had released, adding that they had "launched the story with our friends at Breitbart."[11]

62.   At the time of this filing, Breitbart's involvement in the surreptitious video recording, prior to its publication, is unknown. However, Plaintiff reserves the right to include Breitbart in Counts I-IV upon discovery of any such involvement in procuring Project Veritas and O'Keefe to intercept the communications, and notifies all parties of their right to preserve all evidence, including communications, financial records, and more, related to same.

63.   All prerequisites to filing this action have been met, or Defendants have waived them.

64.   On or about June 2, 2017, Wentz, by and through his attorney sent a notice of defamation with notice of duty of preservation of documents to O'Keefe, Project Veritas, and Breitbart. However, the defamatory video and content remains as published on the Internet.

65.   Wentz has incurred attorney's fees in the prosecution of this action.

---

[11] Staff Report, *Media Highlights from Wichita Teachers Union President Investigation,* PROJECT VERITAS, (June 29, 2016) http://projectveritas.com/2016/06/29/media-highlights-from-wichita-teachers-union-president-investigation/



## COUNT I: INTERCEPTION OF ORAL COMMUNICATION
## IN VIOLATION OF 18 U.S.C. § 2521
### (June 2015 incident in Orlando)

66.   Wentz   incorporates   herein   by   reference   all allegations contained in Paragraphs 1-65.

67.   Wentz brings this count under 18 U.S.C. § 2520 against Project   Veritas,   O'Keefe,   and   Maass   for   the   intentional interception, disclosure, and/or use of his oral communication, and the procuring of that intercepted communication, in violation of 18 USC § 2511.

68.   Project Veritas and O'Keefe procured Maass to intercept Wentz's oral communications.

69.   In June 2015, while at the Orlando Convention Center, Maass, acting individually and as agent of Project Veritas, used a concealed recording device to intercept and record Wentz's oral communications without Wentz's authorization.

70.   The interception and recording of a conversation was O'Keefe's, Maass's, and Project Veritas's conscious objective. With O'Keefe's assistance and tutelage, Maass and Project Veritas installed or placed the recording device surreptitiously in a location with the intention that it record Wentz without his knowledge.

71.   After capturing Wentz's oral communications, Maass transferred the recording to O'Keefe and Project Veritas in New York, who used it to create a Project Veritas video on YouTube.

72.   O'Keefe, Project Veritas, and Maass had motives to record Wentz secretly so he would say things that, when creatively edited, would make him appear violent and dangerous in the edited video; and to make Wentz, as teacher's union president, appear violent and corrupt, and create an overall impression of corruption in the union and teachers' unions in general.

73.   O'Keefe, Project Veritas, and Maass acted intentionally and maliciously, wantonly, willfully, and in bad faith, with gross and reckless disregard for Wentz's rights and interest, without Wentz's consent or approval, and without any good-faith reliance on a court order or legislative authorization for their acts.

74.   Wentz did not give his consent or authorization, express or implied, to allow Defendants to intercept these oral communications, procure their interception, or to use the intercepted communications.

75.   Sitting at the bar and having a private conversation where there were no visible cameras or recording devices, Wentz had a reasonable expectation that his oral communications with Maass would not be recorded and transferred to a different location and eventually broadcast on the Internet.

76.  As a result of Defendants' violation of 18 USC § 2511, Wentz suffered damages to his reputation and emotional damages. Furthermore, Defendants' flagrant and wanton, or malicious conduct give rise to an award of punitive damages.

WHEREFORE, Plaintiff, STEVE WENTZ, respectfully requests that this Honorable Court enter judgment against Defendants PROJECT VERITAS, JAMES O'KEEFE III, and ALLISON MAASS, in accordance with 18 U.S.C. § 2520, for:

    a.  Equitable relief requiring immediate destruction of the recording and enjoining the further dissemination of it;

    b.  The greater of:

        i.  Wentz's actual and compensatory damages suffered plus any profits made by Defendants as a result of the violation, or

        ii. Statutory damages of the greater of $100 a day or $10,000; and

    c.  Punitive damages in an amount to be determined by the jury; and

    d.  A reasonable attorney's fee and other litigation costs reasonably incurred, pursuant to 18 U.S.C. § 2520(b)(3).

### COUNT II: INTERCEPTION OF ORAL COMMUNICATION
### IN VIOLATION OF 18 U.S.C. § 2520
### (October 2015 incident in Kansas)

77.  Wentz incorporates herein by reference all allegations contained in Paragraphs 1-65.



78.   Wentz brings this count under 18 USC § 2520 against Project Veritas and O'Keefe for the intentional interception, disclosure, and/or use of his oral communication, and the procuring of that intercepted communication, in violation of 18 USC § 2511.

79.   Project Veritas and O'Keefe procured Dan Sandini to intercept Wentz's oral communications at a Panera in Wichita.

80.   In or about October 2015, while at a Panera in Wichita, Project Veritas, acting through Dan Sandini, used a concealed recording device to intercept and record Wentz's oral communications.

81.   The interception and recording of a conversation was the intentional and conscious objective of Project Veritas and O'Keefe. With O'Keefe's assistance and tutelage, Project Veritas (acting through Sandini), installed or placed the recording device surreptitiously in a location with the intention that it record Wentz without his knowledge.

82.   After capturing Wentz's oral communications, Project Veritas (acting through Sandini) transferred the recording to O'Keefe and the Project Veritas office in New York, and O'Keefe and Project Veritas used it to create a video on YouTube.

83.   Project Veritas and O'Keefe had a motives to record Wentz secretly so he would say things that, when creatively edited, would make him appear hostile, corrupt, and shirking his duties;



and to make Wentz, as teacher's union president, appear violent and corrupt, and create an overall impression of corruption in the union and teachers' unions in general.

84.   Project Veritas and O'Keefe acted intentionally and maliciously, wantonly, willfully, and in bad faith, with gross and reckless disregard for Wentz's rights and interest, without Wentz's consent or approval, and without any good-faith reliance on a court order or legislative authorization for their acts.

85.   Wentz did not give his consent or authorization, express or implied, to allow Project Veritas or O'Keefe to intercept these oral communications, procure said interception, or use the intercepted communications.

86.   Sitting at a table in a secluded area of a Panera and having a private conversation where there were no visible cameras or recording devices, Wentz had a reasonable expectation that his oral communications with Maass would not be recorded and transferred to a different location and eventually broadcast on the Internet.

87.   As a result of Project Veritas and O'Keefe's violation of 18 USC § 2511, Wentz suffered damages to his reputation and emotional damages. Furthermore, Project Veritas and O'Keefe's flagrant and wanton, or malicious conduct give rise to an award of punitive damages.

WHEREFORE, Plaintiff, STEVE WENTZ, respectfully requests that this Honorable Court enter judgment against PROJECT VERITAS and JAMES O'KEEFE III, in accordance with 18 U.S.C. § 2520, for:

a. Equitable relief requiring immediate destruction of the recording and enjoining further dissemination of it;

b. The greater of:

    i. Wentz's actual and compensatory damages suffered plus any profits made by Defendants as a result of the violation, or

    ii. Statutory damages of the greater of $100 a day or $10,000; and

c. Punitive damages in an amount to be determined by the jury; and

d. A reasonable attorney's fee and other litigation costs reasonably incurred, pursuant to 18 U.S.C. § 2520(b)(3).

## COUNT III: VIOLATION OF FLORIDA SECURITY OF COMMUNICATIONS ACT (FSCA), FLA. STAT. § 934.10

88. Wentz incorporates herein by reference all allegations contained in Paragraphs 1-65.

89. Wentz brings this count under Fla. Stat. § 934.10 against Project Veritas, O'Keefe, and Maass for the intentional interception, disclosure, and/or use of his oral communication, and the procuring of that intercepted communication.

90. Project Veritas and O'Keefe procured Maass to intercept Wentz's oral communications.

91.   In June 2015, while at the Orlando Convention Center, Maass and Project Veritas used a concealed recording device to intercept and record oral communications between her and Wentz.

92.   Wentz did not give his consent or authorization, express or implied, to allow the interception of these oral communications.

93.   The interception and recording of a conversation was O'Keefe's, Maass's, and Project Veritas's conscious objective. With O'Keefe's assistance and tutelage, Maass and Project Veritas installed or placed the recording device surreptitiously in a location with the intention that it record Wentz without his knowledge.

94.   After Maass intercepted and recorded the oral communications with Wentz, she transferred the recording to Project Veritas and O'Keefe.

95.   Project Veritas and O'Keefe edited the recording to defame Wentz and published the edited version on its YouTube channel, "veritasvisuals," on June 28, 2016, disclosing the contents of Wentz's intercepted oral communications to the public, worldwide.

96.   As a direct and proximate result of Defendants' actions and conduct, Wentz has suffered and will continue to suffer damages, including economic damages, lost revenue/profits,

reputation damages, and damage to his current and prospective business relations.

WHEREFORE, Plaintiff, STEVE WENTZ, respectfully requests that this Honorable Court enter judgment against Defendants ALLISON MAASS, JAMES O'KEEFE III, and PROJECT VERITAS, for Wentz's actual damages, pre-judgment interest, costs, and such other and further relief as this Court may deem proper. Wentz reserves the right to, pursuant to section 768.72, Florida Statutes, amend his complaint and seek punitive damages upon the requisite showing.

### COUNT IV: VIOLATION OF § 22-2518, KANSAS STATUTES

97. Wentz incorporates herein by reference all allegations contained in Paragraphs 1-65.

98. Project Veritas procured Dan Sandini to interview and secretly record a conversation with Wentz.

99. Shortly after the convention, Sandini contacted Wentz and requested a meeting. Wentz agreed to and did meet Sandini in an isolated section of Panera.

100. Wentz did not give his consent or authorization, express or implied, to allow Sandini to intercept his oral communications with Sandini.

101. Wentz had a reasonable expectation that his oral communication with Sandini would not be subject to interception.



102. During the meeting Sandini, acting on behalf of Project Veritas and O'Keefe, intentionally used a hidden electronic recording device to record and intercept Wentz's oral communications with Sandini.

103. O'Keefe and Project Veritas had a motives to record Wentz secretly so he would say things that, when creatively edited, would make him appear violent and lazy in the edited video, as if he was not doing his job; and to make Wentz, as teacher's union president, appear violent and corrupt, and create an overall impression of corruption in the union and teachers' unions in general.

104. Sandini then transferred the recording to Project Veritas and O'Keefe.

105. O'Keefe and Project Veritas acted intentionally and maliciously, wantonly, willfully, and in bad faith, with gross and reckless disregard for Wentz's rights and interest, without Wentz's consent or approval, and without any good-faith reliance on a court order or legislative authorization for their acts.

106. As a result of this violation, Wentz suffered damages to his reputation and emotional damages.

WHEREFORE, Plaintiff, STEVE WENTZ, respectfully requests that this Honorable Court enter judgment against Defendants PROJECT

VERITAS and JAMES O'KEEFE III for Wentz's actual damages, but not less than liquidated damages computed at the rate of $100 a day for each day of violation or $1000, whichever is greater; reasonable attorneys' fees and other litigation costs reasonably incurred; pre-judgment interest; and such other and further relief as this Court may deem proper. Wentz reserves the right to, pursuant to section 768.72, Florida Statutes, amend his complaint and seek punitive damages upon the requisite showing.

### COUNT V: DEFAMATION (OR DEFAMATION BY IMPLICATION)

107. Wentz incorporates by reference all allegations contained in paragraphs 1-65.

108. This is a count against Defendants Project Veritas and O'Keefe for common-law defamation for the video.

109. Project Veritas and Maass, with O'Keefe's tutelage, secretly took video recordings of Maass's conversations with Wentz.

110. Project Veritas and O'Keefe heavily edited the recordings, omitting most of the reasoning and all explanatory detail from O'Keefe's story, changing the entire context and important elements of Wentz's comments, and cherry-picking the comments that best suited their purpose.

111. Project Veritas and O'Keefe included their heavily edited portions, as well as other images of Wentz they had found



online, in a 9-minute, 42-second video, titled *Teachers Union President to Kid: "I Will Kick Your F***ing Ass."*[20]

112. On or about June 28, 2016, Project Veritas and O'Keefe published this video on YouTube, under the account "veritasvisuals," along with a description that reads:

> The fourth video of the undercover teachers union series shows a **systemic problem of corruption** within the teachers union that extends far beyond New York City. In this fourth video, Steve Wentz, the President of the United Teachers of Wichita **admits to physically assaulting children in the classroom and being protected by the union.**

(Emphasis added.)

113. Project Veritas and O'Keefe also published the video on the Project Veritas website, under the website's "corruption" category, to imply Wentz is corrupt.

114. The video's introduction is about 53 sections:

   a. It opens with a gold and blue "Project Veritas" logo while a voice — belonging to Wentz — says, ". . . pull the shades down, take all my shit out of my pockets and go, 'You, you really wanna kick my ass?'"

   b. The video cuts to a shaky image of a hotel bar. Wentz, barely in the frame, continues: "'You really think I'm a motherfucker? Son, go for it. And I'll give you the first shot.'"

---

[20] Available on YouTube at https://www.youtube.com/watch?v=YheNaAEPev8.



c. Maass asks, "You've done this to a student?"

d. Wentz: "I've done this more than once. And I said, 'But, I guarantee you, I will kick your fucking ass—'"

e. The video makes a clear edit, then cuts to a clip of Wentz saying, "The Union would throw me under the bus. I mean—"

f. Maass: Would they?

g. Wentz: Are you serious? I mean, yeah. If it was *proven* that I told a kid, "Come at me, hit me, and I'll kick your ass"? Oh yeah, they wouldn't—

h. The video cuts to Wentz sitting at a table and puts text on screen, referring to the speaker as "PV JOURNALIST": "His folks are talking about going to the union or gong to the police."

i. Wentz replies, "OK, go for it. First of all, I mean, I'm the president of the Union, so—" The bottom fourth of the screen reads, "STEVE WENTZ, PRESIDENT OF UNITED TEACHERS OF WICHITA . . ."

j. The bottom fourth says, "PJ JOURNALIST: 'So you're saying it didn't happen?'"

k. Then, "STEVE WENTZ, PRESIDENT OF UNITED TEACHERS OF WICHITA: I've never said that to a kid at school."

115. Then, at about 53 seconds, the video cuts to a montage of hand-picked pictures of Wentz's face and screenshots pulled from the previous segment rolling up and down a screen in a flashy filter while a hip-hop song loudly instructs:



> *Sometimes you just gotta tell it like how it is, you know?*
> *Look at his face!*
> *Look in his eyes!*
> *I know you can see it, I know you can see it!*
> ***Check out his lies! Lies!***
> ***He told us he cared, he told us he cared.***
> ***He's feeding us lies.***
> *Look at his face, look in his eyes!*

116. The video cuts to a narrator, O'Keefe, who, emulating a broadcast-journalism tone, à la *60 Minutes,* explains:

> Our "Teacher's Union Investigation" has exposed **union officials who enthusiastically encouraged us to commit fraud, abuse vacation time, cover up drug abuse, and — most disturbing of all — excuse physical abuse of students.** But are there also union officials who used to engage in **questionable behavior** when they were teachers? And, if so, how far up can these **violent teachers** get in the union's ranks?
>
> **Meet Steve Wentz,** President of the United Teachers of Wichita, who was elected to his first term last year.
>
> [O'Keefe's narration is interrupted while a video clip, "Believe in Steve," Wentz's campaign video, which was used without Wentz's permission and edited selectively, plays.]

117. The narrator continues, with the following, during which Wentz is shown, in black and white, slow-motion, drinking a beer and placing the near-empty beer glass on the bar top:



> Like many of the union officials we've
> encountered so far, **there's more to Wentz
> than meets the eye.** Shortly after his term as
> UTW president began, Wentz **met with one of
> our undercover journalists at a bar and made
> a disturbing admission.**

118. The video then cuts to a segment of the video Maass

recorded in the hotel bar, and Wentz says:

> Wichita state asked me to come out and talk
> to their new teachers in education about
> classroom discipline, and I went—
>
> [long pause, laughter] ex-military, I'm sure
> you— [laughter]
>
> I mean, you know, there were times in my
> class where I had a kid do something crazy
> and, you know. I told him, when the bell
> rings, I said, "Hey man, hang on. Hang on a
> minute, I want to talk to you." So the bell
> rings, and everybody leaves, and I go over,
> shut the door, lock it, pull the shades down,
> take all my shit out of my pockets and go,
> "You, you really wanna kick my ass? You
> really think I'm a motherfucker? Son, go for
> it. And I'll give you the first shot."

119. Maass asks, "You've done this to a student?"

120. Wentz: "I've done this more than once. And I said, 'But,

I guarantee you, I will kick your fucking ass—'"

121. The video then stops Wentz's story with a clear edit, a

flash of white, and returns to the same scene, with Wentz at the

bar, and the following dialog:



Wentz: The Union would throw me under the bus. I mean—

Maass: Would they?

Wentz: Are you serious? I mean, yeah. If it was proven that I told a kid, "Come at me, hit me, and I'll kick your ass"? Oh yeah, they wouldn't— I mean, I don't know about Virginia, but Kansas would hang my ass out to dry.

Maass: They wouldn't support you?

Wentz: No, No. No, that's over the line——

122.  The footage turns to black and white, and the narrator (O'Keefe) speaks over Wentz: "Despite Wentz knowing his actions could get in trouble with the union, would he own up to his admission now that he was the president?"

123.  The camera footage changes to the front at the Teacher's Union offices, and the door is opened. The narrator says: "By the time we sent another journalist to confront Wentz about his admission, he was already very comfortable in his new role."

124.  The video then spends about a minute on a "journalist" in the union office asking another union staffer where Wentz is, speculating where he might be ("the dentist?" or "a school"), and making it appear that Wentz is *anywhere* but on the job.

125.  The narrator, still in the serious, *60 Minutes*-style voice, says, in an ominous tone: "Our journalist noticed that Wentz was marked 'in the office' despite clearly being *out*." The video



zooms in on a whiteboard, and draws a red circle around Wentz's name and a magnet under "IN."

126. The scene cuts to the inside of a Panera — where Wentz had agreed to meet Sandini — and the narrator (still O'Keefe) says:

> When our journalist **finally tracked Wentz down**, it wasn't at a dentist's office or a school; it was at a coffee shop. And **the moment Wentz was asked about threatening students in the past, he turned hostile.**

127. Then a male voice, Sandini, who at all times herein was acting on behalf of O'Keefe and Project Veritas, apparently across the table, explains, "So I'm here visiting relatives and I have a nephew and he is concerned, my family is concerned, and he's been having problems with this, that, you took him aside and said and said that you were going to 'kick his fucking ass.'" Sandini emphasizes the last four words, annunciating each and saying them slowly.

128. Wentz explains that he has no idea what Sandini is talking about, that he is concerned about "the cryptic nature" of everything Sandini says, and Sandini responds, "We're just trying to keep the name of the child out of it."

129. Sandini keeps accusing Wentz of threatening students, and Wentz says, "I have never done that to a kid at school."



130. The video cuts to a black-and-white segment of a tablet sitting on a table, atop many print-outs of images of Wentz, playing a video of the footage of Maass saying, "You've done this to a student?" and Wentz saying, "I've done this more than once."

131. The video cuts back to the Panera. Sandini says that the student's "folks are talking about going to the union or gong to the police."

132. Sandini says, "I gave you my name, I gave you my number, if something changes and you want to come clean . . . If you want to come clean about it, let me know."

133. Wentz tells Sandini that if he wants to talk again, he can talk to Wentz's attorney. Sandini answers, "Is that were you were this afternoon when you were supposed to be at the dentist appointment? . . . I drove all the way down here to talk to you. I show up at your office, you're supposed to be at the dentist at 10, I show up at 2. . . . You've got to post in and post out. Don't you feel responsible to your constituents? . . . Nobody punched you out, nobody punched you in back at the— did you punch out at the office?"

134. Sandini then again accuses Wentz of threatening to "kick his [Sandini's nephew's] fucking ass," Wentz again denies it, and the video again cuts to the black-and-white footage of the tablet

playing Maass saying on video, "You've done this to a student?" and Wentz: "I've done this more than once. . . ."

135. The video closes with the narrator (O'Keefe), again, saying:

> We've been contacted by parents and students across the country reacting to our last few teacher's union videos about similar experiences they have had. Now, we strongly encourage any student who has been threatened by Mr. Wentz to come forward and contact us at projectveritas.com. It's clear Wentz doesn't want to own up to his actions and will use his *union president* position to protect himself. Wentz admits that what he did was wrong, and that, if the union found out, he would be in trouble. But he isn't worried. Why? Because Wentz *is* the Union.

136. The video then cuts again to, and closes with, images of Wentz flashing while the hip hop song sings, "*Look at his face! Look in his eyes! I know you can see it . . . Check out his lies! Lies!*"

137. At the time of filing this lawsuit, the video has had more than 20,400 views and 92 comments.

138. After Project Veritas posted its video to YouTube, excerpts were broadcast by several news stations, including without

limitation, to Wichita stations KWCH, KAKE, and KSCW.[15]

139. This publication is defamatory because:

a.  The video description, written on YouTube, is misleading because Wentz is not part of a "systemic problem of corruption," did not "physically assault children" and was not "protected by the union." The description, overall, makes Wentz appear dangerous, violent, and corrupt.

b.  The hip hop lyrics, played over images of Wentz, "Look in his eyes!" state, outright, that Wentz is a liar ("Check out his lies! Lies! . . . He's feeding us Lies!"), imply that he does not care about his students ("He told us he cared" (but it was a lie)), and makes him appear deceptive.

c.  The video's narration implies that Wentz is corrupt, fraudulent, abuses vacation time, and commits other crimes, which is untrue. It also, outright, states that his behavior is "questionable" and he is "violent," both of which are false.

d.  Wentz never "met" with any "journalist," as the video narration implies. Rather, he was set up by someone who faked her identity and deceptively falsely posed as a teacher while covertly and illegally recording him.

e.  By stating "there's more to Wentz than meets the eye," in the context provided, implies that he is corrupt, dishonest, and untrustworthy.

f.  The use, out of context, of Wentz's story about how he turned around a troubled teenager's life is

---

[15] A "mash-up" of these news stations' coverage of the story can be found at https://www.youtube.com/watch?v=Oo8EpFRzQqC, which was also published by Project Veritas's official YouTube Channel, "veritasvisuals" on June 29, 2016.



defamatory by implication because that portion of the story, taken out of context and juxtaposed with the video's narration and hip-hop song, does not let the viewer see Wentz's real intention, which was to help a student in a "tough love" sort of way, as opposed to — what the video portrays — to just threaten senseless violence.

g. The narration and, again, out of context clips, makes Wentz appear that he knowingly acts above the law (*i.e.*, "[d]espite Wentz knowing his actions could get in trouble with the union").

h. The Panera segment creates an impression that Wentz is violent and states that Wentz "turned hostile," which he did not.

i. The footage taken at the union office and the Panera segment, along with narration, make Wentz appear to play hooky on the union's dime, sneaking off to a coffee shop, not doing his job, nor caring to do his job, or caring to "punch in" or keep a record of his time.

j. By failing to state that Sandini had called Wentz and asked him to meet at Panera, and that Wentz was punctual in his meeting, but instead falsely stating that Sandini had tracked down Wentz, the video makes Wentz appear derelict in his duties, an untrustworthy truant who shirks responsibility.

k. By having Sandini ask Wentz whether Wentz had ever threatened to kick the ass of Sandini's nephew, which Wentz never did, then accusing him of lying which he did not, is defamatory because the original story — in the illegally obtained clip — was taken out of context and is part of an anecdote of an incident that occurred at least 20 years prior.



l.   The placement of the hotel bar video clip, interpolated in the middle (twice) of Sandini's clip with Wentz, makes it appear as if the video-playing tablet was actually on the table at Panera and Wentz could see it, when in actuality Wentz had no idea what Sandini was talking about because Sandini did not explain himself.

m.   Overall, the Panera segment portrays Wentz as corrupt, lying, lazy, unreliable, and violent, all of which are untrue.

n.   O'Keefe's narration, which bookends the video, is defamatory because it falsely creates a portrayal of corruption, untruth, and violence; implies that students have been threatened by Wentz; says Wentz has not "owned up" to his actions and is therefore a liar; portrays Wentz as corrupt, "us[ing] his union president position to protect himself"; says that he "admits that what he did was wrong, and that, if the union found out, he would be in trouble"; and implies that he has something to "worry" about. These implications and statements are untrue and damaging.

o.   By stating, "we strongly encourage any student who has been threatened by Mr. Wentz to come forward and contact us at projectveritas.com" creates the false implication that many students have been threatened by Wentz and are cowering in fear and need a source like "Project Veritas" to protect them.

p.   Overall, by encouraging Wentz to say certain statements on camera that Defendants could use out of context, then juxtaposing a series of video snippets and removing key contextual portions, Defendants created the false implication that Wentz is a violent, hostile, corrupt, and dishonest person who plays hooky from work and lies about

where he is, fraudulently stays clocked in on union member's dollars, and hides out in a coffee shop.

140. Project Veritas and O'Keefe made and published this false and defamatory video without reasonable care as to its truth or falsity of its contents, in that a proper investigation would have demonstrated to Project Veritas and O'Keefe that their video was false and misleading. The video gave false suggestions, impressions, and implications that conveyed a materially different meaning than the truth would have conveyed.

141. Project Veritas and O'Keefe knew the video was defamatory, because they knew Wentz had, in Orlando, merely told an anecdote about turning a troubled student's life around, and that he was not violent as Project Veritas and O'Keefe portrayed him to be, but rather a teacher who cared for his students; they knew he was not playing hooky from work but rather had arranged to meet Sandini under Sandini's suggestion and had relied on Sandini's representation that he was a student's uncle.

142. Project Veritas and O'Keefe knew that the song they played over Wentz's images was defamatory, as it accused Wentz repeatedly of making and "feeding . . . lies," with a musical background, and being untrustworthy.

143. Although Project Veritas and O'Keefe knew or should have known that their video was defamatory, they proceeded to publish

the video with actual malice, or with actual knowledge that it was false or reckless disregard of whether it was false, and with such gross and reckless negligence as to amount thereto, and with a conscious disregard for Wentz's rights and the truth.

144. Project Veritas and O'Keefe published the defamatory video with a motive to injure Wentz's reputation and character and make him appear corrupt. The motive was part of a right-wing plot to make teacher's unions, in general, appear disreputable and corrupt, and damage the public's perception of teacher's unions. The incorporated allegations were made with the intent to expose Wentz to hatred, ridicule, or contempt; charged Wentz with committing a violent crime of assault; make Wentz appear dishonest and call him a liar; implied that Wentz is a physically violent and dangerous man who threatens violence against his students; and tended to injure Wentz in his business, reputation, and occupation.

145. As a result of Project Veritas and O'Keefe defamatory video, Wentz has suffered and will continue to suffer damages, including, without limitation, reputation damages, stress, mental anguish, and damage to his current and prospective business relations.

WHEREFORE, Plaintiff, STEVE WENTZ, respectfully requests that this Honorable Court enter judgment against Defendants PROJECT VERITAS and JAMES O'KEEFE III, and, for Wentz's actual damages,

pre-judgment interest, costs, and such other and further relief as this Court may deem proper. Wentz reserves the right to, pursuant to section 768.72, Florida Statutes, amend his complaint and seek punitive damages upon the requisite showing.

COUNT VI: DEFAMATION (WRITTEN CONTENT)

146. Wentz incorporates by reference all allegations contained in paragraphs 1-65.

147. In addition to the video, and its description and title on YouTube, Project Veritas and O'Keefe published written defamatory content on Project Veritas's website about Wentz. This is a count for common-law defamation against Project Veritas and O'Keefe for that additional, written content.

148. On or about June 28, 2016, Project Veritas and O'Keefe published the following content on the Project Veritas website, available at: (1) https://projectveritas.com/teachers-unions-investigations/ and (2) http://projectveritas.com/2016/06/28/teachers-union-president-to-kids-i-will-kick-your-fg-ass/

> The fourth video of the undercover teachers union series shows a **systemic problem of corruption** within the teachers union that extends far beyond New York City. In this fourth video, the President of the United Teachers of Wichita **admits**



**to physically assaulting children in the classroom and being protected by the union.**

In James O'Keefe's video, an interaction takes place between several Project Veritas journalists and Steve Wentz, the President of United Teachers of Wichita. **Throughout several interactions, Wentz admits to being physically abusive to his students and not caring about the consequences since he is the president of the union.**

When Project Veritas journalists first encountered Wentz, it was at the National Council of Urban Education Associations (NCUEA) between June 26-29, 2015 at the Hilton Orlando Lake Buena Vista in Buena Vista, FL. The Project Veritas journalist engaged him at the bar where **Wentz made a disturbing admission.**

When the undercover journalist asked Wentz whether he did this to a student, he said, ""I've done this more than once and I said, but I will guarantee you, I will kick your fucking ass."

**Wentz admitted that the union would punish him for his actions if they ever found out,** as he even described his actions as "over the line". However, **Project Veritas wanted to find out whether or not Wentz would admit to the same confession he made in Orlando, but while in his role as union president.**

A different Project Veritas journalist posed as the uncle of the student who **Wentz bragged about threatening** and he



confronted Wentz in Kansas. **The journalist originally planned to confront Wentz at the union office where Wentz was clocked in, but a union employee said that Wentz was at a dentist appointment. When the PV journalist tracked Wentz down, he was at a coffee shop.**

**When the journalist confronted Wentz about his confession to threatening several students, Wentz denied it, saying, "I have never said that to a kid at school."**

**However, when the journalist said that he would be contacting the union or the police,** Wentz said, "Okay, go for it. I mean first of all, I'm the president of the union, so…," **suggesting that his position of authority would make him immune to any consequences.**

**After Wentz continued to deny what he originally said in Orlando,** the PV journalist continued to press **Wentz, who became increasingly more defensive and argumentative, using profanity and even resorting to threats.** "What I say to my kids is my fucking business, Dan. This conversation is over and I tell you what? If you show up again, I'm gonna call the cops."

Emphasis added.

149. In two Facebook posts, made June 28, 2016, on the Project Veritas Facebook page by "Project Veritas," Project Veritas and O'Keefe repeat some of the above-stated defamatory comments:



https://www.facebook.com/ProjectVeritas/ph
otos/a.328892323862959.76194.2367636564091
60/1053603004725217/?type=3&theater and

https://www.facebook.com/ProjectVeritas/vi
deos/1053498731402311/?video_source=pages_
finch_main_video

150.  The former of the two Facebook posts was a post updating a cover photo for the Project Veritas Facebook page. The cover image it is posted with is a photographic/textual collage in which Wentz's image is used three times, one which beneath the words: **"TEACHERS UNION PRESIDENT TO KIDS: 'I WILL KICK YOUR F*****G ASS'."** The Facebook image is posted with the following text:

> Meet Steve Wentz. Our latest unwilling YouTube star who was caught on camera **admitting to abusing his students**. Steve is the president of the United Teachers of Wichita teachers union in Kansas.

> "Do you really think I'm a motherf***er?" Steve Wentz, president of United Teachers of Wichita (UTW), describes to the undercover journalists what he asks his student. "Son, go for it and I'll give you the first shot...I will kick your f***ing ass."

Emphasis added.

151.  The second of the two Facebook posts includes the following text, which accompanies a link to the video:

> The fourth video of the undercover teachers union series shows a **systemic problem of corruption** within the teachers union that extends far beyond New York City. In this fourth video, **Steve Wentz,** the President of



> the <u>United Teachers of Wichita</u> **admits to physically assaulting children in the classroom and being protected by the union**.

Emphasis added.

152. On or about June 28, 2016, Project Veritas and O'Keefe published another article on the Project Veritas website about Wentz, with the bold headline, "Teachers Union President Admits To Abusing Children," at http://projectveritas.com/video/teachers-union-president-admits-to-abusing-children/. The article states:

> **Teachers Union President Admits To Abusing Children**
>
> (June 28, 2016)
>
> The fourth video of the undercover teachers union series shows a systemic problem of corruption within the teachers union that extends far beyond New York City. In this fourth video, Steve Wentz, the President of the United Teachers of Wichita **admits to physically assaulting children in the classroom, all wile having protection from the union.**
>
> In a meeting with a Project Veritas journalist, Wentz described his physical altercations with children, saying, "I've done this more than once and I said, but I guarantee you, I will kick your fucking ass." Wentz then explains that the union would "hang his ass out to dry" if they ever found out about the incident, but then he later said nothing would happen to him since he is the union president.



Emphasis added.

153. On or about June 28, 2016, O'Keefe, posting as "James O'Keefe"[14] published five Facebook posts about Wentz:

  a. The first post shared the Breitbart article that is the subject of Count VII herein, along with the following:

> SHOCKING NEW VIDEO RELEASED TODAY! MORE CORRUPTION WITHIN THE TEACHERS UNION EXPOSED.
>
> "A Project Veritas undercover investigative series revealing the corruption within teachers unions in the New York City area now turns to expose a local teachers union president in Wichita, Kansas.
>
> Do you really think I'm a motherf***er?" Steve Wentz, president of United Teachers of Wichita (UTW), describes to the undercover journalists what he asks his student. "Son, go for it and I'll give you the first shot...I will kick your f***ing ass." Breitbart

    https://www.facebook.com/JamesOKeefeAuthor/posts/10154241233257910. At the time of filing, this post had generated 31 "reactions": 23 "likes," 4 "angry," 3 wows, and 1 sad. This post is defamatory because it creates a false impression that Wentz is corrupt and violent.

  b. The second post shared a Project Veritas's Facebook post and added following commentary:

> The fourth video of the undercover teachers union series shows a systemic problem of corruption within the teachers union that extends far beyond the east coast.

---

[14] Facebook page at https://www.facebook.com/pg/JamesOKeefeAuthor/, run and operated by O'Keefe. At filing, it had more than 45,000 "likes."



In this video, several Project Veritas journalists meet with Steve Wentz, the President of United Teachers of Wichita. Throughout several interactions,**Wentz admits to being physically abusive to his students and not caring about the consequences since he is the president of the union**.

"I guarantee you, I will kick your f***ing ass." -- **Steve Wentz**, President of <u>United Teachers of Wichita</u>

<u>https://www.facebook.com/JamesOKeefeAuthor/post</u> <u>s/10154241302007910</u> (emphasis added). This post is defamatory because it implies that Wentz is corrupt and states, outright, that he is "physically abusive to his students and not caring about the consequences since he is the president of the union."

c.   The third post shared a Project Veritas post and added the following commentary, which is exactly the same text in Project Veritas's shared post:

BREAKING: NEW VIDEO

Teachers union president caught on camera **admitting to abusing children.**

**"I've done this more than once." –Steve Wentz**, <u>United Teachers of Wichita</u>

<u>https://www.facebook.com/JamesOKeefeAuthor/post</u> <u>s/10154241408742910</u> (emphasis added). This post is defamatory because it states, outright, that Wentz "abus[es] children" and has "done this [abuse children] more than once." At the time of this filing, this post had generated 13 "reactions": 10 "likes" and 3 "angry."

d.   The fourth post was a photo, a screenshot of Twitter, showing "@UTWitchita's Tweets are



protected." It contained the following commentary:

> Why is <u>United Teachers of Wichita</u> protecting their Twitter account @UTWichita? Could it be because of their president Steve Wentz?
>
> <u>http://projectveritas.com/2016/06/28/teachers-union-president-to-kids-i-will-kick-your-fg-ass/</u>
>
> <u>AFT - American Federation of Teachers</u> <u>NEA Today</u>

<u>https://www.facebook.com/JamesOKeefeAuthor/phot os/a.10150980015797910.449758.135160737909/1015 4241487902910/?type=3&theater</u>. This post is defamatory, when read in conjunction with the other, prior posts, because it implies that Wentz is a child abuser and corrupt and has gotten "caught" by Project Veritas and O'Keefe. At the time of this filing, it had generated 10 "reactions": 8 "likes," 1 "LOL," and 1 "angry."

e. The fifth post showed the video again, along with the following commentary:

> The fourth video of the undercover teachers union series shows a systemic problem of corruption within the teachers union that extends far beyond New York City. In this fourth video, **Steve Wentz,** the President of the <u>United Teachers of Wichita</u> **admits to physically assaulting children in the classroom and being protected by the union**.

<u>https://www.facebook.com/JamesOKeefeAuthor/post s/10154241579337910</u> (emphasis added). At the time of this filing, this post had generated 38 "reactions": 29 "likes," 7 "angry," 1 wow, and 1 sad. This post is defamatory because it outright states that Wentz "physically



assaulted children in the classroom and . . . was protected by the union."

154. On June 28, 2016, on his personal Facebook timeline, O'Keefe shared the Breitbart article about Wentz, featuring Wentz's photo, and said: "Local teachers union president brags about abusing kids." Screenshot below:



James O'Keefe
June 28, 2016

BREAKING NEW VIDEO: Local teachers union president brags about abusing kids



**Teachers Union President Brags About Threatening Student: 'I Will Kick Your F***ing Ass' - Breitbart**

Teachers Union President Brags About Threatening Student: 'I Will Kick Your F***ing Ass'

→ Share

😊👍 17

3 shares

Daniel Cox YOU, sir, are a national treasure
June 28, 2016 at 5:18pm


https://www.facebook.com/JamesOKeefeIII/posts/1010649979622813

155. On or about June 29 or 30, 2016, Project Veritas and



O'Keefe published another article on its website at https://projectveritas.com/2016/06/30/kake-abc-updates-their-coverage-of-project-veritass-teachers-union-investigation/, which reads as follows:

> **KAKE ABC Updates Their Coverage of Project Veritas's Teachers Union Investigation**
>
> (June 29, 2016)
>
> On June 29 2016, KAKE, the local ABC affiliate in Wichita, KS updated their coverage of Project Veritas's fourth video investigation which is part of their undercover union series, which shows a continuation of teachers unions and their **willingness to cover up child abuse** in the workplace. In this version of the news package, the KAKE reporter interviewed Stephen Gordon, the Project Veritas media spokesperson.
>
> The fourth video of the undercover teachers union series shows a **systemic problem of corruption** within the teachers union that extends far beyond New York City. In this fourth video, **Steve Wentz**, the President of the United Teachers of Wichita **admits to physically assaulting children in the classroom and being protected by the union.**

Emphasis added.

156. On or about August 11, 2016, Project Veritas and O'Keefe published another article on its website at https://projectveritas.com/2016/08/11/kansas-teachers-union-



president-finally-responds-to-KWCH-news/, providing:

**Kansas Teachers Union President Finally Responds to KWCH News**

(August 11, 2016)

The fourth video of the undercover teachers union series showed a **systemic problem of corruption** within the teachers union that extended far beyond New York City. In the fourth video, Steve Wentz, the President of the United Teachers of Wichita **admitted to physically assaulting children in the classroom and being protected by the union**. In this video, he finally made a statement to a local Kansas news station about being **caught on camera by undercover Project Veritas journalists**.

Emphasis added.

157. The content in the preceding paragraph is defamatory because:

    a.   It implies Wentz is corrupt, states he admits to physically assaulting children and was protected by the union about it, which makes him appear violent and corrupt, which is a false implication.

    b.   The article falsely states that he admits to being, and therefore is, "physically abusive to his students," which he is not. The Facebook post says he admitted to "abusing his students," which he never did do. The June 29/30 article implies that he has a "willingness to cover up child abuse."

    c.   The second Facebook post and three website articles say Wentz "physically assaulted children in the classroom," which he did not do.



d. The second Facebook post falsely says that Wentz is a part of a "systematic problem of corruption."

e. The article titled, "Teachers Union President Admits To Abusing Children," falsely accuses Wentz of "abusing children" in its headline and URL. It adds in the text that Wentz "physically assault[ed] children in the classroom" and had "physical altercations with children," which is false.

f. The implication and statements that Wentz was being protected by or covered up by the union — and therefore corrupt — are false (i.e., he does "not car[e] about the consequences since he is the president of the union" and outright statement that he "admitted to physically assaulting children in the classroom and being protected by the union"). Rather, Wentz had said he did not care about Sandini's complaints (because he knew the complaints were false), and these words were twisted to imply then outwardly state that Wentz had engaged in child abuse, which the union protected.

g. When Sandini had told Wentz, "I'm going to the union," he was already speaking to the union president, so therefore, When Wentz said, "first of all, I'm the president of the union," he did not mean that "that his position of authority would make him immune to any consequences." Rather, he meant that, if Sandini wanted to talk to the union, he was talking to the union right then and there.

h. Wentz never "made a disturbing admission." Rather, he told an anecdote, only part of which was used and taken out of context .

i.    It implies that Wentz had some sort of devious
      act to own up to, to admit to, and that he was
      using his "role as union president" to cover it
      up. It falsely states that he "bragged about
      threatening" a student with violence, therefore
      making him appear violent and out of control.

j.    The statements also include a complete falsity
      about the so-called "journalist" having
      "originally plan[ing] to confront Wentz at the
      union office," and misleadingly adds, "[w]hen
      the PV journalist tracked Wentz down, he was at
      a coffee shop." In reality, Sandini had asked
      Wentz to meet him at Panera, and Wentz was
      punctual. The entire segment, and content, is
      twisted around and implies that Wentz is lying
      to people, telling them that he is going to the
      dentist when he is really sneaking off to
      coffee shops. It makes him appear to be
      corrupt, which is all false. Furthermore, no
      "union employee" said Wentz was at a "dentist
      appointment."

k.    It falsely makes Wentz appear to be a liar and
      untruthful. It says that "the journalist
      confronted Wentz about his confession to
      threatening several students," and "Wentz
      denied it." Again, it implies that Wentz
      threatened students with violence.

l.    It makes Wentz falsely appear to be a liar and
      corrupt, accusing him of having "denied"
      threatening students (something that he did not
      do, in the way that it was presented). It
      falsely says, "Wentz continued to deny what he
      originally said in Orlando"; however, in
      reality, Sandini never told Wentz he was
      talking about an anecdote Wentz had told about
      an incident occurring more than 20 years ago.
      Instead, it was Sandini who had deceived and



tricked Wentz, saying he was the uncle of a student and implying an alleged incident of violence had recently occurred.

m.   It says the "journalist" would contact the police, which is false, because the "journalist" did not even know the student's name and had no reason to call the police, nor any intention of doing so, and also implies that Wentz committed a criminal act.

n.   It says that Wentz "became increasingly more defensive and argumentative, using profanity and even resorting to threats." This statement, taken in context with the entire content, further implies that Wentz is violent. By saying he resorted to "threats" makes it appear that he threatened violence. But saying that he will call the police on Sandini is not a "threat," because, indeed, what Sandini did was illegal and Wentz probably *should* have called the police on him.

o.   The text fails to disclose that Wentz was tricked and misled; coerced into saying certain things to fit into a mold; set up; and recorded without his permission.

p.   Stating that Wentz was "caught" by Project Veritas (again, *Veritas* means "truth") journalists about "physically assaulting children" and "being protected by the union," implies a further deviant nature of the spurious allegations.

158. Project Veritas and O'Keefe made and published this false and defamatory content without reasonable care as to its truth or falsity, in that a proper investigation would have

demonstrated that the defamatory content was false and misleading. The content gives false suggestions, impressions, and implications that convey a materially different meaning than the truth would have conveyed.

159. Project Veritas and O'Keefe knew the content was defamatory, because they knew Wentz had, in Orlando, merely told an anecdote about turning a troubled student's life around, and that he was not violent as Defendants portrayed him to be, or a child abuser, but rather a teacher who cared for his students; they knew he was not playing hooky from work but rather had arranged to meet Sandini under Sandini's suggestion and had relied on Sandini's representation that he was a student's uncle. They had no real legitimate reason to believe Wentz was corrupt.

160. Although Project Veritas and O'Keefe knew this content was defamatory, Defendants proceeded to publish it with actual malice, or with actual knowledge that it was false or reckless disregard of whether it was false, and with such gross and reckless negligence as to amount thereto, and with a conscious disregard for Wentz's rights and the truth.

161. Project Veritas and O'Keefe published the defamatory content with a motive to injure Wentz's reputation and character and make him appear corrupt. The motive was part of a right-wing

plot to make teacher's unions, in general, appear disreputable and corrupt, and damage the public's perception of teacher's unions.

162. The incorporated allegations were made with the intent to expose Wentz to hatred, ridicule, or contempt; charge Wentz with committing a violent crime of assault; make Wentz appear dishonest and call him a liar; imply that Wentz is a physically violent and dangerous man who threatens violence against his students; and tend to injure Wentz in his business, reputation, and occupation.

163. As a result of Defendants' defamatory video, Wentz has suffered and will continue to suffer damages, including reputation damages, mental anguish, stress, and damage to his current and prospective business relations.

WHEREFORE, Plaintiff, STEVE WENTZ, respectfully requests that this Honorable Court enter judgment against Defendants PROJECT VERITAS and JAMES O'KEEFE III, and, for Wentz's actual damages, pre-judgment interest, costs, and such other and further relief as this Court may deem proper. Wentz reserves the right to, pursuant to section 768.72, Florida Statutes, amend his complaint and seek punitive damages upon the requisite showing.

### COUNT VII: DEFAMATION (OR DEFAMATION BY IMPLICATION)

164. Wentz incorporates by reference all allegations contained in paragraphs 1-65.

165. This is a count against Defendant BREITBART NEWS NETWORK LLC for common-law defamation.

166. On or about June 28, 2016, Breitbart published false and defamatory content in an article titled, **"O'Keefe Sting — Teachers Union President Brags About Threatening Student: 'I Will Kick Your F\*\*\*ing Ass.'"** Article available at: http://www.breitbart.com/big-government/2016/06/28/teachers-union-president-tells-student-i-will-kick-your-fing-ass/.

167. Overall, the article creates a false and defamatory impression of Wentz as corrupt, lazy, and a liar.

168. The article reads as follows:

> *[Photograph of Steve Wentz]*
>
> A Project Veritas undercover investigative series revealing the corruption within teachers unions in the New York City area now turns to expose a local teachers union president in Wichita, Kansas.
>
> "Do you really think I'm a motherf\*\*\*er?" Steve Wentz, president of United Teachers of Wichita (UTW), describes to the undercover journalists what he asks his student. "Son, go for it and I'll give you the first shot...I will kick your f\*\*\*ing ass."
>
> *[Defamatory Project Veritas video about Steve Wentz]*



In the latest video by James O'Keefe, an interaction takes place between several Project Veritas journalists and Wentz.

The first meeting between Wentz and the journalists takes place at the National Council of Urban Education Associations (NCUEA) between June 26-29, 2015 at the Hilton Orlando Lake Buena Vista in Buena Vista, Florida.

As the video shows, the Project Veritas journalist talks to Wentz at the bar, where Wentz says:

Wichita State asked me to come out and talk to their new teachers in education about classroom discipline and I went... I mean, ex-military, I'm sure you... I mean you know, there were times in my class where I had a kid do something crazy and you know... I told him when the bell rings, I said hang on, hang on a minute, I want to talk to you. So the bell rings everybody leaves and I go over, shut the door, lock it, pull the shades down, take all my shit out of my pockets and I go, do you really want to kick my ass? Do you really think I'm a motherf***er? Son, go for it and I'll give you the first shot.

The journalist can be heard in the video asking Wentz whether he did this to a student, and Wentz replies, "I've done this more than once and I said, but I will guarantee you, I will kick your f***ing ass."

As the video progresses, Wentz says that the union would punish him for his actions if it discovered them, and acknowledges his actions are "over the line." However, the Project Veritas investigation probes further to determine whether Wentz would admit to the same actions while in his role as union president.

Another Project Veritas journalist poses as the uncle of the student whom Wentz bragged about threatening. The undercover journalist confronts Wentz in Kansas at a coffee shop. Project Veritas states the journalist had attempted to speak with Wentz at the union office where he worked, but was told by a union employee that Wentz was out at a dentist appointment.

**



PV JOURNALIST: So, I'm here visiting relatives and I have a nephew and he's concerned... My family is concerned that, and he's been having problems with this, that you took him aside and said that you were going to kick his f***ing ass.

WENTZ: Well, first of all I have no idea what you're talking about, Dan and second of all, it concerns me of the kind of cryptic nature of all this...

PV JOURNALIST: Okay. We're just trying to keep the name of the child out of it, and...

WENTZ: Well, certainly, I've spent 25 years looking out for the welfare of children and my own included. So, I'm confused as to who in the world would make an allegation like that?

PV JOURNALIST: So, you're saying it didn't happen?

WENTZ: I have never said that to a kid at school

PV JOURNALIST: His folks are talking about going to the union or going to the police, one of the two.

WENTZ: Okay, go for it. I mean first of all, I'm the president of the union, so...

PV JOURNALIST: Oh, so they're going to have your back?

WENTZ: Well, no, not if I've done something wrong...

Wentz continues to deny what he originally admitted in Buena Vista, and the PV journalist presses him:

PV JOURNALIST: I am just asking about whether this specific occurrence occurred, whether you said you know, I'm going to kick your f***ing ass to a kid? You've never said that?

WENTZ: Oh, I've said that before.

PV JOURNALIST: To a kid?

WENTZ: To my own kids.

PV JOURNALIST: How about to your students? How about to your students?



WENTZ: No, why would I say that to one of my students? And Dan...

PV JOURNALIST: So, you said it to your own kid... It's okay to say it to your own kids? I'm going to kick your f***ing ass?

WENTZ: What I say to my kids is my f***ing business, Dan. This conversation is over and I tell you what? If you show up again, I'm gonna call the cops.

PV JOURNALIST: I gave you my name, I gave you my phone number. If something changes and you want to come clean...

WENTZ: The guy you need to talk to next, his name is...

PV JOURNALIST: If you want to come clean about it, let me know

WENTZ: His name is... Well I'll let you talk to my attorney, okay? Let's do that. I'm not going to sit here and have somebody make an allegation like that...

PV JOURNALIST: Alright. Is that where you were this afternoon when you were supposed to be at the dentist appointment or...? I mean I drove all the way down here to talk to you, I show up at your office, you're supposed to be dentist at 10, I show up 2...

WENTZ: What are you, my f***ing mother?

PV JOURNALIST: Well, you've got to post in and post out. Don't you feel responsible to your constituents?

WENTZ: You're a piece of work, Dan. You are a piece of work...

PV JOURNALIST: Nobody punched you out, nobody punched you in back at the... Did you punch out at the office?

WENTZ: I don't have to punch out.

PV JOURNALIST: We'll probably get in touch with the union here.

WENTZ: Okay.



PV JOURNALIST: Maybe the NEA as well, talk to them. Talk to... Because when there's a specific allegation we have, you know specific allegation.

WENTZ: No, no...

PV JOURNALIST: My nephew has said that you took him aside and said, I am going to kick your f***ing ass.

WENTZ: I heard what you said.

PV JOURNALIST: And you say you did not say that?

WENTZ: I'm saying I did not say that.

**

In the other videos in the Project Veritas series on teachers unions, the journalists uncover union officials who advise them on how to hide child abuse and excessive absenteeism, and admit to refusing to report teachers who abuse drugs.

"We've been contacted by parents and students across the country reacting to our last few teacher's union videos about similar experiences they've had," says Project Veritas president O'Keefe. "Now we strongly encourage any students who have been threatened by Mr. Wentz to come forward and contact us at Project Veritas.com."

"It's clear Wentz doesn't want to own up to his own actions and will use his 'union president' position to protect himself," he adds. "Wentz admits that what he did was wrong and if the union found out, he would be in trouble. But he isn't worried. Why? Because Wentz is the union."

"The lengths these unions will go to cover up even the most horrendous actions of teachers isn't isolated to this incident in Kansas," Project Veritas spokesperson Stephen Gordon also tells Breitbart News. "As you will see in videos we've yet to release as well as those we've recently released, this is a systemic problem which plagues the major teachers unions around the country."



**Read More Stories About:**

Big Government, Education, child abuse, James O'Keefe, Project Veritas, teachers' unions, union corruption, United Teachers of Wichita

169. The Breitbart article is defamatory for several reasons. Overall, the article, which shows and summarizes a defamatory Project Veritas video and repeats defamatory statements made in that video, portrays Wentz as corrupt, lying, lazy, unreliable, and violent, all of which are untrue.

170. The article is defamatory because:

    a.   It falsely explains that Wentz met with "journalists," when, in reality, an individual who faked her identity and recorded Wentz covertly, without his permission, had tricked him.

    b.   It falsely implies that Wentz is violent. The use of only a small portion of Wentz's anecdote, told under false pretenses, about how he turned the life of a troubled teenager around, fails to give the complete context.

    c.   It strongly implies that Wentz genuinely threatened students with real violence, for no reason, as if he is just a violent bully. ("Now we strongly encourage any students who have been threatened by Mr. Wentz to come forward and contact us at Project Veritas.com.")

    d.   It falsely states that "Wentz doesn't want to own up to his own actions and will use his 'union president' position to protect himself," he adds.

    e.   It falsely implies that Wentz is corrupt and should be punished. ("Wentz admits that what he did was



wrong and if the union found out, he would be in trouble. But he isn't worried. Why? Because Wentz is the union.")

f.   It says Wentz's "corruption" was "expose[d]."

g.   It falsely implies that Wentz's engaged in improper actions that were "over the line."

h.   It falsely states that Wentz is corrupt and "us[ing] his union president position to protect himself"; that he "admits that what he did was wrong, and that, if the union found out, he would be in trouble"; it implies that he has something to "worry" about. It also implies that Wentz, being a union president, has gone "lengths" to "cover up even the most horrendous actions of teachers" and contributed to "a systematic problem which plagues the major teachers unions around the country."

i.   It falsely implies that Wentz was playing hooky on the union members' dime, sneaking off to a coffee shop and not doing his job, when he had said he was at the dentist, all of which is untrue. (In reality, a Project Veritas operative had asked Wentz to meet at Panera, and Wentz was punctual.)

j.   It falsely states that Wentz failed to clock out and implies he was being paid to hang out in a coffee shop.

k.   It implies that Wentz is dishonest and a liar. It says that Wentz "continues to deny what he originally admitted in [Lake] Buena Vista[, Florida]." It implies that Wentz has something to "come clean" about, that he is lying. (In reality, Wentz was not "denying" a story — he simply did not know what was being talked about, and the story he allegedly denied was

twisted and false, because his words had been
taken out of context.)

1.    It says that Wentz has not "owned up" to his
      actions and is therefore a liar.

171.  These defamatory statements and implications are
false and damaging, and therefore defamatory. Breitbart's
promotion of this defamatory video and summary of its
conclusions are further damaging to Wentz.

172.  Breitbart's use of "tags" "child abuse" and "union
corruption," and the statement that its article is a "story
about" those tags — are defamatory because they imply that
Wentz is a child abuser and a corrupt union official. If
someone clicks on "stories about 'child abuse'" or "stories
about 'union corruption,'" this article about Wentz — and his
picture — is shown on the Breitbart website.

173.  Breitbart includes this article in its "stories
about         child        abuse"        section        at
http://www.breitbart.com/tag/child-abuse/. There, a teaser for
the article, with Wentz's photo and name, is published under the
headline "TAG: CHILD ABUSE," sandwiched between a story about
female genital mutilation and a mother who starved her children, as
shown in a partial screenshot below:



### Schools Urged To Be Alert To Forced Marriages And FGM This Summer Holiday

LONDON, June 27 (Thomson Reuters Foundation) - British teachers should be vigilant ahead of the long summer holidays for warning signs that parents might take their children abroad to marry them off or undergo female genital mutilation (FGM), experts warned

*by* BREITBART LONDON    29 Jun 2016, 3:22 AM PDT     187



### O'Keefe Sting — Teachers Union President Brags About Threatening Student: 'I Will Kick Your F***ing Ass'

"Do you really think I'm a motherf***er?" Steve Wentz, president of United Teachers of Wichita (UTW), describes to the undercover journalists what he asks his student. "Son, go for it and I'll give you the first shot...I will kick your f***ing ass."

*by* DR. SUSAN BERRY    28 Jun 2016, 9:00 AM PDT     486



### Texas Mother Guilty in Horrific Child-Starvation Case

A mother has pleaded guilty in the starvation case of her five-year-old son. The boy's father and step-grandmother will face a jury on charges that they starved and beat the little boy.

*by* LANA SHADWICK    24 Jun 2016, 10:02 AM PDT     7

This placement, under "TAG: CHILD ABUSE" and with these other stories, is defamatory by implication because it implies that Wentz is a child abuser who Wentz beats students, which is false.

174. Breitbart published the story with a motive to injure Wentz's reputation and character and make him appear corrupt. The motive was part of a right-wing plot to make teacher's unions, in general, appear disreputable and corrupt, and damage the public's perception of teacher's unions.

175. The incorporated defamation was made with the intent to expose Wentz to hatred, ridicule, or contempt; charge Wentz with



committing a violent crime of assault; make Wentz appear dishonest and call him a liar; imply that Wentz is a physically violent and dangerous man who threatens violence against students; and tend to injure Wentz in his business, reputation, and occupation.

176. Breitbart made this publication with actual malice, or with actual knowledge that it was false or reckless disregard of whether it was false, and with such gross and reckless negligence as to amount thereto, and with a conscious disregard for Wentz's rights and the truth.

177. Breitbart failed to use reasonable care as to the truth or falsity of the publication, in that a proper investigation would have demonstrated that the statements and implications were false and misleading. The publications give false suggestions, impressions, and implications that convey a materially different meaning than the truth would have conveyed.

178. Breitbart had reason to know the content was defamatory, because O'Keefe and Project Veritas had a long-standing reputation of twisting facts and creating deceptive stories, and they had reason to believe there was more to the story than what appeared. They had no reason, other than "because O'Keefe and Project Veritas said so," to believe Wentz was corrupt, dishonest, or violent.

179. Breitbart failed to investigate the truth of the facts, in any manner, prior to publishing the story.

180. Many, including Project Veritas and O'Keefe, shared Breitbart's publication on social media, and countless individuals read it.

181. As a result of Breitbart's defamation, Wentz has suffered and will continue to suffer damages, including reputation damages, mental anguish, stress, and damage to his current and prospective business relations.

WHEREFORE, Plaintiff, STEVE WENTZ, respectfully requests that this Honorable Court enter judgment against Defendant BREITBRT NEWS NETWORK, LLC, for Wentz's actual damages, pre-judgment interest, costs, and such other and further relief as this Court may deem proper. Wentz reserves the right to, pursuant to section 768.72, Florida Statutes, amend his complaint and seek punitive damages upon the requisite showing.

## COUNT VIII: TEMPORARY AND PERMANENT INJUNCTION

182. Wentz incorporates by reference all allegations contained in paragraphs 1-65, 108-145, 147-163, and 166-181.

183. O'Keefe and Project Veritas secretly obtained video footage of Wentz, then took select statements of such footage out of context so as to present them in a defamatory manner, and Breitbart republished those statements, making additional defamatory statements.

184. O'Keefe and Project Veritas published defamatory written content about Wentz on the Project Veritas website and on Facebook.

185. This defamatory content was published on the Internet where it remains today and continues to be viewed and accessed by third parties, including but not limited to Wentz's friends, family, coworkers, students, and students' family members.

186. The continued publication of the defamatory video continues to cause Wentz irreparable injury, which cannot be cured by money damages.

187. Wentz has a clear legal right to the relief requested.

188. Wentz lacks an adequate remedy at law, as the defamatory video and written content cause injure Wentz every day they are still available for public view.

189. The requested injunction will not disserve the public interest as the video and written content deceive the public.

WHEREFORE, Plaintiff, STEVE WENTZ, respectfully requests that this Honorable Court enter injunctive relief against Defendants Project Veritas, O'Keefe, and Breitbart, requiring Defendants to destroy and delete any and all videos taken of Wentz, and statements taken from those videos, and any and all defamatory written content about Wentz, and cause the immediate removal from the Internet of, and prohibiting continued display of, the

offensive defamatory content, and to award Wentz his costs, and any other relief as is just and proper.

### JURY DEMAND

Plaintiff requests a jury trial on all issues so triable.


Respectfully submitted on June 23, 2017 by:

*Attorneys for Plaintiff:*

**Cynthia Conlin & Associates**
1643 Hillcrest Street
Orlando, FL 32803
Tel. 407-965-5519/Fax 407-545-4397
www.ConlinPA.com


CYNTHIA CONLIN, ESQ.
Florida Bar No. 47012
Cynthia@conlinpa.com
Secondary Email for Service:
jeff@conlinpa.com

