THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| **STEVE WENTZ,** | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **PROJECT VERITAS**, a Virginia corporation; **JAMES O'KEEFE III**, an individual; **ALLISON MAASS**, an individual; and **BREITBART NEWS NETWORK, LLC**, a Delaware company, | ) Civil Action No.<br>)<br>) 6:17-cv-001164<br>)<br>)<br>) |
| Defendants. | ) |

### SUMMONS IN A CIVIL ACTION

TO:   National Registered Agents, Inc.
      As Registered Agent for PROJECT VERITAS
      4701 Cox Road, Suite 285
      Glen Allen, VA 23060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Cynthia Conlin, Esq., Cynthia Conlin, P.A., 1643 Hillcrest Street, Orlando, Florida 32803 (407) 965-5519.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/29/17

*Signature of Clerk or Deputy Clerk*