**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

STEVE WENTZ,

Plaintiff,

v. CASE NO: 6:17-cv-01164-ORL-18GJK

PROJECT VERITAS, a Virginia Corporation; JAMES O'KEEFE III; ALLISON MAASS; and BREITBART NEWS NETWORK, LLC, a Delaware company,

Defendants.
___________________________________/

**JAMES O'KEEFE, III'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant, James O'Keefe, III, hereby discloses the following pursuant to the Court's Interested Persons Order (Doc. 45) and Fed. R. Civ. P. 7.1:

**1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party.**

A. David S. Oliver, Counsel for James O'Keefe, III;

B. Jason A. Zimmerman, Counsel for James O'Keefe, III;

C. Jeff Aaron, Counsel for James O'Keefe, III; and

D. James O'Keefe III, Defendant.

**2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

Mr. O'Keefe is unaware of any entity whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceedings.

**3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

Mr. O'Keefe is unaware of another entity other than has already been listed that is likely to be an active participant in the proceedings.

**4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

The Complaint alleges that Plaintiff Steve Wentz is a victim of civil wrongful conduct and seeks an award of unspecified monetary damages and injunctive relief. Mr. O'Keefe denies these allegations and that Plaintiff is entitled to any such relief.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted this 27th day of November, 2017,

/s/ Jason Zimmerman
**Jason Zimmerman**
Florida Bar No. 104392
Primary Email Address:
jason.zimmerman@gray-robinson.com
Secondary Email Address:
christine.persampiere@gray-robinson.com
kathy.savage@gray-robinson.com
**David Oliver**
Florida Bar No. 521922
Primary Email Address:
david.oliver@gray-robinson.com
Secondary Email Address:
donna.flynn@ray-robinson.com

**Jeff Aaron**
Florida Bar No. 123473
Primary Email Address:
jeff.aaron@gray-robinson.com
Secondary Email Address:
shawna.tucker@gray-robinson.com
GrayRobinson, P.A.
301 East Pine Street, Suite 1400 (32801)
P.O. Box 3068
Orlando, Florida 32802
Telephone: (407) 843-8880
Facsimile: (407) 244-5690
*Attorneys for Project Veritas*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 27, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will forward a true and correct copy of the foregoing via email to Cynthia Conlin & Associates cynthia@conlinpa.com; jeff@conlinpa.com; 1643 Hillcrest Street, Orlando, Florida 32803.

/s/ Jason Zimmerman
Jason Zimmerman
Florida Bar No. 104392