**THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| **STEVE WENTZ,** )  | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| v. ) | 6:17-cv-001164-GKS-GJK |
| ) | |
| **PROJECT VERITAS**, a Virginia ) | |
| corporation; **JAMES O'KEEFE III**, ) | |
| an individual; and **ALLISON** ) | |
| **MAASS**, an individual, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### JOINT NOTICE OF CHOICE OF MEDIATOR

COMES NOW the parties, jointly, by and through their undersigned counsel, pursuant to Rule 12(f), Federal Rules of Civil Procedure, and, in supplement to the Case Management Report filed on November 28, 2017, hereby notify the Court of the their choice of mediator as follows:

**JEFFREY M FLEMING**
**Upchurch Watson White & Max Mediation Group**
**1060 Maitland Center Commons, Suite 440**
**Maitland, FL 32751**
**Office: 407-661-1123 / Fax: 407-661-5743**
**jfleming@uww-adr.com**

The parties also notify the Court that they have agreed to schedule mediation on or before April 27, 2018.

SO AGREED by counsel for the parties:

| *Counsel for Plaintiff* | *Counsel for Defendants* |
|---|---|
| /s/ Cynthia Conlin | /s/ Jason Zimmerman |
| CYNTHIA A CONLIN, ESQ. | JASON ZIMMERMAN, ESQ. |
| Fla. Bar No. 47012 | Fla. Bar No. 104392 |
| Cynthia Conlin & Associates | GrayRobinson, P.A. |
| 1643 Hillcrest Street | 301 E Pine Street, Ste 1400 |
| Orlando FL 32803 | Orlando FL 32802 |
| 407-965-5519/ fax 407-545-4397 | 407-843-8880/fax 407-244-5690 |
| cynthia@conlinpa.com | Jason.zimmerman@gray-robinson.com |
| service@conlinpa.com | Christine.persampiere@gray-robinson.com |
|  | Kathy.savage@gray-robinson.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on **March 21, 2018,** I electronically filed the foregoing with the Clerk of the Court via CM/ECF.

*Attorneys for Plaintiff:*

**Cynthia Conlin & Associates**
1643 Hillcrest Street
Orlando, FL 32803
Tel. 407-965-5519/Fax 407-545-4397
www.ConlinPA.com

/s/ Cynthia Conlin, Esq.
CYNTHIA CONLIN, ESQ.
Florida Bar No. 47012
Cynthia@conlinpa.com
Secondary Email for Service:
service@conlinpa.com