UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEVE WENTZ,

            Plaintiff,

v.                                          Case No: 6:17-cv-1164-Orl-18GJK

PROJECT VERITAS, JAMES O'KEEFE,
III and ALLISON MAASS,

            Defendants.

## NOTICE TO COUNSEL

**Jason L. Unger**

Pursuant to Local Rule 2.01, you are not a member of the Middle District of Florida and must be (re)admitted to practice in the Court due to the following:

No person shall be permitted to appear or be heard as counsel for another in any proceeding in this Court unless first admitted to practice in the Court (or heretofore admitted under prior rules of the Court). Only those persons who are members in good standing of The Florida Bar shall be eligible for general admission to the bar of the Court. (See Local Rule 2.01(a) & (b))

Please review Rule 2.01 of the Local Rules of the United States District Court for the Middle District of Florida for (re)admission to practice in the Middle District. The Attorney Admissions Application, a required form for general admission to practice is available at www.flmd.uscourts.gov under the Attorney Resources section.

                                                ELIZABETH M. WARREN,
                                                CLERK

                                                s/RO, Deputy Clerk