**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

STEVE WENTZ,

    Plaintiff,

v.                                            CASE NO: 6:17-cv-01164-ORL-18GJK

PROJECT VERITAS, a Virginia Corporation; JAMES O'KEEFE III; ALLISON MAASS; and BREITBART NEWS NETWORK, LLC, a Delaware company,

    Defendants.

_____/

**EXPEDITED MOTION FOR INDIVIDUAL DEFENDANTS**
**TO BE EXCUSED FROM ATTENDING MEDIATION CONFERENCE**

Defendants, James O'Keefe III and Allison Maass, through undersigned counsel and pursuant to Local Rule 9.05(c) and Section IV.E.3 of this Court's Case Management and Scheduling Order (Doc. No. 57), respectfully request this Honorable Court enter an order excusing their attendance at mediation in this matter, and state:

**Conferral Pursuant To Local Rule 3.01(g)**

Before filing this motion, pursuant to Local Rule 3.01(g), Brock Magruder, Counsel for Defendants, conferred on July 17th, 18th, and 19th with Jennifer Reed, Counsel for Plaintiff, who opposes the requested relief. Defense counsel also conferred with Judge Fleming, the mediator selected by the Parties for this Mediation Conference, who does not object to the requested relief.

1. Mr. O'Keefe and Ms. Maass are being sued in their individual capacity for actions taken on behalf of Project Veritas during the course and scope of their employment with Project Veritas. (*See, e.g.*, Doc. No. 1 at ¶11 "Project Veritas is run and operated by its president, James O'Keefe III;" ¶18 "[a]t all times relevant herein, Defendant Maass was an operative of – or so-called 'investigative reporter' – to Project Veritas and O'Keefe").

2. Project Veritas is defending Mr. O'Keefe and Ms. Maass in this lawsuit. Undersigned counsel represents all three Defendants. The Parties' Mediation Conference is scheduled for July 24, 2018, in Maitland, Florida, before the Honorable Jeffrey M. Fleming. (Doc. No. 73). Undersigned coordinated the conference with Project Veritas' representative, who has full and final authority to settle this matter on behalf of all Defendants.

3. Local Rule 9.05(c) and this Court's Case Management and Scheduling Order require each party "with full authority" to negotiate a settlement to attend the Mediation Conference, unless otherwise excused by the Court. The rules "shall be employed to provide fairness and simplicity in procedure, to avoid technical and unjustified delay, and to secure just, expeditious and inexpensive determination of all proceedings." Local Rule 1.01.

4. Mr. O'Keefe lives and works in New York and Ms. Maass lives and works in Virginia. Neither are able to attend the Mediation Conference scheduled for July 24, 2018, nor should they be required to incur the substantial cost of flying to Orlando when Project Veritas is defending them in this case and has the full and final authority to completely resolve this lawsuit.

5. Counsel for Defendants was surprised by Plaintiff's disagreement with this request and insistence that the individual defendants attend this mediation, given that their attendance will not add any substance to the settlement discussions.

6. Defendants would prefer to proceed with the July 24, 2018 Mediation Conference with Project Veritas' representative in personal attendance, however will need to reschedule the mediation if the individual defendants are required to attend. The Court's Case Management Order does not include a mediation deadline, but the Mediation Conference could be rescheduled well before case management deadlines, for example the Discovery Deadline of December 7, 2018. (Doc. No. 57 at p. 1).

WHEREFORE, Defendants, James O'Keefe III and Allison Maass, respectfully request this Honorable Court to enter an order excusing them from attending the Mediation Conference in this matter and considering this request on an expedited basis.

Respectfully submitted this 19th day of July, 2018,

/s/ Jason Zimmerman
David Oliver
Florida Bar No. 521922
Primary Email Address:
david.oliver@gray-robinson.com
Secondary Email Address:
donna.flynn@ray-robinson.com
Jason Zimmerman
Florida Bar No. 104392
Primary Email Address:
jason.zimmerman@gray-robinson.com
Secondary Email Address:
cindi.garner@gray-robinson.com
kathy.savage@gray-robinson.com
Jeffrey M. Aaron
Florida Bar No. 123473
Primary Email Address:

>jeff.aaron@gray-robinson.com
>GrayRobinson, P.A.
>301 East Pine Street, Suite 1400 (32801)
>P.O. Box 3068
>Orlando, Florida 32802
>Telephone:  (407) 843-8880
>Facsimile:  (407) 244-5690
>*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 19, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will forward a true and correct copy of the foregoing via email to Cynthia Conlin & Associates cynthia@conlinpa.com; service@conlinpa.com; parker@conlinpa.com, 1643 Hillcrest Street, Orlando, Florida 32803.

>/s/ Jason Zimmerman
>Jason Zimmerman
>Florida Bar No. 104392