UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**STEVE WENTZ,**

      **Plaintiff,**

v.   Case No:   6:17-cv-1164-Orl-18GJK

**PROJECT VERITAS, JAMES O'KEEFE III, ALLISON MAASS, and BREITBART NEWS NETWORK, LLC,**

      **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **EXPEDITED MOTION FOR INDIVIDUAL DEFENDANTS TO BE EXCUSED FROM ATTENDING MEDIATION CONFERENCE (Doc. No. 76)** |
| **FILED:** | **July 19, 2018** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

The parties scheduled mediation of this matter for July 24, 2018, in Maitland, Florida. Doc. No. 76 at ¶ 2. On July 19, 2018, Defendants James O'Keefe III and Allison Maass filed a motion (the "Motion") asking to be excused from the mediation because they live in New York and Virginia, respectively, and "[n]either are able to attend . . . ." *Id.* at ¶ 4. They argue that their employer, co-defendant Project Veritas, is defending them and all three are represented by the same counsel. *Id.* at ¶ 2. Because of this, they assert that they should not "be required to incur the substantial cost of flying to Orlando when Project Veritas is defending them in this case and has the full and final authority to completely resolve this lawsuit." *Id.* at ¶ 4.

- 2 -

O'Keefe and Maass do not state any impediments to appearing at the mediation. They are parties to this litigation and are being sued in their individual capacities. Doc. No. 1 at ¶¶ 4, 5, 67, 78, 89, 108, and pages 23-24, 53, 65-66. Additionally, O'Keefe runs and operates Project Veritas. *Id.* at ¶ 11; Doc. No. 67 at ¶ 11. To ensure the parties engage in a focused and meaningful mediation, it is **ORDERED** that the Motion (Doc. No. 76) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, on July 20, 2018.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties