**THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| **STEVE WENTZ**,  )<br>  )<br>   Plaintiff,  )<br>  )<br>v.  )<br>  )<br>**PROJECT VERITAS**, a Virginia  )<br>corporation; **JAMES O'KEEFE III**, an  )<br>individual; **ALLISON MAASS**, an  )<br>individual,  )<br>  )<br>   Defendants.  )  | Civil Action No.:<br><br>6:17-cv-01164-ORL-18GJK |

**NOTICE OF CANCELLATION OF MEDIATON**

PLEASE TAKE NOTICE that the following scheduled Mediation for the above-captioned case has been CANCELLED, and will be rescheduled at a later agreed-upon date:

**DATE:**       Tuesday, July 24th, 2018

**TIME:**       9:30 A.M.

**LOCATION:**   1060 Maitland Center Commons
                Suite 440
                Maitland, FL 32751

**MEDIATOR:**   Jeffrey M Fleming, Upchurch Watson White &
                Max Mediation Group

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on **July 24, 2018,** I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will forward a true and correct copy to

counsel and all parties via e service.

            *Counsels for Plaintiffs:*

            **Cynthia Conlin & Associates**
            1643 Hillcrest Street
            Orlando, FL 32803
            Tel. 407-965-5519/Fax 407-545-4397
            www.ConlinPA.com

            /s/ Cynthia Conlin, Esq.
            [X] CYNTHIA CONLIN, ESQ.
            Florida Bar No. 47012
            Cynthia@conlinpa.com
            [ ] JENNIFER DAWN REED, Esq.
            Florida Bar No. 104986
            Jennifer@conlinpa.com
            [ ] TONY PAGAN JR., Esq.
            Florida Bar No. 121626
            Tony@conlinpa.com
            Secondary Email for Service:
            Service@conlinpa.com