HEARING/INTERVIEW

DATE: July

PRESENT:

William Tretbar, Fleeson, Gooing, Coulsen & Kitch
Ryan Meyer, Fleeson, Gooing, Coulsen & Kitch
Tom Powell, General Counsel, USD 259
Marjie Blaufuss, KNEA Attorney
Mr. Raymond, KNEA Executive Director
Steve Wentz, Interviewee

Bill Tretbar: I'm going to have some questions, and I'll ask you to speak up. I've got you on a speaker phone here at my law office. With me is Tom Powell, who is general counsel of USD 259, and my colleague here at the Fleeson, Googing, firm Ryan Meyer, who is taking notes for me today. I told Marjie I have a very high-tech recording device turned on; it is my iPhone 6 and I've turned it on to voice memo. I don't know how this will work out, but I pledged to Marjie that I will send whatever file that I end up with from this business to Marjie so that she can have it, too. Mr. Raymond and Mr. Wentz, are you ready to go?

A: Absolutely, we're ready.

Mr. Tretbar: We've arranged this conference call because I've been asked to investigate a report and some video tape that was posted on a web site called "Project Verats.com," and as I understand it from looking at the site, it was posted a few days ago on June 28 under a headline that reads : "Teachers' Union president admits to abusing children," and there's some printed words and then there is some video tape that was apparently shot under cover. Mr. Wentz, are you aware, generally, of this posting on this Veritas project website in this story?

Steve Wentz: Yes.

Mr. Tretbar: Have you seen the video tape?

Mr. Wentz: Yes

Mr. Tretbar:: OK. Would you agree that it appears to depict you speaking to another person on two distinct occasions; one appears to be in a bar setting, and a second time at what it appears to me to be a Panera bread factory?

Mr. Wentz: That would be accurate, yes.

Mr. Tretbar: OK. And both of those instances, is the person depicted in the video tape you?

Mr. Wentz: Yes.

USD0058

Mr. Tretbar: Can you tell me where and when the first conversation that is depicted, which appears to take place in a bar room, took place?

Mr. Wentz: I can tell you that took place last June, in Orland Florida, I don't remember the hotel we were staying at right off the top of my head, but it was the hotel where the NCUEA was at.

Mr. Tretbar: Let me ask you, I saw reference to a meeting of the National Council of Urban Education Associations, and I also saw reference to the NEA annual meeting. Do you recall which meeting it was?

Mr. Wentz: This was the NCUA, which always takes place prior to the NEAR, so it was during the National Council of Urban Educators Association. That is my recollection.
MR. TRETBAR All right, and was that the first time you had attended that meeting?

Mr. Wentz: That is correct.

Mr. Tretbar: I think it's not that big a deal, but I believe you had just taken office as president of the teachers' union here; is that correct?

Mr. Wentz: Yes, that's probably ten days after I took office.

Mr. Tretbar: Who were you talking to on that occasion?

Mr. Wentz: Well I believed I was talking to a student teacher. That's the way she presented herself to myself and Joey Mathews, and we were talking about schools. Education.

Mr. Tretbar: You mentioned that, was Joey Matthews someone else who was present, Mr. Wentz?

Mr. Wentz: That is correct.

Mr. Tretbar: Who is Mr. or Ms. Matthews?

Mr. Wentz: Joey, Mr. Matthews, is the president of the Louden, Virginia NEA, which is Northern Virginia. I had never met him before that night.

Mr. Tretbar: All right. How did the three of you—the gentleman from Virginia, the person you thought was a student teacher, and yourself end up in the hotel bar? What time of the day was it?

Mr. Wentz: It was evening. I don't recall exactly what time.

Mr. Tretbar: Did someone propose the meeting, or did you just run into each other?

Mr. Wentz: No, it was after the meeting had let out, people were preparing for dinner and what not.

USD0059

Mr. Tretbar: All right, and, it looks like you were seated at a bar with this person, this student teacher, this student teacher person seated next to you. Does that sound right?

Mr. Wentz: That sounds correct, yes.

Mr. Tretbar: Who sat down first?

Mr. Wentz: I honestly, I can't recall it.

Mr. Tretbar: All right. Mr. Wentz, the tape reflects, the tape that's posted with this Veritas story, reflects that you said certain things on that occasion. And I need to know if you did. What I'm going to do is read some statements and ask you first of all, if you said these things, and then—you know, I see no reason to hide the ball; there's no way to hide it anyway, then I'm going to go back through and ask if these things occurred. I can tell you if you believe that there's some context or explanation that needs to be added, I'm going to give you a chance to do that. But right now, what I'm asking right now is if, during this occasion at the hotel bar in Orlando in June of 2015, you said the following things, and I'll try to break them up into bite-size pieces. Did you say that "Wichita State asked me to come out and talk to their their new teachers in education about classroom discipline, and I went…" And then the video I've seen kind of tails off. Did you say that?

Mr. Wentz: The first part I did; I didn't say I went.

Mr. Tretbar: OK

Mr. Wentz: I did not in fact, not go.

Mr. Tretbar: I don't understand what you just said.

Mr. Wentz: OK, I was. . .

Mr. Tretbar: Oh, OK, I understand what you're saying now. You did not go to Wichita State and talk to their new teachers, is what you're saying. You didn't say that you did.

Mr. Wentz: I did not say that.

Mr. Tretbar: OK, The next passage I want to ask you about reads  "I mean, ex-military, I'm sure you…" And then there's a pause "I mean, you know there were times in my class where I had a kid do something crazy, and you know, I told him, when the bell rings, I said hang on, hang on a minute, I want to talk to you." Did you say that in June of 2015 at the hotel bar?

Mr. Wentz: Yes

Mr. Tretbar: On that occasion, did you say "so the bell rings, everybody leaves, and I go over, shut the door, lock it, pull the shades down, pull all my shit out of my pocket, and I go, 'Do you really want to kick my ass.'" Did you say those words, in June of 2015 at the hotel bar in Orlando?

Mr. Wentz: Yes.

Mr. Tretbar: Did you say these words "Do you really think I'm a mother fucker; son, go for it and I'll give you the first shot." Did you say those words, again in the bar in Orlando in June of 2015 as depicted on that video tape?

Mr. Wentz: Yes.

Mr. Tretbar: Do you recall the person you were sitting with, who you thought was a student teacher, asking "you've done this to a student?" Do you recall that question being posed?

Mr. Wentz: Um, no, not particularly but...

Mr. Tretbar: Do you recall saying these words on that occasion: "I've done this more than once, and I said, 'but I guarantee you I will kick your fucking ass.;" Did you say those words at the hotel bar in June of 2015?

Mr. Wentz:  Yes, I did.

Mr. Tretbar: did you say "The union would through me under the bus" on that occasion?

Mr. Wentz:  Yes.

Mr. Tretbar: Do you recall the person you thought to be a student teacher asking "Would they?"

Mr. Wentz: Yes.

Mr. Tretbar: Do you recall responding "Are you serious? I mean, yeah; if it was proven that I told a kid, 'Come at me, hit me and I will kick your ass." Do you recall saying those words?

Mr. Wentz: I did, yes.

Mr. Tretbar: OK. Do you recall saying, "Oh, yeah, they wouldn't. . ." and then it trails off a little bit on the recording, Mr. Wentz, but picks up, "I don't know about Virginia, but Kansas would hang my ass out to dry." Do you recall saying those words?

Mr. Wentz: Yes.

Mr. Tretbar: I'm curious, I'm going to interrupt at this point just because I'm thinking about it, was the reference to Virginia because this gentlemen named Joey was present?

Mr. Wentz: That's correct.

USD0061

Mr. Tretbar: OK, do you recall the person you thought to be a student teacher asking, "They wouldn't support you?" Meaning I think the union.

Mr. Wentz: Correct.

Mr. Tretbar: Do you recall responding, "No, no, that's over the line

Mr. Wentz: I recall saying that, yes.

Mr. Tretbar: OK. Now, I need to go back through those statements and ask if what you said was true, and I'm not going to do it with respect to each and every one, but let me ask you, Mr. Wentz, did you ever tell a student in the course and scope of your employment as a teacher for USD 259, did you ever tell a student, after the bell rang, to hang on a minute and stick around the class because he wanted to talk to them? My hunch is that there have been occasions where you've said that; is that true?

Mr. Wentz: Yes.

Mr. Tretbar: OK. Have there been occasions where you asked a student to remain behind after the bell rang, where, with the student in the class who you had asked to remain behind, you shut the door, locked it, pulled the shade down, and removed your belongings from your pockets. Has that ever happened?

Mr. Wentz: Well, I can't possibly remember my exact words.

Mr. Tretbar: Did something like that happen once or more than once?

Mr. Wentz: Yes.

Mr. Tretbar: Please tell me about each instance of that character.

Mr. Wentz: There is one specific instance that I was _____.

Mr. Tretbar: What was this. . .I interrupted you, Mr. Wentz. I apologize. Please tell me about what you called the one specific instance that you were referring to.

Mr. Wentz: Yes. 20 some years ago, probably more than 20, I had a young man—and I'll go through this from start to finish, because I've seen this young man, he's not in the area any more, and I got a DVD player out of my drawer (and I shall speak in the vernacular as well, sir)—he leaned over to a buddy of his and said, I'm going to steal that fucker." He didn't think I could hear, and I turned around and said "What'd you say?" He said "I didn't say nothing." I said "OK (and now I'm sort of paraphrasing it because I don't recall the exact words). And I said --his tame was Cortez, "Cortez, if you have something to say, just go ahead and say it." And he shook his head and laid back and whatever, and I started to just on with class; in fact I did go on. And again he leaned over and not thinking I hear him, and he told the kid next to him, "I'm going to kick that mother fucker's ass." And I didn't say anything. When the bell rang, I asked him to stay behind, and I may very well have shut the door—I'm sure I shut

USD0062

the door. The conversation began with the phrase of "You OK? What's going on?" and he said "What are you talking about?" And I said "Do you really want to kick my ass?" And he's like, you know, kind of muttered around and. . .I said "look, if that's what you really want to do, I'll give you the first shot, Cortez, but there's two ways this could end. Either I'll end up kicking your ass, or you could decide to come to class, take care of your stuff, and I'll walk through fire for you. I said, "you ask people around here.' And at that point as I was telling him, 'look, I'm your advocate. I don't care what goes on out in the street, in the hallway. Bottom line is you tell me this—I've got your back. But you're not going to be able to come in here, disrupt class for other people just because you decide that's how you get out," but I had *stressed* that it's his choice. And at that point his eyes welled up with tears. And I said "what's going on?" He shook his head. I said, "Are we good?" and he said "yeah, we're straight, Mr. Wetzel." I said, "You're OK?" He said "Yeah." I said "All right, see you tomorrow; bring your stuff and we'll go forth." And that was it as far as the incident at the school.

Mr. Tretbar: Let me—Mr. Wentz, have you completed your summary of the incident?

Mr. Wentz: Of that. . .yes.

Mr. Tretbar: OK. I just want to get some follow-up questions. First of all, were you employed at Southeast at that time?

Mr. Wentz: That is correct.

Mr. Tretbar: And were you in that hallway in the second floor, or where was your classroom? Do you remember?

Mr. Wentz: I was in my room of N19, first hall, first room on the north side.

Mr. Tretbar: It's been a long time, if I'm remembering right, is that one up on that short second floor?

Mr. Wentz: Yes. Mine was on the northwest corner.

Mr. Tretbar: OK. What is Cortez's last name?

Mr. Wentz: My recollection is. . .I think it's Orange. Cortez Orange. Just like the fruit.

Mr. Tretbar: Do you believe that he lives in Wichita, Kansas?

Mr. Wentz: I do not know.

Mr. Tretbar: Did you say that you've run into him from time to time?

Mr. Wentz: Yes, I have.

Mr. Tretbar: Was that in Wichita, Kansas?

USD0063

Mr. Wentz: That was. . .that is correct. Yes.

Mr. Tretbar: Does he have siblings?

Mr. Wentz: I do not know.

Mr. Tretbar: Do you know the names of any of his relatives?

Mr. Wentz: I do not.

Mr. Tretbar: Can you tell me within. . .I don't know. . .three years of when this event took place?

_____?_____: Would you repeat that question? Did you ask. . .

Mr. Tretbar: Yes, I'm asking him when this event occurred, essentially.

Mr. Wentz: Oh, within three years? Oh gosh, I'm going to guess—and it's a guesstimate-- '92 to '95, perhaps.

Mr. Tretbar: Do you recall how old the student was?

Mr. Wentz: Well, he had to be at least 17 I don't know exactly his birthday; but I taught juniors and seniors.

Mr. Tretbar: OK. Do you recall what class he was a student in that you were teaching?

Mr. Wentz:  It was History. I am fairly certain it was a History class, but I couldn't swear to that. I believe it was US History-2 class, but I also taught psychology and it could have possibly been that class.

Mr. Tretbar: Understood. Am I remembering correctly that. . .and things may have changed since the paleolithic era when I attended high school, but was this a required American History course that everyone has to take to graduate?

Mr. Wentz: That is correct. If it's US History 2, it's required.

Mr. Tretbar: And is that class typically composed of juniors?

Mr. Wentz: That's correct.

Mr. Tretbar: OK. Can you recall. . .strike that. Was anyone else present when this event involving Cortez Orange, occurred ?

Mr. Wentz: Which part?

USD0064

Mr. Tretbar: The part where you closed the door after the bell rang, he stayed behind, and you had the interaction you described.

Mr. Wentz: No It was just Cortez.

Mr. Tretbar: Did you tell anyone else about this incident?

Mr. Wentz: Not immediately. Down the years I did and I could elaborate on that on why I didn't, but. . .

Mr. Tretbar: I'm sure I understand the answer from what you just said, but I take it that you didn't report to an assistant principal or a department head that you had had this interaction with Cortez. Is that correct?

Mr. Wentz: That is correct. I did not.

Mr. Tretbar: All right, I think what started me down this path was, I was going back through this list of statements that you made in the bar in Orlando and I'd asked had there ever actually been an incident where you asked/instructed a student to remain after the bell, shut the door, locked it, pulled the shades down, took your belongings out of your pockets, and the way that the quote goes, is "do you really want to kick my ass?" You've described to me an incident involving Cortez Orange. Have there been any other occasions on which you engaged in behavior of the character you described?

Mr. Wentz: There's nothing. . .there's no other incidents specifically, specifically like that. Hey, we're - _____.

(Voice-overs "One more time. We're getting cut off")

Mr. Tretbar: OK. I hear you.

Mr. Wentz: OK. There was an isolated, specific incident.

Mr. Tretbar: And I guess, I agree that is a single incident. Have there been any other similar incidents?

Mr.Wentz: There have been similar comments that I made to some young men to motivate them in a way that I believe in was correct, yes.

Mr. Tretbar: Tell me about each occasion on which that occurred.

Mr. Wentz: Well, sir, I'll be honest. I couldn't tell you about every one of them. There were a number of occasions where—and I would say probably nine out of ten of them, I've looked at a kid and said "look" (and this is a phrase I got from _____l) "Do I have to smack the slobber out of you,' or something like that, "what are you doing?" All of this was done. . .I never did this to anybody I didn't know, I developed a relationship with a student, and, you know, that has occurred. Those types of things, yes.

USD0065

Mr. Tretbar: OK, I'm going to ask you about some of that; I want to be clear that I've got an answer in relation to the rather specific scenario that you are depicted as describing in this video tape. Have there been any other occasions. . .maybe I can break it down a little bit. . .in which you asked a student to remain after the bell rang and the student remained, and you then locked the door.

Mr. Wentz: No. Not that I recall.

Mr. Tretbar: OK. Is it possible to lock the door of the classroom you were teaching in where someone inside the room could not get out of it?

Mr. Wentz: No.

Mr. Tretbar: Does the room have a shade you can draw?

Mr. Wentz: It did years ago, but we took them off.

Mr. Tretbar: OK. You mentioned, and so as I understand it, the situation involving Cortez Orange—you heard him say "I'm going to kick that mother fucker's ass," he stayed around after the bell rang, and tell me again what you said to him, Mr. Wentz? On that occasion?

Mr. Wentz: My recollection is the first thing I said to him was "You OK?" And he responded "what are you talking about?" I asked "what's going on?" And he responded, kind of mumbled as I recall, and I said "look, do you really want to kick my ass?" That got his attention and he looked at me and I said, "Well what's wrong? Do you really think you want to kick my ass? Cortez, I'll give you the first shot if that's really what you want to do."

Mr. Tretbar: Do you agree that that was inappropriate in terms of interaction with a student?

Mr. Wentz: Well, sir. 75 standards have been set up by the average community, including 259 and I would answer yes, but there is a difference between the truth and the truth and the accuracy.

Mr. Tretbar: I'm not entirely sure I understand what you mean by that last piece.

Mr. Wentz: OK. What I mean is, those statements are accurate, what people are using are accurate, but I know my kids, I knew my audience, I knew what to do to get their attention. I would never do it to embarrass someone, I never said anything in a malicious manner. And the truth is, the clientele I dealt with for 25 years, there were plenty of times that they needed to hear the truth. And the truth was, if you continue to go down that path, I can tell you _____ story. And I stressed over and over that they had to . . .and if they wanted to make the choice to come to class and do their work, there would not be a better advocate for them. I've used the phrase over the years, "I will walk through fire for you. If you have trouble with another class and other teachers are messing with you and giving you a hard time, you let me know. I'll go talk to that teacher." And I did that. I can't count how many times I did that, and, you know, talked to them, talked to the parents and others they were living with, and said "what do we need to do? What's going on?

Mr. Tretbar: All Right

Mr. Wentz: (continued to talk)

Mr. Tretbar: No, I'm interrupting you, please have at it.

Mr. Wentz: The truth is, that the majority of these kids that fall into this category have had very little guidance. They've had very little male role models. And the truth is and I believe this in my soul, that they're starving for someone to be real, They're starving for someone to tell them the truth. And I think that's been borne out by my ex-student's comments, other students' comments, and though in that aspect of being right or wrong, I know the district wouldn't condone it, I know that the Union wouldn't condone it. But if it led me to helping a young man making decisions that kept him out of prison, or not to join gages or stuff, yeah I'd do it.

Mr. Tretbar: Let me ask—I've got a couple of things that come to mind that I need to ask of Mr. Wentz; I think you did describe a moment ago, and this is not about me attempting to mischaracterize what you said, but about some conversations you had with some young males where (can you hear me?)

Mr. Wentz: Yes.

Mr. Tretbar:   OK. Where you approached them after a class and were fairly direct and asked them "What's going on?" And then I didn't make a great note, but you said something like "in 9 out of 10 of the cases, the. . ." I can't remember exactly, how you described it, but something—and I understood your explanation about the circumstances of these students, and I think I understood your explanation in terms of what you were thinking at the time. Maybe the way to do this is circle back to the specific question, mainly, you know, I went through the statements that you are shown making on this tape, and you made the statements, and now I'm going through to try to understand if those statements were true. One of the statements you made in Florida at the bar in 2015 was" I've done this more than once, and I said, 'but I will guarantee you I will kick your fucking ass." Have you ever said that to a student?

Mr. Wentz: That one time, with Cortez Orange , I did say that.

Mr. Tretbar: Have you said it to a student on any other occasion?

Mr. Wentz: No.

Mr. Tretbar: Have you said it to a student on any other occasion in off hours, off premises"

Mr. Wentz: Nnnno. I will--let me qualify that a bit by saying, these kids like to joke around, and it come up that you know, "Hey Wentz, I'm going to kick your ass," You know, there's a lot of sort of comradery there, but it was probably inappropriate. I mean, you know, but it connected me with those kids. So in the very "don't do" manner, they knew it was a joke, I knew it was a joke, there was no miscommunication ever that it was anything serious. These are, some of these are very tough kids. And I just wanted to address like that.

USD0067

Mr. Tretbar:    Were those the incidents that you were referring to when you were talking to this person you thought was a student teacher in Florida?

Mr. Wentz: Yes. Absolutely, and it certainly. . . and that's exactly what I meant, that those types of things did happen. Like for instance, dozens of times it was  "Look, son, you know , if you continue to do this, this is what's going on." And there was plenty of joking around and, but there were serious moments where I told them, "Look, I can tell you how this story ends and it's your choice.

Mr. Tretbar: I want to ask one piece of the Cortez incident that I missed at the first—I'm sorry that I did miss it—did you say, Mr. Wentz, that there was something in your desk or on your desk that he said he wanted. . . . or how did that sort of segue into motion?

Mr. Wentz: Yes. I was showing a DVD,_____We didn't have all the fancy stuff. I just had one hidden in my desk drawer.  Or in the closet. I don't recall which . And I took it out and it was brand new, this was back when the DVD players were brand new and I hadn't used it in class before as I recall. And it caught his attention and that's when he leaned over and said what he did. He was sitting on the front row. He didn't think I heard him. And that's. . .

 Mr. Tretbar:  What he said he's going to take the DVD player from your desk?

Mr. Wentz: Yes, and I paraphrase here, but basically (paper shuffling) "Man, I'm going to _____."

Mr. Tretbar: All right. But the only time you told a student during your instruct—let me ask you,  I'm trying not to come on with too much lawyer-ese, and I just about did—have you been, until this year, Mr. Wentz, at Southeast your entire career?

Mr. Wentz: That is correct.

Mr. Tretbar:  OK. And on any other occasion during your career at Southeast, other than the incident involving the student you believe was named Cortez Orange, did you instruct a student to remain behind, after class, close the door, ask the student if they would like to kick your ass?

Mr. Wentz: No.

Mr. Tretbar:  So Cortez was the only time you posed that question.

Mr. Wentz: That is, that is the specific incident that, I would say that's the only time I posed that question in a semi-serious manner. There are plenty of football players and basketball players that run their mouths, you know, jokingly, you know, "Wentz, I'm going to kick your ass", and you know,

 Mr. Tretbar:   Let me follow up on that. Have you ever asked anyone or suggest to any student other than to Mr. Orange, have you ever asked them, do you think I'm a mother fucker?

Mr. Wentz: I don't recall that.

Mr. Tretbar: Does that mean you don't think you did, or you might have, might not have, or just don't remember?

USD0068

Mr. Wentz: I don't remember using that exact phrase, no.

Mr. Tretbar:  Do you recall using a phrase similar to that, in a questioning manner, of a student?

Mr. Wentz: Not in a malicious tone.

Mr. Tretbar:  Do you recall using that in a non-malicious tone?

Mr. Wentz: Yes.

Mr. Tretbar:  Tell me about the incidences you posed that question in a non-malicious way.

Mr. Wentz: Well I didn't use the "MF" but you know, I just really joked about the fact that perhaps I was an ass, self- deprecating sort of approach with these kids.

Mr. Tretbar:  Do you think you did that in class?

Mr. Wentz: Yes.

Mr. Tretbar:  Have you done it with students after class, in conversations where it was just you and a student, in a closed classroom?

Mr. Wentz: No.

Mr. Tretbar:  Other than the incident involving Mr. Orange, have you ever offered to a student to let them—I'm going to paraphrase here—take the first shot, take a punch at you, or try to strike you?

Mr. Wentz: Yes, in a joking manner. Numerous times with football players. I mean they'd say something and I'd say go ahead take the first shot.

Mr. Tretbar:  And would that be the end of what you said or would you say anything after that?

Mr. Wentz: Ummm

Mr. Tretbar:  What I'm—where I'm specifically headed is, did you tell them to go ahead and take the first shot, but I guarantee you I'll kick your fucking ass?

Mr. Wentz: I wouldn't use the 'F' word if we were just joking around, but I'd tell them you'd better finish it.

Mr. Tretbar:  Or what would happen?

Mr. Wentz: Or they'd get their ass kicked.

Mr. Tretbar:  OK

Mr. Wentz: They knew it was a joke.

USD0069

Mr. Tretbar:  Please tell me the names of the students that you can recall having a conversation  like that with.

MR Mr. Wentz: I think one specifically, was a young man named Todd Cheek.

Mr. Tretbar:  What is Todd's last name again, Mr. Wentz, I'm sorry?

Mr. Wentz: Cheek, like just in your face.

Mr. Tretbar:  OK. When was he a student at Southeast? Approximately.

Mr. Wentz: Mid Nineties

Mr. Tretbar:  Can you tell me the names of any other students that you've had a conversation like that with?

Mr. Wentz: Not right off-hand, no.

Mr. Tretbar:  Well, I'm asking you to think about it as hard as you can because it sounded like this was—I don't want to say it happened every day, but it sounded like this wasn't all that uncommon a conversation that you had with football players; is that true?

Mr. Wentz: That would be accurate.

Mr. Tretbar:  So, can you think of the name of any other football players that you had this conversation with. A similar conversation, Mr. Wentz, I don't mean verbatim.

Mr. Wentz: That's fine; I think a good example would be a young man named William Sullivan, Will Sullivan.

Mr. Tretbar:  Approximately when was he a student?

Mr. Wentz: Oh, again, '96, '97?

Mr. Tretbar:  All right, and any others that you can tell me?

Mr. Wentz: I remember a big kid after that probably in the early two thousands, Antonio Kennedy.

Mr. Tretbar:  All right. Anyone else you can remember?

Mr. Wentz: No, sir. 5800 students.

Mr. Tretbar:  What does that number represent?

Mr. Wentz: That's the approximate number of kids I've had over the 25 years; someone had asked me once and we got a ball-park figure. My point is that I've always told my students, "Look, don't take it personally, if you see me after school, after the school got out and after you graduate; and I didn't remember your name," because the truth of the matter is, you know, I have to clear the memory data

USD0070

out for the new kids coming in. All of these young men, all were athletes. I would highly encourage that you speak to them. Particularly Mr. Sullivan because it's a very interesting story.

Mr. Tretbar: Would you encourage us to speak to Mr. Orange?

Mr. Wentz: Absolutely. If you could find him , absolutely. In fact, I attempted to locate him.

Mr. Tretbar: All right. One moment please. In the statement that you're shown making in the video tape, you stated. "I done this more than once and I said 'but I guarantee you I will kick your fucking ass." Are you telling me today that that statement was inaccurate?

Mr. Wentz: No that statement was accurate. It did not--clearly taken out of context in the video. As if I was going around bullying students and telling them do your homework or I'm going to kick your fucking ass, or do this or I'm going to kick your fucking ass. That was never the case.

Mr. Tretbar: Well, I mean, there's nothing to be gained by—you know, the video tape is what it is. The school district didn't produce it, all it can do is watch it. Certainly the way the information is presented suggests that this specific scenario in which you told a student to remain after class, closed the door, encouraged the student, if he wished. I assume no women were involved in incidents, or no females were involved in this.

Mr. Wentz: No.

Mr. Tretbar: So you encouraged the young man to, if he wished, to take the first swing, with you then guaranteeing that you would kick his ass. And that's what I thought you were referring to when you're quoted as saying, "I've done this more than once, and I said but  I guarantee you I will kick your fucking ass." What is the missing context there, Mr. Wentz?

Mr. Wentz: I would say, first of all—you know, story-telling, and I certainly am _____
_____, and people know that I like to tell stories. Having said that, the comment **about** I've done *this* before, I mean, is inaccurate as far as doing an identical situation, I guess. There were plenty of times, sir, where I showed up at a kid's house in the morning to give him a ride to school because they didn't have a ride; you can ask Mr. Sullivan, I went up and knocked on the door, pounded on the door 'til he got out of bed and into the car and came to school. And.I guarantee you that I probably said to him, "Get your ass out of bed and come to school. And I don't make it an apology for that; he's a very successful young man, now. And I . . .

Mr. Tretbar:  I'm pleased to know it. Are you telling me that portions of what you said at the hotel bar in Orlando in June of 2015, can be characterized as hyperbole?

Mr. Wentz: Absolutely.

Mr. Tretbar:  How much alcohol had you consumed when you made the statements that are shown on this video tape?

Mr. Wentz: I would say, I believe that video showed me having my second beer, Mr. Matthews and I had several later. I think it's germane to mention that I was just coming off of a reconstructive shoulder

USD0071

surgery, and I mean, literally less than two weeks. But I had instructed my physician, I said, "Look, I can't take these pain pills, you know, I gotta be conscious (cognizant ?) ." So I did not take the pain pills with me when I went, and it was a very uncomfortable trip. I was in a lot of pain, physically. I mean, that's not an excuse, it's a fact.

Mr. Tretbar:  Are you saying you were in pain when you were at this bar?

Mr. Wentz: Yeah. That shoulder hurt me for about eleven months. Constantly.

Mr. Tretbar:  Were you intoxicated when you made the statements that are shown on this video?

Mr. Wentz: No.

Mr. Tretbar:  OK. You understand that threatening a student with physical violence cannot be tolerated, don't you?

Mr. Wentz: I absolutely understand that.

Mr. Tretbar:  And you understand that that's true whether you actually carry out the threat or not, don't you?

Mr. Wentz: Absolutely.

Mr. Tretbar:  I think the expression you used in the video is "that's over the line," would you agree with that?

Mr. Wentz: I would agree from society's standpoint, on the opposite side, looking in, it's over the line. I would disagree that when you're in the trenches, the kids that are coming in having stayed up all night, baby sitting their little brothers, his mom and dad are smoking crack, and I have to get their ass and tell them, "Look, you have a choice to be different from your mom and dad," no.

Mr. Tretbar:  I'm going to ask you if you understand that threatening a student with physical violence cannot be tolerated by your employer, Unified School district 259.

Mr. Wentz: Yes, sir, I understand it, yes.

Mr. Tretbar:  OK. Other than this Cortez situation and these conversations with some football players you've alluded to, have you ever encouraged any other student to take a swing or punch at you?

Mr. Wentz: No. I will say that I'm not sure they were all football players, I'm saying the majority were athletes, because_____ it was one of the things that kept some of these kids off the street. But it is certainly possible, that there's a young man out there that I had that conversation with you who has never played football. Or basketball. That is possible. I never struck a student. I never hit a student, I've never laid a hand on a student other than to break up a fight. It was. . .all this stuff with the athletes was documented in the computer and it was, by my employer's standards, yes, it was inappropriate. By my employer's standards.

USD0072

Mr. Tretbar:  Let me ask you, and again, it is not my goal here to mischaracterize what you've said, it's to understand what you're saying. And you have described some methods for interacting with certain upper-class male students which you believe permit you to get their attention, for lack of a better way to say it, toward the ultimate goal, I'm assuming, of keeping them in school and so on and so forth. I guess what puzzles me, Mr. Wentz, is the way this conversation on the video starts out it is with you saying "Wichita State asked me to come out and talk to their new teachers in education about classroom discipline."

Mr. Wentz: Correct.

Mr. Tretbar:  And that is not what I hear you describing it as, as a method of classroom discipline, but rather as a method of, I don't know, instruction, trying to get through to individual students. Do you see, do you understand what I'm asking?

Mr. Wentz: I do, I do. Let me clarify that a bit. I will tell you, and I don't know how they do it now. At that time, the College of Education at Wichita State and others would ask administrators, you know, "Hey, do you have someone in mind we can ask to come talk to our new student teachers about classroom discipline, or whatever, curriculum instruction, whatever. I was asked by them to come out and speak to the new students, the incoming student teachers, about classroom discipline. And it was my understanding I was asked because I was one of those people that didn't have _____. There's not a revolving door, took care of the stuff that in my room and the kids knew it, the administrators knew it; they weren't all the time having to come to my room and put out fires. The kids respected me, I respected them. And you know, as I went through the video and transcript, the video is clearly highly edited and did not follow the track of the conversation at all.

Mr. Tretbar:  Well, help me understand in what manner this editing sort of distorts whatever the message was you were attempting to convey.

Mr. Wentz: Well, what part?

Mr. Tretbar:  All of it, Mr. Wentz, I mean,. . .

Mr. Wentz: OK. The very—as I recall, the very beginning with my quite inflammatory statement, then followed up by a clip from my campaign making a comment about the values that I had embraced, my parents and my grandparents—it cuts away. And if you were to watch that video, what I referred to was the fact that my parents were one of the very small number of white people in the late sixties that didn't live in the suburbs. We stayed in northeast Wichita. And at the time I didn't understand the significance of it. My grandfather lost business because my father stood for the activities in the civil rights move, and all of that is germane to me ending up where I am today. In doing whatever I believe is necessary to help young people reach their goal. So, you know, the implication and certainly the innuendo and insinuation that this guy, first of all, admitted to being abusive and beat up the students and  bullied them, is absolutely false. And my ex-students will testify to that. Overwhelmingly.

Mr. Tretbar:  Did you make any statements that you can recall that you sit here today that had they been included, would permit the viewer to interpret what you did say that was depicted in some different manner?

USD0073

Mr. Wentz: Absolutely. I think if you include the first part of the story about the kid's muttering stuff under his breath and maybe put in what I said, and then you'll conclude the fact that when I shut the door I asked him what's going on, and I asked him, I went to the part about kicking ass, and his eyes welled up and I think it's germane also that five years later when I saw him at Chucky Cheese, with his baby, and he comes up and he says "Wentz, do you remember me?" and I didn't, and he told me Cortez Orange,  and I immediately went, "AW, man.." Maybe it done me some good _____ to kick my ass," and I said "Cortez, I'm sorry." And he said "you know what? It's the best thing that ever happened to me," and gave me a big hug. It was because, you know, within the black and white and along the lines at what the contractual stuff, yeah, it was unacceptable. All that.

Mr. Tretbar: Did you tell this per. . .Go ahead, I didn't mean to interrupt you, Mr. Wentz.

Mr. Wentz: I'm just saying it's a bigger picture; if this young man tells me the bigger picture that my actions somewhere, somehow helped him take a different track, you know, I won't apologize for that because it's a positive thing. You know, I say I'm sorry, but _____ those actions have been successful.

Mr. Tretbar: Did you serve in the armed services?

Mr. Wentz: I did not.

Mr. Tretbar: OK. What is—there's a reference in this story in which you say "I mean ex-military." What does that refer to?

Mr. Wentz: Joey Matthews _____ Matthews and I were talking. He is ex-military and he's an ex-cop and we spoke to similar views, similar tactics with some of these tough kids from Northern Virginia, how you had to be real with them and our stories are pretty similar. He didn't get his on U-Tube.

Mr. Tretbar: So when you say Joey Matthews—so when you said ex-military, this was a reference to the gentleman you were with.

Mr. Wentz: That's correct.

Mr. Tretbar: Did he ever say there was ever a time he told a kid to remain behind after class, and told the kid he would kick his ass?

Mr. Wentz: No. Not that I can . . .

Mr. Tretbar: Can you tell me what—do you remember, sir, I think you told me and I'm just not remembering—it's not a memory test, but do you recall what school district Mr. Matthews is affiliated with?

Mr. Wentz: No, I don't know. I did—it is here now, it is Louden (an, on something),it's northern Virginia, , but I honestly don't know. Know.  Louden, Virginia Organization. It may be the section of--I don't know how Virginia slices up there—Education Association. Ex-military and cop and then he went into teaching, and he talked about his previous  experiences with his really at- isk kids similar to mine.

USD0074

Mr. Tretbar: I'm getting close to the end of my notes, but I have a few more questions. It sounds like you did not exchange blows or get into a physical altercation with this Cortez Orange, is that correct?

Mr. Wentz: That is absolutely correct. The only time we touched one another is when he gave me a hug at Chucky Cheeese.

Mr. Tretbar: Did you ever become involved in any physical altercations with any of these students, including some football students that you were describing in which you said—I'm just paraphrasing, sir, that you'd better be ready or come strong, or don't bother, or something like that—did any of those conversations ever lead to altercations?

Mr. Wentz: Nothing in a malicious or serious manner. I can tell you that Antonio Kennedy ended up playing football at KU.He came up behind me once. He was 225 pounds. H picked me up in a bear hug, he was pinning my arms at my sides and carrying me down the hall. I didn't know who it was at first and over my shoulder and said "whatever you're going to do, you better finish it", and you know, we laughed about it, it was all in connecting with students and _____ I get it, You don't get that in college education classes.

Mr. Tretbar: : You didn't respond physically to that.

Mr. Wentz: No.

Mr. Tretbar: Do you recall an incident in April of 2012 involving probably 12, probably say the name wrong, Jazeria Wright? Breaking up a fight between two female students?

Mr. Wentz: Yes.

Mr. Tretbar: OK

Mr. Wentz: Yes, I do

Mr. Tretbar: OK. And, I've read the reports on that, that certainly involved an altercation in which it sounds like you suffered some minor injuries; do you recall that?

Mr. Wentz: Yeah, I got scratched up. It was horrifying. I heard one of our female teachers yelling, it was lunch time and I came around—I was at lunch and seen in the corner these two girls each had each other by the hair and Jazeree, she was definitely, I mean pummeling this other girl in the face. And I got, tried,I was, I attempted to get in between them, and she would not let go the other girl's hair. And I, I was screaming for security; it was very traumatic for all of us.

Mr. Tretbar: Do you recall interacting with Ms. Wright once she had been subdued? And it was at the security office?

Mr. Wentz: I recall saying to her and the security that she was out of line.

USD0075

Mr. Tretbar:   Do you recall saying : "I was just trying to separate you, go ahead and hit me again, and see what happens; this is fucked up?"

Mr. Wentz: It's possible. But I don't recall, I was. . .

Mr. Tretbar:   Have you had any other—and I'm using the word altercation, Mr. Wentz, in this part of my question; not in any kind of normative or judgmental sense, I just mean it does stop with the student regardless of the cause. Have you been involved in any other physical altercations with students?

Mr. Wentz: Dozens

Mr. Tretbar: I'm Sorry?.

Mr. Wentz: Dozens.

Mr. Tretbar: OK,

Mr.  Wentz: I say that, I'm talking about breaking up fights at Southeast High School. It's a very frustrating thing. They don't want kids to get hurt, but they don't want you to do anything that could possibly cross any lines. If I saw any fights, and I'm the first one there, I did not hesitate to break up the fight. It's unacceptable in the school, in my opinion. And I believe that the school's policy
_____. There are plenty of other teachers to refuse to this day to do it because they don't want to get in—they're afraid of sitting where I am right now. And I think that's a disservice to the students themselves, I think it's a disservice to the _____.

Mr. Tretbar: Have you ever told a co-worker or a friend, or a family member that you were involved in an event such as the one you describe on the video tape shot in the bar in Orlando, Florida in June of 2015?

Mr. Wentz: I'm sorry, I don't quite understand the question? You're asking me if I related that story?

Mr. Tretbar: Have you ever told a co-worker,or a friend or a family member that you were involved in an exchange with a student like what you described on the video tape that was shot in Orlando Florida?

Mr. Wentz: Yes.

Mr. Tretbar: OK, who have you told?

Mr. Wentz: That's a fairly long list, my family is all aware of it.

Mr. Tretbar: Well, let me just ask which co-workers have you told?

USD0076

Mr. Wentz: Over the years, I mean—names? I don't know who I've told and who I didn't tell. The things I did tell, I tried to deliver pieces in the midst of a crisis, like "Look, this is something that happened to me."

Mr. Tretbar: OK. Well, of course the exchange you described in the video tape was an interaction that you actually initiated. True:

Mr. Wentz: OK, say that one more time please?

Mr. Tretbar: Well, I was just following up on—you were telling me that you told co-workers whose names you can't remember, about something that happened to you, and—I'm paraphrasing there, but my question was, it seemed to me like the event you described in the video tape was an event that you initiated; would you agree?

Mr. Wentz: Yeah.

Mr. Tretbar: You mean you couldn't just let the student walk out a door after the bell rang?

Mr. Wentz: Yes, I could have.

Mr. Tretbar: OK. You were the one who asked him to remain behind so you could have this conversation with him, right?

Mr. Wentz: That is accurate.

Mr. Tretbar: Mr. Wentz, please—and group, I want to step out in the hall for a minute and talk to my colleagues, but I think I'm close to done. If you'll hang on the line, please for just a few minutes,

Mr. Wentz: We would be glad to do that.

Mr. Tretbar: Thank you

(Back on the record)

Mr. Tretbar: Group, are you still there?

Marje: Yes

Mr. Tretbar: Are you still there, Mr. Wentz?

??: Yes, we are.

Mr. Tretbar: OK.I just have a couple more questions. Would you tell me, who, tell me how you first interacted with this person who identified herself as a student teacher? Do you recall what she said her name was, how did it come about that you were interacting with her?

USD0077

Mr. Wentz: _____ NEA had just let out, people were going in separate directions, I ate most of my meals  right there at the hotel, then I had picked hers up off, and I don't recall her name, no, but I know she had a badge that said, and she was talking about a being a student teacher. There was a lot of interaction of people at these conventions—where are you from, what's going on-- at these conventions; that's all the part.

Mr. Tretbar: She was wearing some badge—I'm not trying to be funny, that said—Hello, my name is Ms. Mary Jones, or something like that?

Mr. Wentz: Well, they're given credentials .

Mr. Tretbar: Oh, OK.

Mr. Wentz: You know, that has your name. And she had one, and Joey Matthews will verify that, too,. It was hanging around her nick ; I'm a student teacher, I don't recall where she said was. You know, for what it's worth, and Joey _____ that a lot, I mean. . .

Mr. Tretbar: I missed that; I'm sorry?

Mr. Wentz: Yeah, In the state of Florida, you have to pick someone, it's consent . And what she did, it's illegal. . . but or whatever that was. I didn't know that till. . . .

Mr. Tretbar: Well, OK, I'll handle my own research, but do you recall who sat down at the bar first; you or her?

Mr. Wentz: I do not. I know Mr. Matthews joined us shortly, after she and I were sitting there.

Mr. Tretbar: Where did she say she was from?

Mr. Wentz: I do not recall.

Mr. Tretbar: Why did you say what you said to her?

Mr. Wentz: Well, once again, Council on Urban Educators, and her questions were, and as I recall, and Mr. Matthews might be able to elaborate on this, that she had been teaching middle school kids and they were running her ragged. She didn't know what to do, this or that. The first thing, the very first thing I always tell teachers is 'these kids have to know you care. If they know you care, they'll work with you." And I'm convinced of that and I'll go to my grave believing this, that my children, my students, I can say very comfortably, knew that I cared.

Mr. Tretbar: All right.

Mr. Wentz: And sometimes telling them that you care was tough love.

Mr. Tretbar: So in describing, it sounds like this event involving Mr. Orange, and at least the part that I saw suggesting that this was something that you felt you needed to do on more than that  one

occasion, this was to get her attention in terms of how you express to a student that you care. Is that correct?

Mr. Wentz: Yes. You said 'her,' as the one who said she was the student teacher?

Mr. Tretbar: Yes, that's my question

Mr. Wentz: Yes, I said "Here's an extreme example." As we went through the conversation I said, "you know these are tough kids. Gangsters or wannabes, and they need to hear the truth.

Mr. Tretbar: All right. Tom, is there anything you want to say?   Well, I know you'll be devastated to know that completes my list of questions for you. I thank you for your time; I thank—I'm sorry I'm bad with names—I thank the executive director and counsel for their time,  and I am going to hang up the phone at this point and I will send to Marje, as I say—I'm going to send you whatever I get; it may be inaudible or illegible, but I assume I'm going to get some kind of a file I can send you, Marje, of this conversation.

Marje: Thank you, I appreciate that.

BT: All Right, thank you

USD0079