



# WICHITA
PUBLIC SCHOOLS®

## Personnel Conference Summary

**Date of Conference:** 8/29/2016   **Time of Conference:** 4:30 p.m.

**Conference Initiated By:** Shannon S Krysl

**Reason for Conference:** Unprofessional Conduct

**Persons in Attendance:** Shannon S Krysl, Steve Wentz,

Summary: Mr. Wentz was the subject of an on-line report published on June 28, 2016 by a web-site called *Project Veritas*. The report appears under the headline: "Teachers Union President To Kids: I Will Kick Your F*****g Ass." In the video recording which is part of the report, Mr. Wentz can be heard telling his companions that on multiple occasions in the course of his employment (as a teacher assigned to Southeast High School) he threatened students with physical violence as a disciplinary technique. Specifically, he told his companions he had on more than one occasion instructed a student to remain in the classroom after class, closed the door and asked the student "Do you really want to kick my ass? Do you really think I'm a motherfucker. Son, go for it and I'll give you the first shot . . . But I guarantee you I will kick your fucking ass." Mr. Wentz was recorded making these statements in June, 2015, in a public place, the bar at the hotel where the annual meeting of the National Council of Urban Education Associations was then taking place. As disclosed in the report, Mr. Wentz was attending the meeting in his role as President of United Teachers of Wichita. The video recording and text versions of Mr. Wentz's statements were republished at the *Project Veritas* website, on YouTube and at the *Project Veritas* Facebook page. Mr. Wentz's remarks were also republished on the multiple news platforms operated by at least three Wichita television stations (the CBS, ABC and NBC network affiliates), as well as those of the *Wichita Eagle*. As a result, it is reasonable to assume that tens-of-thousands of students, parents and U.S.D. 259 taxpayers heard or read that the elected representative of all Wichita teachers describe in his own words how he has invited students to take a "shot" at him, in which case he would "kick (their) fucking ass."

The matter was investigated by outside counsel William Tretbar, who interviewed Mr. Wentz. Mr. Wentz acknowledged that he made all of the statements he is shown and can be heard making on the video recording, although he claimed they were taken out of context. As for actions taken in the course of his employment, Mr. Wentz told Mr. Tretbar

that on a single prior occasion "many years ago" he had interacted with a student in a disciplinary setting after class in the manner he can be heard describing on the video, i.e., he invited the student to "go for it" while warning the student that he would "kick (his) fucking ass." He denied that he set such an encounter in motion "more than once," as he can be heard claiming in the video recording. He told Tretbar he has been involved in many other conversations with students in which he told the students that he would "kick (their) ass," but that these statements came as part of jocular exchanges in vernacular speech and did not arise in a disciplinary context. He said that most of the students involved in these conversations were African-American males most of whom were athletes. He decided which students to engage in this manner on an *ad hoc* basis.

Mr. Wentz should be disciplined for engaging in unprofessional conduct. His public statements would cause a reasonable person hearing them to question his judgment, composure and professionalism, and cast doubt on the professionalism of the thousands of U.S.D. 259 teachers he was representing when he made the statements. (His statements likewise reflected adversely on all administrators employed by the District.) As for his on-the-job conduct, Mr. Wentz admitted that he had in fact invited a student to take a swing at him, in which case he would "kick (his) ass." (Mr. Tretbar believes he did this more than once, although there is no direct evidence of this.) This is likewise evidence of unprofessional conduct, as well as a violation of District policy regarding appropriate discipline (Policy 5112, and see Article VII, § C, ¶ 1 of the most recent collective bargaining agreement), and could have given rise to civil exposure for or a criminal charge of assault. The manner in which Mr. Wentz admits that he engages some African-American male high school students who are athletes is likewise unprofessional, and suggests that he would benefit from training in cultural proficiency and maintaining appropriate boundaries between student and teacher.

The employee was given an opportunity to respond to the information presented.

Insert summary of employee response

Recommendation:

Therefore, we recommend:

– that this document be placed in Mr. Wentz's personnel file as a final written warning that conduct of the character described in the *Project Veritas* report will not be tolerated, and that evidence of further conduct along these lines will result in termination

– based on Mr. Wentz's description of the conversations that have led to this disciplinary proceeding and the age and situation in life (approaching adulthood) of the individual students, his substitute teaching assignments be restricted to middle schools

– that Mr. Wentz be referred to an Employee Assistance Program or other district program for purposes of training in cultural proficiency, maintaining appropriate teacher-student boundaries and positive disciplinary techniques.

Any similar incidents of unprofessional conduct will result in further discipline up to and including termination.

_____  8/29/16
Employee's Signature             Date

_____  8/29/16
Representative Signature         Date

_____  8-29-16
Administrator/Supervisor Signature   Date

Original to Human Resources, copy to the Employee and Supervisor

USD0004