## Mea Culpa

I am a lifelong resident of Wichita, as are my parents, grandparents and extended family. We all attended USD 259. The last thing I would ever want to do is embarrass, hurt or offend them or anyone connected with the school district. While my comments in the undercover video are taken way out of context I realize that they were out of line with the position of 259. Because of this I wish apologize to any and all students, former students and colleagues of 259 and those other patrons of the district, whom were hurt by my comments.

I have dedicated my adult life to caring for and trying my best to assist young people as they grow into adults to make good decisions and to think for themselves. While imperfect, my intentions have always been to do the right think, even when unorthodox. And clearly, sometimes those methods fall outside the boundaries that society sets.

One of the messages I have repeated ad nauseam as a teacher is to take responsibility for your actions and clean up any "mess" you make. I made this mess. I am accepting the responsibility for it, and again, I am sorry for any pain that was caused by my actions.

Sincerely, Steve Wentz

**President United Teachers of Wichita**