## DECLARATION OF RUSSELL VERNEY

1.      My name is Russel Verney, I am over the age of eighteen (18) years, and have personal knowledge of all facts stated herein.

2.      Project Veritas is a media group dedicated to holding those in power accountable for their words and deeds.

3.      Undercover journalism has been instrumental in bringing government corruption and fraud to light, specifically including exposing teachers' union corruption.

4.      Allison Maass and Dan Sandini are journalists and videographers who worked for Project Veritas at all relevant times to this lawsuit.

5.      To comply with the law, Project Veritas provides training and direction to its journalists and videographers about where they can and cannot legally record audio/video depending on the jurisdiction of the assignment.

6.      Project Veritas assigned Allison Maass to attend the National Council of Urban Education Associations conference in Orlando to investigate corruption in teachers' unions, where she videotaped her conversation with President of the United Teachers of Wichita teachers' union, Steve Wentz.

7.      Project Veritas did not target Mr. Wentz; in fact, none of us knew who he was prior to the conversation depicted in the Video.

8.      Months later, Project Veritas sent Dan Sandini to Wichita to confirm the story Wentz told Maass, where Sandini recorded Wentz denying the statements he made in his conversation with Allison Maass.

1

9.    Project Vertias compiled portions of the two recordings into the Video at issue here and published it on June 28, 2016.

## AFFIRMATION UNDER OATH

I declare under penalties of perjury under the laws of the United States that the foregoing statements are true and correct, and that I have duly executed this Declaration on the date listed below.

Russell J. Verney                                      Date

2