## DECLARATION OF DAN SANDINI

1. My name is Dan Sandini. I am over the age of eighteen (18) years, and have personal knowledge of all facts stated herein.

2. I am a journalist who worked for Project Veritas at all times relevant to this lawsuit.

3. Project Veritas assigned me to confirm a story told by Steve Wentz to another Project Veritas videographer, and I traveled to Wichita, Kansas to meet with President of the United Teachers of Wichita teachers' union, Steve Wentz for that assignment.

4. I met Steve Wentz in a Panera Bread restaurant, where several other people were present.

5. I recorded my conversation with Mr. Wentz, in which Mr. Wentz denied having ever told a student "I will kick your fucking ass."

6. I consented to the recording of our conversation.

7. Prior to traveling to Wichita, I was briefed by Project Veritas on Kansas recording laws and instructed to only record audio/video in public places.

8. Project Veritas used my recording of my conversation with Mr. Wentz, along with another recorded conversation with Mr. Wentz made by another videographer, to compile the Video at issue here and published it on June 28, 2016.

1

## AFFIRMATION UNDER OATH

I declare under penalties of perjury under the laws of the United States that the foregoing statements are true and correct, and that I have duly executed this Declaration on the date listed below.

_____  9/27/18
Dan Sandini                      Date

2