1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

------------------------------------ )

STEVE WENTZ,                          )

             Plaintiff,           )Case No.

     vs.                             )6:17-cv-0116

PROJECT VERITAS, a Virginia           )ORL-18GJK

corporation; JAMES O'KEEFE, III;      )

ALLISON MAASS; and BREITBART NEWS     )

NETWORK, LLC, a Delaware company,     )

             Defendants.          )

------------------------------------ )


DEPOSITION OF ALLISON MAASS

Arlington, Virginia

July 9, 2018




REPORTED BY:  Tina Alfaro, RPR, CRR, RMR

1     A.   I was a videographer and I used a camera.
2     Q.   Okay.  How did you get the camera?
3     A.   I was given the camera by Project Veritas.
4     Q.   Who on behalf of Project Veritas gave you
5  the camera?
6     A.   I guess just Project Veritas.  I guess
7  Carl Higby would have given me the camera, but it
8  was just given to me by the company.
9     Q.   Okay.  And what type of camera was it?
10    A.   I don't know the exact name of the camera
11 or what it is even called I guess other than a
12 camera.
13    Q.   Okay.  Do you have a brand name?
14    A.   No.
15    Q.   Can you describe it for me?
16    A.   It was a small camera that I would hook up
17 to a button on either my clothes or purse.
18    Q.   How small?  What do you mean by small?
19         MR. MAGRUDER:  Object to form.
20 BY THE WITNESS:
21    A.   As far as I can remember, it was maybe a
22 couple inches by a couple inches.  It was small

1      **A.   Sometimes, sometimes not.  There wasn't a**
2   **typical protocol for that.**
3      Q.   How did you learn that you were going to
4   determine if there was any corruption?
5          MR. MAGRUDER:  Object to form.  You can
6   answer if you can.
7   BY THE WITNESS:
8      **A.   Could you further explain what you mean?**
9      Q.   I'm trying to get at how you were -- how
10  these instructions came about and how you were
11  instructed to go there.  I mean, you said you don't
12  remember if there was a meeting.  Is there anything
13  that could help jog your memory or refresh your
14  recollection?
15         MR. MAGRUDER:  Object to form.
16  BY THE WITNESS:
17     **A.   I mean, I was told -- I was assigned to go**
18  **to this conference where there would be teachers**
19  **and teachers' unions and teacher union leaders to**
20  **investigate if there was corruption in teachers'**
21  **unions.**
22     Q.   So what did you understand corruption to

1   sure.

2       Q.  How did you know that -- how did you know
3   who Steve Wentz was?

4       A.  At what time?

5       Q.  Well, when you first -- I mean, I'm
6   guessing he may have told you his name.  Did you
7   ask him his name?  How did you find out who he was?

8       **A.  I mean, I wouldn't have known who he was**
9   **until I first met him.  I don't remember exactly**
10  **how I knew when he told me his name, but it would**
11  **have been when I first met him.  I didn't know him**
12  **prior.**

13      Q.  Did you have a notepad where you wrote
14  stuff down while you were doing this undercover
15  investigation?

16      **A.  No.**

17      Q.  So if he told you his name would you have
18  written it down somewhere?

19      **A.  Well, no, because -- I don't think I would**
20  **have, no.  That would have been strange.**

21      Q.  Did you -- I mean, did you do any
22  research?  You had talked about doing background

1    people at this Florida conference.

2         Q.   Just switching gears a little bit here --
3    actually, a lot.  At the bar, when you were
4    recording Steve Wentz at that bar how many other
5    people were present?

6              MS. CONLIN:  Object to form.

7              MR. MAGRUDER:  What's the form objection?

8              MS. CONLIN:  You didn't identify present
9    where.

10   BY MR. MAGRUDER:

11        Q.   Have you ever recorded Steve Wentz other
12   than the recording that we've been talking here for
13   the last four hours?

14        A.   No.

15        Q.   At the time that you made that recording
16   how many other people were in the bar?

17        A.   There were quite a few, if I remember.
18   There were other people sitting up at the bar,
19   there was the bartender, and then there were people
20   coming in and out of the bar.  I'm pretty sure it
21   was also a restaurant.  So there were tables
22   around.  We were really close to an outside hallway

1  where there were a lot of people walking back and
2  forth.
3       Q.  I've never been to that hotel before.  I
4  don't want to put words in your mouth, but can you
5  tell us a little bit about where the bar was?  Is
6  it off the lobby of the hotel?
7       A.  The lobby was large.  So it was off part
8  of the lobby, yeah.
9       Q.  Do you remember about how many people
10 attended the conference?
11      A.  I don't know.  A lot of people.
12      Q.  Like hundreds?
13      A.  It's hard for me to say.  It's hard for me
14 to remember.  There were a lot of people.  I never
15 ran into really the same person more than once.
16      Q.  At the bar where the recording took place,
17 was that an area that only people who had paid for
18 the conference and were authorized to be at the
19 conference could be?
20      A.  No.
21      Q.  It was open to the public?
22      A.  Yes.

1    Q.  You said a lot of people were sitting at
2    the bar.  There was at least one other person you
3    can see in the frame of the video, correct?
4        A.  Yes.
5        Q.  Was he participating in your conversation?
6        **A.  A little bit.**
7        Q.  Did you ask him any questions?
8        **A.  I did.**
9        Q.  Do you remember if he responded to you at
10   all?
11       **A.  He did kind of.  He was a little bit more**
12   **standoffish about answering questions.**
13       Q.  More standoffish than who?
14       **A.  Than Steve.**
15       Q.  So I know you said a lot of people and you
16   can't quite remember, but do you think that you
17   could estimate?  I mean, were there more than 50
18   people in the bar/restaurant area?
19       **A.  I couldn't say for sure.**
20       Q.  More than ten?
21       **A.  I would estimate there was more than ten**
22   **probably.**

115

1    Q.  Was there someone sitting next to you on
2    the other side?
3    **A.  No.**
4    Q.  But there were other people at the bar?
5    **A.  Yes.**
6         MS. CONLIN:  Object to form.
7    BY MR. MAGRUDER:
8    Q.  Were there any other patrons at the time
9    of the recording that were sitting up at the bar
10   with the three of you?
11   **A.  I can't remember exactly.  I do know that**
12   **the bartender, though, was involved sometimes.  We**
13   **talked to him a little bit.**
14   Q.  He or she came and --
15   **A.  He did, yeah.**
16   Q.  Did Project Veritas give you any direction
17   about where and what you could record?
18   **A.  Yes.**
19   Q.  What did they tell you?
20   **A.  We were briefed about what would be legal**
21   **to record.**
22   Q.  In Florida?

1      **A. In Florida, yes.**

2      Q. So what did they tell you -- did they tell

3 you not to record in certain places?

4      **A. Yes.**

5      Q. What did they tell you about where you

6 could record?

7      **A. It needed to be a public place to record.**

8      Q. Did you ever record anybody at this

9 conference in a private location?

10     **A. No.**

11     MS. CONLIN: Object to form.

12 BY MR. MAGRUDER:

13     Q. What do you think Project Veritas would

14 have done if they found out that you weren't only

15 recording in public locations?

16     MS. CONLIN: Object to form.

17 BY THE WITNESS:

18     **A. I mean, I can't say for sure because, you**

19 **know, it was very clear that we needed to follow**

20 **the law.**

21     MR. MAGRUDER: Thank you. That's all I

22 have.