| Filters Used: | | |
|---|---|---|
| | **Email Report** <br> Summary Format | Date Printed: 5/14/2018 <br> Time Printed: 10:49AM <br> Printed By: CLC |

From: Blaufuss, Marjie [KS] [mailto:Marjie.Blaufuss@knea.org]
Sent: Thursday, August 25, 2016 9:02 PM
To: William P. Tretbar
Subject: Re: Steve Wentz

I have forward the message to Steve.

Marjie Blaufuss

On Aug 25, 2016, at 6:20 PM, William P. Tretbar <wtretbar@fleeson.com> wrote:

Marjie:

Confirming the phone message I just left, I am sending a copy of a notice of Personnel Conference in relation to Mr. Wentz.

Among other things, it reflects that the conference is scheduled for Monday, August 29, 2016 at 4:30 p.m. at the AMAC in Room 116B.

Please forward this to Mr. Wentz.

Thank you.

---

William P. Tretbar
Attorney
Fleeson, Gooing, Coulson & Kitch L.L.C.
1900 Epic Center, 301 N. Main
Wichita, KS 67202
Voice: 316.267.7361 | Fax: 316.267.1754
email@fleeson.com
www.fleeson.com
<image003.jpg>
CONFIDENTIALITY: This email may be legally PRIVILEGED. If you are not an intended recipient, the dissemination, distribution or copying of this message is strictly prohibited. Please delete it from your system, and notify sender of the error by reply e-mail or by calling (316) 267-7361. Thank you.

Pursuant to federal regulations imposed on practitioners who render tax advice ("Circular 230"), we are required to advise you that any tax advice contained herein is not intended or written to be used for the purpose of avoiding tax penalties that may be imposed by the IRS. No one, without our written permission, may use any part of the email to promote, market or recommend an arrangement relating to any Federal tax matter

<Notice of Personnel Conference.docx>

"Only the individual sender is responsible for the content of the message, and

4

| Filters Used: | Email Report<br>Summary Format | Date Printed: 5/14/2018<br>Time Printed: 10:49AM<br>Printed By: CLC |
|---|---|---|

From: William P. Tretbar [mailto:wtretbar@fleeson.com]
Sent: Thursday, August 25, 2016 6:25 PM
To: Blaufuss, Marjie [KS] <Marjie.Blaufuss@knea.org>
Subject: Steve Wentz

Marjie:

Confirming the phone message I just left, I am sending a copy of a notice of Personnel Conference in relation to Mr. Wentz.

Among other things, it reflects that the conference is scheduled for Monday, August 29, 2016 at 4:30 p.m. at the AMAC in Room 116B.

| Filters Used: | Email Report | Date Printed: 5/14/2018 |
|---|---|---|
| | Summary Format | Time Printed: 10:49AM |
| | | Printed By: CLC |

From: Blaufuss, Marjie [KS] [mailto:Marjie.Blaufuss@knea.org]
Sent: Thursday, July 14, 2016 1:50 PM
To: William P. Tretbar
Subject: RE: Steve Wentz

Thank you, Bill.

Do you have any information you can share about the investigation? Do you have any idea when it will be completed and when a recommendation will be made? Will you take your recommendation to HR or to the board?

Marjie Blaufuss
KNEA Legal Services

| Filters Used: | Email Report | Date Printed: 5/14/2018 |
|---|---|---|
| | Summary Format | Time Printed: 10:49AM |
| | | Printed By: CLC |

(Image)

715 SW 10TH AVE  TOPEKA, KS 66612    785 232 8271 Ext. 127    Fax: 785 290 0375

From: William P. Tretbar [mailto:wtretbar@fleeson.com]
Sent: Thursday, July 14, 2016 1:35 PM
To: Blaufuss, Marjie [KS] <Marjie.Blaufuss@knea.org>
Cc: Shannon Krysl (skrysl@usd259.net) <skrysl@usd259.net>
Subject: Steve Wentz

Marjie:

At the request of Shannon Krysl, I am sending copies of the district personnel records relating to Mr. Wentz.

William P. Tretbar
Attorney
Fleeson, Gooing, Coulson & Kitch L.L.C.
1900 Epic Center, 301 N. Main
Wichita, KS 67202
Voice: 316.267.7361 | Fax: 316.267.1754
email@fleeson.com
www.fleeson.com
(Image)
CONFIDENTIALITY: This email may be legally PRIVILEGED. If you are not an intended recipient, the dissemination, distribution or copying of this message is strictly prohibited. Please delete it from your system, and notify sender of the error by reply e-mail or by calling (316) 267-7361. Thank you.

Pursuant to federal regulations imposed on practitioners who render tax advice ("Circular 230"), we are required to advise you that any tax advice contained herein is not intended or written to be used for the purpose of avoiding tax penalties that may be imposed by the IRS. No one, without our written permission, may use any part of the email to promote, market or recommend an arrangement relating to any Federal tax matter

"Only the individual sender is responsible for the content of the message, and the message does not necessarily reflect the position or policy of the Kansas National Education Association or its affiliates."

| Filters Used: | | |
|---|---|---|
| | **Email Report** | Date Printed: 5/14/2018 |
| | Summary Format | Time Printed: 10:49AM |
| | | Printed By: CLC |

strictly prohibited. Please delete it from your system, and notify sender of the error by reply e-mail or by calling (316) 267-7361. Thank you.

---

| | | | | |
|---|---|---|---|---|
| Date | 7/06/2016    Time   12:37PM | Duration   0.00 (hours) | Code | |
| Subject | Re: email you received from Tech Administrator or Eric Reusser | | Staff | Beth A Quinn |
| Client | Wichita USD No. 259 | MatterRef Wentz, Steve | | |
| From | Blaufuss, Marjie [KS] | | | MatterNo 00011 |
| To | William P. Tretbar | | | |
| CC To | | | | |

Reminders       (days before)  Follow  N   Done  N   Notify  N   Hide   N   Trigger  N   Private  N   Status

Thank you, Bill, I have received the recording.

Marjie Blaufuss

On Jul 6, 2016, at 11:39 AM, William P. Tretbar <wtretbar@fleeson.com> wrote:

Marjie:

Eric Reusser, our IT person, created a drop-box and placed the folder containing the recording of our interview of Steve Wentz last week in it. I sent an email to you 20 or so minutes ago to try to give you access to the drop box. I am not very experienced with this and am told that whatever comes by email will show E Reusser or "tech admin" as the sender. Sorry for any mystery about this. If you need me to send it again let me know.

---

William P. Tretbar
Attorney
Fleeson, Gooing, Coulson & Kitch L.L.C.
1900 Epic Center, 301 N. Main
Wichita, KS 67202
Voice: 316.267.7361 | Fax: 316.267.1754
email@fleeson.com
www.fleeson.com
<image001.jpg>
CONFIDENTIALITY: This email may be legally PRIVILEGED. If you are not an intended recipient, the dissemination, distribution or copying of this message is strictly prohibited. Please delete it from your system, and notify sender of the error by reply e-mail or by calling (316) 267-7361. Thank you.

Pursuant to federal regulations imposed on practitioners who render tax advice ("Circular 230"), we are required to advise you that any tax advice contained herein is not intended or written to be used for the purpose of avoiding tax penalties that may be imposed by the IRS. No one, without our written permission, may use any part of the email to promote, market or recommend an arrangement relating to any Federal tax matter

| Filters Used: | Email Report | Date Printed: 5/14/2018 |
|---|---|---|
| | Summary Format | Time Printed: 10:49AM |
| | | Printed By: CLC |

Date      7/01/2016    Time   3:43PM         Duration   0.00  (hours)      Code
Subject   RE: Number for tomorrow's call                                   Staff   Beth A Quinn
Client    Wichita USD No. 259              MatterRef Wentz, Steve                  MatterNo 00011
From      William P. Tretbar
To        'Blaufuss, Marjie [KS]'
CC To

Reminders                      (days before) Follow  N  Done  N  Notify  N  Hide  N  Trigger  N  Private  N  Status

Marjie:

I tried to send the "file" containing the recording of this morning's interview by email a little while ago. As I thought might occur, it "bounced" due to the size of the file. I am asking my helper to load it on to a drive which I will mail to you as promptly as I can, although it probably won't go out until Tuesday.

| Filters Used: | Email Report<br>Summary Format | Date Printed: 5/14/2018<br>Time Printed: 10:49AM<br>Printed By: CLC |
|---|---|---|

William P. Tretbar
Attorney
Fleeson, Gooing, Coulson & Kitch L.L.C.
1900 Epic Center, 301 N. Main
Wichita, KS 67202
Voice: 316.267.7361 | Fax: 316.267.1754
wtretbar@fleeson.com
www.fleeson.com

CONFIDENTIALITY: This email may be legally PRIVILEGED. If you are not an intended recipient, the dissemination, distribution or copying of this message is strictly prohibited. Please delete it from your system, and notify sender of the error by reply e-mail or by calling (316) 267-7361.  Thank you.

Pursuant to federal regulations imposed on practitioners who render tax advice ("Circular 230"), we are required to advise you that any tax advice contained herein is not intended or written to be used for the purpose of avoiding tax penalties that may be imposed by the IRS. No one, without our written permission, may use any part of the email to promote, market or recommend an arrangement relating to any Federal tax matter

From: Blaufuss, Marjie [KS] [mailto:Marjie.Blaufuss@knea.org]
Sent: Thursday, June 30, 2016 2:10 PM
To: William P. Tretbar
Subject: RE: contact information and tentative schedule

I understand this is an interview and that Kevin Riemann and I can advise our member but not otherwise insert ourselves into the interview. I am working with the people in DC right now to arrange the call. I will get you that information as soon as I get it.


Marjie Blaufuss
KNEA Legal Services

(Image)

---

715 SW 10TH AVE  TOPEKA, KS 66612     785 232 8271 Ext. 127     Fax: 785 290 0375

From: William P. Tretbar [mailto:wtretbar@fleeson.com]
Sent: Thursday, June 30, 2016 2:09 PM
To: Blaufuss, Marjie [KS] <Marjie.Blaufuss@knea.org>
Subject: contact information and tentative schedule

Marjie:

| Filters Used: | **Email Report** | Date Printed: 5/14/2018 |
|---|---|---|
| | Summary Format | Time Printed: 10:49AM |
| | | Printed By: CLC |

As we discussed, we would like to interview Mr. Wentz tomorrow at 10 a.m. Central time. You said you would determine the best way to set up the necessary telephone conference and let me know. You mentioned that Mr. Riemann will be with Mr. Wentz and that you would like to be patched in as well-both okay, so long as all concerned understand that this is an interview and not a deposition.

Let me know. Thanks.

---

William P. Tretbar
Attorney
Fleeson, Gooing, Coulson & Kitch L.L.C.
1900 Epic Center, 301 N. Main
Wichita, KS 67202
Voice: 316.267.7361 | Fax: 316.267.1754
email@fleeson.com
www.fleeson.com
(Image)
CONFIDENTIALITY: This email may be legally PRIVILEGED. If you are not an intended recipient, the dissemination, distribution or copying of this message is strictly prohibited. Please delete it from your system, and notify sender of the error by reply e-mail or by calling (316) 267-7361. Thank you.

Pursuant to federal regulations imposed on practitioners who render tax advice ("Circular 230"), we are required to advise you that any tax advice contained herein is not intended or written to be used for the purpose of avoiding tax penalties that may be imposed by the IRS. No one, without our written permission, may use any part of the email to promote, market or recommend an arrangement relating to any Federal tax matter

"Only the individual sender is responsible for the content of the message, and the message does not necessarily reflect the position or policy of the Kansas National Education Association or its affiliates."

"Only the individual sender is responsible for the content of the message, and the message does not necessarily reflect the position or policy of the Kansas National Education Association or its affiliates."

---

| Date | 7/01/2016 | Time | 2:53PM | Duration | 0.00 (hours) | Code | | |
|---|---|---|---|---|---|---|---|---|
| Subject | Steve Wentz interview | | | | | Staff | Beth A Quinn | |
| Client | Wichita USD No. 259 | | | MatterRef | Wentz, Steve | | MatterNo | 00011 |
| From | William P. Tretbar | | | | | | | |
| To | marjie.blaufuss@knea.org | | | | | | | |
| CC To | | | | | | | | |

Reminders          (days before) Follow  N  Done  N  Notify  N  Hide  N  Trigger  N  Private  N  Status

Marjie: