

**WICHITA**
PUBLIC SCHOOLS

Date: August 26, 2016

To: Steve Wentz

A personnel conference is to be held on Monday, August 29, 2016, 4:30 p.m., at AMAC, Room 116B.

The reason for this conference is to address your unprofessional conduct.

This is a disciplinary conference. You may bring representation with you to this conference.

If you have questions, please feel free to call me.

Sincerely,

Shannon S. Krysl
Chief Human Resources Officer