## THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| **STEVE WENTZ,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No.: |
| | ) | 6:17-cv-001164 |
| **PROJECT VERITAS,** a Virginia | ) | |
| corporation; **JAMES O'KEEFE** | ) | |
| **III,** an individual; and | ) | |
| **ALLISON MAASS,** an | ) | |
| individual, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### DECLARATION OF ATTORNEY CYNTHIA CONLIN IN SUPPORT OF PLAINTIFF'S RULE 72 OBJECTION TO [131] MAGISTRATE'S ORDER

I, CYNTHIA ARIEL CONLIN, declare under penalty of perjury that the following is true and correct:

1.    I am counsel for Plaintiff in this action and have personal knowledge about the facts stated herein.

2.    In anticipation of litigation and for purposes of a common litigation interest, Plaintiff and I communicated with Lauren Windsor, who is also a party to litigation against Project Veritas, James O'Keefe III, and Allison Maass in *Democracy Partners v. Project Veritas Action Fund*, Case No. 1:17-cv-1047-ESH (D.D.C 2018), and her attorneys in that case.

3.    In anticipation of litigation and for purposes of a common litigation interest against James O'Keefe III, Project

Veritas, and Allison Maass, I sent and received several emails to and from Lauren Windsor and her attorneys, who cooperated with me and Plaintiff to formulate a common legal strategies against these common Defendants.

4.   I have drafted the privilege log, attached heretom explaining how each of the communications were in anticipation of litigation and/or for the purpose of formulating a common legal strategy.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 19, 2015**, by:

/s/ Cynthia Conlin

CYNTHIA CONLIN, ESQ.
Florida Bar No. 47012
Cynthia@cynthiaconlin.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on **March 1, 2019,** I filed electronically the foregoing with the Clerk of the Court via CM/ECF system which will notify electronically all parties.

*Attorney for Plaintiffs:*

**Cynthia Conlin, P.A.**
1643 Hillcrest Street
Orlando, Florida 32803-4809
Tel. 405-965-5519/Fax 405-545-4395
www.conlinpa.com

<u>/s/ Cynthia Conlin, Esq.</u>
[X] CYNTHIA CONLIN, ESQ.
Florida Bar No. 47012
Cynthia@cynthiaconlin.com
[ ] JENNIFER DAWN REED, ESQ.
Florida Bar No. 104986
Jennifer@cynthiaconlin.com
Secondary Email for Service:
Jeff@cynthiaconlin.com

**WENTZ'S PRIVILEGE LOG**

*Wentz v. Project Veritas, James O'Keefe III, and Allison Maass*
Case No. 6:17-cv-01164-GKS-GJK

Names in "Author" and "recipients" columns of chart are referenced by last name, for brevity. The names referenced are:

| | |
|---|---|
| Bromberg | Yael Bromberg, Esq.<br>Supervising Attorney<br>Georgetown Law |
| Conlin | Cynthia Conlin, Esq.<br>Lead Attorney<br>Cynthia Conlin & Associates |
| Francois | Aderson Francois, Esq., Attorney<br>Georgetown Law |
| Gabrielson | Debbie Gabrielson<br>Legal Assistant<br>Malek Law |
| Gourley | Steven Gourley, Esq.<br>Attorney<br>Malek Law |
| LaFauci | Trevor LaFauci<br>Common interest potential plaintiff |
| Lewis | Laura Lewis, Esq.<br>Attorney<br>Malek Law |
| Malek | Jeffrey Malek, Esq.<br>Attorney<br>Malek Law |
| Pagán | Tony Pagán, Jr., Esq.<br>Associate Attorney<br>Cynthia Conlin & Associates |
| Sandler | Joseph Sandler, Esq., Attorney<br>Sandler, Reiff, & Young, P.C. |
| Vizcaino | Jeffrey Vizcaino, Esq.<br>Former Legal Assistant/Paralegal and later Attorney<br>Cynthia Conlin & Associates |
| Wentz | Steve Wentz (Plaintiff) |
| Windsor | Lauren Windsor<br>Executive Director, American Family Voices, and<br>Partner, Democracy Partners<br>(Common Interest Plaintiff) |

| Bases for privilege | Notes |
|---|---|
| common interest<br>(aka allied litigant, joint defense, common defense) | *See Matter of Grand Jury Subpoena Duces Tecum Dated November 16, 1974*, 406 F.Supp. 381 (S.D.N.Y.1975) (Where there is consultation among several clients and their jointly retained counsel, allied in a common legal cause, it may be reasonably inferred that resultant disclosures are intended to be insulated from exposure beyond confines of that group;  that inference, supported by demonstration that the disclosures would not have been but for sake of securing or supplying legal representation, will give sufficient force to subsequent claim of attorney-client privilege); *Pucket v. Hot Springs School Dist. No. 23-2*, 239 F.R.D. 572, 582 (D.C.S.D. 2006) (common interest doctrine is an exception to rule that disclosure to third party waives privilege); *Ferko v. N.A.S.C.A.R.*, 219 F.R.D. 396, 401 (D.C.Tex. 2003) ("common interest doctrine" an exception to the general rule that disclosure of privileged communication to third person waives privilege); *Ken's Foods, Inc. v. Ken's Steak House, Inc.*, 213 F.R.D. 89, 93 (D.C. Mass. 2002) (communications must be germane to common interest); *In re Mortgage & Realty Trust*, 212 B.R. 649, 653 (Bkt. Ct. Cal. 1997) (elements are: made by separate parties in matter of common interest, designed to further interest, and not waived); *Minnesota School Boards Association Ins. Trust v. Employers Ins. Trust Co.*, 83 F.R.D. 627 (D.C.Ill. 1999) ("common interest of joint defense" doctrine allows party to share privileged information with another without waiver); *In re United Mine Workers Employee Benefit Plan Litigation*, 159 F.R.D. 307, 313 (D.C.D.C. 1994); *Am. Zurich Ins. Co. v. Montana 13th Jud. Dist. Court*, 280 P.3d 240, 245 (Mont. 2012) (recognizing in reliance on federal case); *S.F. Pacific Gold Corp. v. United Nuclear Corp.*, 175 P.3d 309, 316 (N.M. Ct. App. 2007) ("common interest rule" also known as "the joint defense privilege"); *Karoly v. Mancuso*, 65 A.3d 301, 315 (Pa. 2013) (communications between present and past counsel might qualify); *In re Park Cities Bank*, 409 S.W.3d 859, 874 (Tex. App. Tyler 2013) (more accurately called "the allied litigant privilege"); *Sanders v. State*, 169 Wash. 2d 827, 240 P.3d 120, 134 (2010) (describing doctrine). |
| Work product | The work product privilege or doctrine protects documents and papers of an attorney or a party prepared in anticipation of litigation regardless of whether they pertain to confidential conversations between attorney and client. "The rationale supporting the work product doctrine is that 'one party is not entitled to prepare his case thorough the investigative work product of his adversary where the same or similar information is available through ordinary investigative techniques and discovery procedures.' " *Southern Bell Tel. & Tel. Co. v. Deason*, 632 So. 2d 1377, 1384 (Fla. 1994) (discussion of work product doctrine with application to a number of documents). The work product doctrine prevents a party from preparing its case through discovery of the investigatory work of its adversary. |

| Author | Recipients | Date | Title or Description | Subject Matter | Purpose | Degree | RDP | Basis for privilege |
|---|---|---|---|---|---|---|---|---|
| Windsor | Wentz | 4/19/2017 7:09 PM | Project Veritas project follow up | Discussion of similar claims against PV and strategy | Follow-up regarding discussion of similar claims and legal strategy | Has not been or shared with anyone | 6 | Common interest privilege; work product |
| Wentz | Conlin Windsor | 4/19/2017 3:11 PM | Matter against woman who made surreptitious video recording and Project Veritas | Windsor's preparation of litigation against PV, Maass, O'Keefe; legal thoughts and strategy against Defendants | Introducing Plaintiff in other case who also has claims against Defendants; discussing legal thoughts and strategy against Defendants | Has not been or shared with anyone | 6 | Common interest privilege; work product |
| Windsor | Wentz Conlin | 4/25/2017 9:22 PM | Matter against woman who made surreptitious video recording and Project Veritas | Windsor's legal strategies against Project Veritas | Collaboration among Plaintiffs | Has not been or shared with anyone | 6 | Common interest privilege; work product |
| Conlin | Windsor Wentz | 5/3/2017 2:54 PM | Matter against woman who made surreptitious video recording and Project Veritas | Discussing legal strategies against Project Veritas | Scheduling a call to discuss legal strategies | Has not been or shared with anyone | 6 | Common interest privilege; work product |

| Author | Recipients | Date | Title or Description | Subject Matter | Purpose | Degree | RDP | Basis for privilege |
|--------|-----------|------|---------------------|----------------|---------|--------|-----|---------------------|
| Windsor | Conlin Wentz | 5/4/2017 11:38 AM | Matter against woman who made surreptitious video recording and Project Veritas | Discussing legal strategies against Project Veritas | Confirming a call to discuss legal strategies | Has not been or shared with anyone | 6 | Common interest privilege; work product |
| Windsor | Conlin Bromberg | 5/9/2017 4:19 PM | O'Keefe call follow-up | Preparation of litigation against Project Veritas and O'Keefe and possible additional Plaintiff | Introducing Conlin to Bromberg; providing referral information on a potential other plaintiff (LaFauci); sharing dossier on O'Keefe and PV made in anticipation of litigation | Has not been or shared with anyone | 6 | Common interest privilege; work product |
| Bromberg | Conlin WIndsor | 5/9/2017 4:41PM | O'Keefe call follow-up | Viability and analysis of claims of other potential plaintiff against Project Veritas | Share legal analysis and legal opinions of LaFauci's potential legal claims against Project Veritas | Labeled, "CONFIDENTIAL ATTORNEY WORK PRODUCT ATTORNEYCLIENT PRIVILEGE"; has not been shared with anyone | 6 | Common interest privilege; work product |
| Conlin | Windsor | 5/15/2017 4:07 PM | Wondering if we can reschedule? Re: O'Keefe call followup | Rescheduling call; thread contains content of 5/9/2017 4:19PM email | Reschedule strategy call | Has not been shared with anyone | 6 | Common interest privilege; work product |

| Author | Recipients | Date | Title or Description | Subject Matter | Purpose | Degree | RDP | Basis for privilege |
|---|---|---|---|---|---|---|---|---|
| Windsor | Conlin LaFauci Bromberg | 5/16/2017 3:44 PM | Introduction to Trevor | LaFauci's potential claims against Defendants | Refer LaFauci to Attorney Conlin | Has not been shared with anyone else | 6 | Common interest privilege; work product |
| Bromberg | Windsor Conlin | 5/16/2017 5:24 PM | Introduction to Trevor | Legal analysis of LaFauci's potential claims against Defendants | Share legal thoughts, opinion | Marked, "*This transmission is intended … to be confidential, intended only for the proper recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law;* Has not been shared with anyone | 6 | Common interest privilege; work product |
| Windsor | Conlin Sandler Bromberg | 5/22/2017 7:10 PM | Timing of O'Keefe suit + talk? | Timing of filing of complaint | Discussing when each lawsuit would be filed; following up with LaFauci referral | Has not been shared with anyone else | 6 | Common interest privilege; work product |
| Wentz | Windsor | 5/23/2017 11:08 AM | Re: -- SPAM -- Re: Matter against woman who made surreptitious video recording and Project Veritas | Common interest between claimants and prior discussions; legal strategy against Defendants | Touching base on common interest between claimants and prior discussions | Has not been shared with anyone else | 6 | Common interest privilege; work product |

| Author | Recipients | Date | Title or Description | Subject Matter | Purpose | Degree | RDP | Basis for privilege |
|--------|-----------|------|--------------------|----------------|---------|--------|-----|--------------------|
| Windsor | Wentz | 5/23/2017 2:09 PM | Re: -- SPAM -- Re: Matter against woman who made surreptitious video recording and Project Veritas | Common interest between claimants and prior discussions; legal strategy against Defendants | Touching base on common interest between claimants and prior discussions | Has not been shared with anyone else | 6 | Common interest privilege; work product |
| Windsor | Conlin Sandler Bromberg | 5/24/2017 10:21 PM | Timing of O'Keefe suit + talk? | Timing of filing of complaint | Reminding about prior email discussing when each lawsuit would be filed; following up with LaFauci referral | Has not been shared with anyone else | 6 | Common interest privilege; work product |
| Bromberg | Windsor Conlin | 5/25/2017 | Timing of O'Keefe suit + talk? | Timing of filing of American Family Voices lawsuit against Project Veritas | Noting when that lawsuit would be filed | Marked, "*This transmission is intended … to be confidential, intended only for the proper recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law;* Has not been shared with anyone | 6 | Common interest privilege; work product |
| Windsor | Conlin | 6/5/2017 | Following up on Trevor & Steve's cases | Following up on LaFauci referral | Follow up on LaFauci referral | Has not been shared with anyone | 6 | Common interest privilege; work product |

| Author | Recipients | Date | Title or Description | Subject Matter | Purpose | Degree | RDP | Basis for privilege |
|---|---|---|---|---|---|---|---|---|
| Bromberg | Conlin Sandler Windsor | 6/9/2017 | O'Keefe call follow-up | Filing of American Family Voices lawsuit against Project Veritas, O'Keefe, Maass; thoughts on Project Veritas's pattern | Requesting update | Marked, "*This transmission is intended … to be confidential, intended only for the proper recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law;* Has not been shared with anyone | 6 | Common interest privilege; work product |
| Windsor | Gourley Malek Wentz Conlin Bromberg Sandler Lindenbaum | 6/10/2017 3:40 PM | James O'Keefe litigation – intro to Steve Wentz & Cynthia Conlin | Overview of Wentz's claims against Defendants, Dianne Barrow's current lawsuit, and potential of adding claims against PV | Connecting Conlin and Wentz to Gourley and Malek (attorneys for Dianne Barrow) | Has not been shared with anyone | 6 | Common interest privilege; work product |
| Conlin | Bromberg Windsor | 6/23/2017 4:32 PM | New Case Filed: Wentz v. Project Veritas, 6:17cv-01164GKSGJK | Newly filed civil action against Project Veritas and O'Keefe, with update | Notifying of and sharing newly filed civil action against Project Veritas and O'Keefe, with update | Has not been shared with anyone | 6 | Common interest privilege; work product |
| Bromberg | Conlin Windsor | 6/23/2017 5:45 PM | New Case Filed: Wentz v. Project Veritas, 6:17cv-01164GKSGJK | Newly filed civil action against PV and O'Keefe, with update | Discussing Wentz complaint against PV and O'Keefe | Has not been shared with anyone | 6 | Common interest privilege; work product |

| Author | Recipients | Date | Title or Description | Subject Matter | Purpose | Degree | RDP | Basis for privilege |
|---|---|---|---|---|---|---|---|---|
| Windsor | Conlin Bromberg | 6/23/2017 6:01 PM | New Case Filed: Wentz v. Project Veritas, 6:17cv-01164GKSGJK | Newly filed civil action against PV and O'Keefe; service on Maass | Discussing Wentz complaint against PV and O'Keefe and service on Maass | Has not been shared with anyone | 6 | Common interest privilege; work product |
| Windsor | LaFauci Conlin | 6/23/2017 8:21 PM | Following up on Veritas | LaFauci's potential legal claims against PV | Update on status of evaluation of legal claims | Has not been shared with anyone | 6 | Common interest privilege; work product |
| Windsor | Sandler Lindenbaum Bromberg Conlin | 6/23/2017 8:52 PM | Process server for Allison Maass | Locating and serving Maass | Discussing how to locate and serve Maass | Has not been shared with anyone | 6 | Common interest privilege; work product |
| Lindenbaum | Windsor Sandler Bromberg Conlin | 6/26/2017 11:15 AM | Process server for Allison Maass | Locating and serving Maass | Sharing information on how to locate and serve Maass | Has not been shared with anyone outside lawyers' offices (only Law Clerk Durham, see below) | 6 | Common interest privilege; work product |
| Windsor | Durham | 6/27/2017 3:12 AM | Process server for Allison Maass | Forwarding 6/26/2017 11:15 AM email to Conlin's Law Clerk | Sharing information on how to locate and serve Maass | Has not been shared with anyone | 6 | Common interest privilege; work product |
| Conlin | Lindenbaum Windsor Bromberg Durham | 7/10/2017 9:15 AM | Fwd: Status on your Account#() | Forwarding 7/10/2017 update from process server with message re. seeking information on Maass | Sharing information on how to locate and serve Maass | Has not been shared with anyone | 6 | Common interest privilege; work product |
| Lindenbaum | Conlin Windsor Bromberg Durham | 7/10/2017 9:27 PM | Fwd: Status on your Account#() | How to locate Maass for service of the lawsuits | Discussing how to locate Maass for service of the lawsuits | Has not been shared with anyone | 6 | Common interest privilege; work product |

| Author | Recipients | Date | Title or Description | Subject Matter | Purpose | Degree | RDP | Basis for privilege |
|---|---|---|---|---|---|---|---|---|
| Conlin | Lindenbaum Windsor Bromberg Durham | 7/10/2017 9:30 PM | Fwd: Status on your Account#() | Theories & methods on how to locate Maass | Discussing how to locate Maass for service of the lawsuits | Has not been shared with anyone | 6 | Common interest privilege; work product |
| Windsor | Conlin Lindenbaum Bromberg Durham | 7/10/2017 10:24 PM | Fwd: Status on your Account#() | Theories on Maass's location for service of process | Discussing how to locate Maass for service of the lawsuits | Has not been shared with anyone | 6 | Common interest privilege; work product |
| Windsor | Conlin Lindenbaum Bromberg Durham | 7/10/2017 10:35 PM | Fwd: Status on your Account#() | Theories on Maass's location for service of process | Discussing how to locate Maass for service of the lawsuits | Has not been shared with anyone | 6 | Common interest privilege; work product |
| Windsor | Wentz | 7/10/2017 9:26 PM | (blank) | Locating Maass for service of process | Locating Maass for service of process | Has not been shared with anyone | 6 | Common interest privilege; work product |
| Wentz | Windsor | 7/10/2017 10:56 PM | (blank) | Locating Maass for service of process | Locating Maass for service of process | Has not been shared with anyone | 6 | Common interest privilege; work product |
| Lindenbaum | Conlin Windsor Bromberg Durham | 7/11/2017 11:31 AM | Fwd: Status on your Account#() | Update on locating Maass; theories on locating and serving Maass | Discussing how to locate Maass for service of the lawsuits | Has not been shared with anyone | 6 | Common interest privilege; work product |
| Conlin | Lindenbaum Windsor Bromberg Durham | 7/11/2017 11:38 PM | Fwd: Status on your Account#() | Locating Maass for service of the lawsuits | Discussing how to locate Maass for service of the lawsuits | Has not been shared with anyone | 6 | Common interest privilege; work product |
| Vizcaino | Windsor | 8/2/2017 10:35 AM | Serving James O'Keefe; Wentz v. Project Veritas et al., 6:17-cv-01164-GKS-GJK | Locating O'Keefe for service of Wentz case | Discussing where to serve O'Keefe | Has only been shared with Windsor's attorneys (see below) | 6 | Common interest privilege; work product |

| Author | Recipients | Date | Title or Description | Subject Matter | Purpose | Degree | RDP | Basis for privilege |
|---|---|---|---|---|---|---|---|---|
| Windsor | Vizcaino Lindenbaum Sandler Bromberg Conlin | 8/2/2017 11:11 AM | Serving James O'Keefe; Wentz v. Project Veritas et al., 6:17-cv-01164-GKS-GJK | Locating O'Keefe for service of Wentz case | Discussing where to serve O'Keefe | Has not been shared with anyone | 6 | Common interest privilege; work product |
| Windsor | Lindenbaum Windsor Sandler Bromberg Conlin | 8/2/2017 3:52 PM | Serving James O'Keefe; Wentz v. Project Veritas et al., 6:17-cv-01164-GKS-GJK | Locating O'Keefe for service of Wentz case | Discussing where/how to serve O'Keefe | Has not been shared with anyone | 6 | Common interest privilege; work product |
| Vizcaino | Windsor | 8/9/2017 3:13 PM | Serving James O'Keefe; Wentz v. Project Veritas et al., 6:17-cv-01164-GKS-GJK | Locating Maass for service of Wentz case | Discussing where to serve Maass | Has only been shared with Windsor's attorneys (see below) | 6 | Common interest privilege; work product |
| Windsor | Vizcaino Lindenbaum | 8/9/2017 6:34 PM | Serving James O'Keefe; Wentz v. Project Veritas et al., 6:17-cv-01164-GKS-GJK | Locating Maass for service | Discussing where to serve Maass | Has not been shared with anyone | 6 | Common interest privilege; work product |
| Vizcaino | Lindenbaum Windsor | 8/16/2017 4:44 PM | Serving James O'Keefe; Wentz v. Project Veritas et al., 6:17-cv-01164-GKS-GJK | Locating Maass for service | Discussing where to serve Maass | Has not been shared with anyone | 6 | Common interest privilege; work product |
| Vizcaino | Lindenbaum Windsor | 8/25/2017 12:18 PM | Serving James O'Keefe; Wentz v. Project Veritas et al., 6:17-cv-01164-GKS-GJK | Locating Maass for service | Discussing where to serve Maass | Has not been shared with anyone | 6 | Common interest privilege; work product |

| Author | Recipients | Date | Title or Description | Subject Matter | Purpose | Degree | RDP | Basis for privilege |
|--------|-----------|------|--------------------|----------------|---------|--------|-----|---------------------|
| Lindenbaum | Vizcaino Windsor | 8/25/2017 04:26 PM | Serving James O'Keefe; Wentz v. Project Veritas et al., 6:17-cv-01164-GKS-GJK | Locating Maass for service | Discussing how to locate Maass for service | Has not been shared with anyone | 6 | Common interest privilege; work product |
| Vizcaino | Lindenbaum Windsor | 8/25/2017 4:56 PM | Serving James O'Keefe; Wentz v. Project Veritas et al., 6:17-cv-01164-GKS-GJK | Locating Maass for service | Discussing where to serve Maass | Has not been shared with anyone | 6 | Common interest privilege; work product |
| Windsor | Wentz Conlin Durham Vicaino | 10/4/2017 1:08 PM | O'Keefe video referencing your lawsuit | O'Keefe discussing litigation | Discussing O'Keefe discussion and mention of the lawsuits in the media | Has not been shared with anyone | 6 | Common interest privilege; work product |
| Conlin | Windsor Wentz Lindenbaum | 10/4/2017 12:10 PM | Still looking for Allison Maass; Wentz v. Project Veritas, et al, Case No. 6:17cv 01164GKSGJK | Background research on Maass | Sharing background research on Maass in anticipation of serving her in litigation | Has not been shared with anyone except attorneys | 6 | Common interest privilege; work product |
| Windsor | Conlin Wentz Lindenbaum Bromberg Sandler | 10/4/2017 1:58 PM | Still looking for Allison Maass; Wentz v. Project Veritas, et al, Case No. 6:17cv 01164GKSGJK | Background research on Maass; methods of service of process | Sharing information on Maass in anticipation of serving her in litigation; discussing alternatives | Has not been shared with anyone except attorneys | 6 | Common interest privilege; work product |
| Windsor | Conlin Wentz | 10/4/2017 3:22 PM | O'Keefe video referencing your lawsuit | Possible related claimant | Discussing potential related claimant | Has not been shared with anyone | 6 | Common interest privilege; work product |

| Author | Recipients | Date | Title or Description | Subject Matter | Purpose | Degree | RDP | Basis for privilege |
|---|---|---|---|---|---|---|---|---|
| Conlin | Windsor Wentz Lindenbaum Bromberg Sandler | 10/4/2017 3:41 PM | Still looking for Allison Maass; Wentz v. Project Veritas, et al, Case No. 6:17cv 01164GKSGJK | Locating Maass; possible alternatives to regular service of process | Sharing information and legal strategies on serving Maass | Has not been shared with anyone | 6 | Common interest privilege; work product |
| Conlin | Windsor Wentz | 10/4/2017 3:42 PM | O'Keefe video referencing your lawsuit | Possible related claimant | Potential related claimant | Has not been shared with anyone | 6 | Common interest privilege; work product |
| Windsor | Conlin Wentz | 10/4/2017 3:44 PM | O'Keefe video referencing your lawsuit | Possible related claimant | Potential related claimant | Has not been shared with anyone | 6 | Common interest privilege; work product |
| Bromberg | Conlin Windsor Wentz Lindenbaum Sandler | 10/4/2017 6:37 PM | Still looking for Allison Maass; Wentz v. Project Veritas, et al, Case No. 6:17cv 01164GKSGJK | Locating Maass; legal theories on possible alternatives to regular service of process | Sharing information and legal strategies on serving Maass | Marked, "*This transmission is intended … to be confidential, intended only for the proper recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law;* Has not been shared with anyone | 6 | Common interest privilege; work product |
| Wentz | Conlin Windsor | 10/5/2017 8:50 AM | O'Keefe video referencing your lawsuit | Possible related claimant; possible representation | Potential related claimant and related case against PV | Has not been shared with anyone | 6 | Common interest privilege; work product |

| Author | Recipients | Date | Title or Description | Subject Matter | Purpose | Degree | RDP | Basis for privilege |
|--------|-----------|------|---------------------|----------------|---------|--------|-----|---------------------|
| Conlin | Wentz Windsor | 10/5/2017 9:26 AM | O'Keefe video referencing your lawsuit | Possible related claimant; possible representation | Potential related claimant and representation of same in related case against PV | Has not been shared with anyone | 6 | Common interest privilege; work product |
| Conlin | Wentz Bromberg Windsor Lindenbaum Sandler | 10/5/2017 10:32 AM | Still looking for Allison Maass; Wentz v. Project Veritas, et al, Case No. 6:17cv 01164GKSGJK | Locating Maass; legal strategy, legal theories, and legal standard on possible alternatives to regular service of process; background information on Maass | Sharing information and legal strategies on serving Maass | Has not been shared with anyone | 6 | Common interest privilege; work product |
| Bromberg | Conlin Wentz Windsor | 10/9/2017 10:08 AM | Still looking for Allison Maass; Wentz v. Project Veritas, et al, Case No. 6:17cv 01164GKSGJK | Legal strategy, legal theories, and legal standard on possible alternatives to regular service of process on Maass | Researcing legal strategies on serving Maass | Marked, "*This transmission is intended … to be confidential, intended only for the proper recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law;* Has not been shared with anyone | 6 | Common interest privilege; work product |

| Author | Recipients | Date | Title or Description | Subject Matter | Purpose | Degree | RDP | Basis for privilege |
|---|---|---|---|---|---|---|---|---|
| Bromberg | Conlin Wentz Windsor Lindenbaum Sandler Francois | 10/9/2017 10:56 AM | Still looking for Allison Maass; Wentz v. Project Veritas, et al, Case No. 6:17cv 01164GKSGJK | Legal strategy, legal theories, and legal standard on possible alternatives to regular service of process on Maass | Sharing legal strategies on serving Maass | Marked, "*This transmission is intended … to be confidential, intended only for the proper recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law;* Has not been shared with anyone | 6 | Common interest privilege; work product |
| Windsor | Sandler Bromberg Lindenbaum Conlin Creamer | 10/10/2017 11:09 AM | FYI—here's Project Veritas's litigation insurance policy | Legal strategies against PV and other lawsuit where PV is a party | Discussing and sharing legal strategies against PV and related case information | Has not been shared with anyone | 6 | Common interest privilege; work product |
| Windsor | Conlin Wentz Sandler Bromberg Lindenbaum | 11/8/2017 4:11 PM | O'Keefe insurer problems | PV's insurance coverage for litigation | Sharing information about PV's insurance coverage for litigation | Has not been shared with anyone | 6 | Common interest privilege; work product |
| Windsor | Conlin Lewis Malek Gourley Gabrielson | 10/8/2017 4:18 PM | Project Veritas's litigation insurance policy | Legal strategies against PV; other lawsuits where PV is a party | Discussing and sharing legal strategies against PV and related case information | Has not been shared with anyone | 6 | Common interest privilege; work product |

| Author | Recipients | Date | Title or Description | Subject Matter | Purpose | Degree | RDP | Basis for privilege |
|---|---|---|---|---|---|---|---|---|
| Wentz | Windsor Conlin Sandler Bromberg Lindenbaum | 11/8/2017 4:59 PM | O'Keefe insurer problems | PV's insurance coverage for litigation | Sharing thoughts, impressions about developments in litigation | Has not been shared with anyone | 6 | Common interest privilege; work product |
| Conlin | Windsor Lewis Malek Gourley Gabrielson | 10/8/2017 6:41 PM | Fwd: Project Veritas's litigation insurance policy | Other lawsuits where PV is a party | Discussing and sharing legal strategies against PV and related case information among attorneys | Has not been shared with anyone | 6 | Common interest privilege; work product |
| Windsor | Wentz Conlin | 10/19/2017 | PV Joe Halderman deposition re Wentz | Discovery obtained in related lawsuit against PV | Sharing information in related case | Has not been shared with anyone | 6 | Common interest privilege; work product |
| Wentz | Windsor | 10/20/2017 8:01 PM | PV Joe Halderman deposition re Wentz | Discovery obtained in related lawsuit against PV | Sharing information in related case | Has not been shared with anyone | 6 | Common interest privilege; work product |
| Windsor | Wentz Conlin | 10/22/2017 | PV Joe Halderman deposition re Wentz | Discovery obtained in related lawsuit against PV | Sharing information in related case | Has not been shared with anyone | 6 | Common interest privilege; work product |

| Author | Recipients | Date | Title or Description | Subject Matter | Purpose | Degree | RDP | Basis for privilege |
|---|---|---|---|---|---|---|---|---|
| Bromberg | Conlin Wentz Sandler Lindenbaum Francois | 11/27/2017 9:29 AM | Project Veritas case | Service on Maass | Discussing information on where/how to serve Maass | Marked, *"This transmission is intended … to be confidential, intended only for the proper recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law;* Has not been shared with anyone | 6 | Common interest privilege; work product |
| Conlin | Bromberg Wentz Sandler Lindenbaum Francois | 11/28/2017 8:20 PM | Project Veritas case | Service on Maass | Discussing how to effect service on Maass | Original thread marked, *"This transmission is intended … to be confidential, intended only for the proper recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law;* Has not been shared with anyone | 6 | Common interest privilege; work product |

| Author | Recipients | Date | Title or Description | Subject Matter | Purpose | Degree | RDP | Basis for privilege |
|---|---|---|---|---|---|---|---|---|
| Conlin | Lindenbaum Bromberg Wentz Sandler Francois | 12/10/2017 3:46 Am | Project Veritas case | Service on Maass | Discussing how to effect service on Maass | Original thread marked, *"This transmission is intended … to be confidential, intended only for the proper recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law;* Has not been shared with anyone | 6 | Common interest privilege; work product |
| Windsor | Wentz Conlin | 12/12/2017 10:20 AM | Washington Post connection | Strategies of potentially speaking to media about litigation | Discussion of strategies of potentially speaking to media about litigation | Has not been shared with anyone | 6 | Common interest privilege; work product |
| Windsor | Conlin Wentz | 1/5/2018 6:38 PM | Veritas Updates | Updates on legal strategies against Defendants; service on Maass | Sharing legal strategies, thoughts, in relation to Defendants, information about Mass | Has not been shared with anyone | 6 | Common interest privilege; work product |
| Conlin | Windsor Wentz | 1/5/2018 7:38 PM | Veritas Updates | Updates on legal strategies against Defendants; progression in lawsuits | Sharing legal strategies, thoughts, an information in relation to Defendants | Has not been shared with anyone | 6 | Common interest privilege; work product |

| Author | Recipients | Date | Title or Description | Subject Matter | Purpose | Degree | RDP | Basis for privilege |
|--------|-----------|------|--------------------|----------------|---------|--------|-----|--------------------|
| Windsor | Conlin Wentz | 1/8/2018 12:59 PM | Veritas Updates | Updates on Democracy Partners's case against Defendants; service on Maass | Sharing legal strategies, thoughts, an information in relation to Defendants | Has not been shared with anyone | 6 | Common interest privilege; work product |
| Conlin | Windsor Wentz | 1/8/2018 1:56 PM | Veritas Updates | Update on Wentz's case against Defendants and legal strategies; service on Maass | Sharing legal strategies, thoughts, an information in relation to cases against Defendants | Has not been shared with anyone | 6 | Common interest privilege; work product |
| Windsor | Wentz Conlin | 3/13/2018 3:24 PM | Touching base re Project Veritas Exposed | Updates on cases against lawsuits | Providing updates on common legal interests | Has not been shared with anyone | 6 | Common interest privilege; work product |