**GRAYROBINSON P.A.**
Attorneys At Law
Post Office Box 3068
Orlando, Florida 32802

Telephone (407) 843-8880
Federal ID # 59-1300132

Russell J. Verney
Project Veritas
[redacted]

December 12, 2018
FILE # 296214 - 1

Invoice # 10831789
Re: Wentz v. Project Veritas; US Mid. Dist. Ct. Case No. 6:17-1164-GKS-GJK

This summary includes all transactions on the above matter processed up to and including the date of the last transaction shown on this invoice. Any transactions, including credits or receipts processed after that date will be reflected on a future statement.

CURRENT FEES: [redacted]

CURRENT DISBURSEMENTS:

**CURRENT BALANCE DUE**:

0333

**CLIENT COPY**
**PAYMENT IS DUE UPON RECEIPT**

EXHIBIT "A"

Wentz v. Project Veritas; US Mid. Dist. Ct. Case No. 6:17-1164-GKS-GJK

**Professional Services:**



Wentz v. Project Veritas; US Mid. Dist. Ct. Case No. 6:17-1164-GKS-GJK



Wentz v. Project Veritas; US Mid. Dist. Ct. Case No. 6:17-1164-GKS-GJK





| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/27/18 | BGM | call with counsel in Democracy Partners' case re: testimony of Lauren Windsor, analyze and consider testimony, and follow up with team and client re: same and potential motion to compel and for sanctions [.9]; exchange email and telephone correspondence with opposing counsel re: motion to compel and for sanctions and start to draft same [.8]. | 1.7 | $ 374.00 |
| 11/28/18 | BGM | Analyze and consider Federal law and past discovery responses and documents received in discovery in preparation for draft motion to compel and for sanctions based on communications with Lauren Windsor and follow up with team, client, and opposing counsel re: same; draft same [6.6]; | 6.6 | $1,452.00 |
| 11/28/18 | KS | Confer with Mr. Magruder regarding discovery issues [.2]; review and revise motion to compel and for sanctions [.8]; finalize and assist in filing motion to compel [.2]; | 1.2 | $ 228.00 |
| 11/28/18 | ML | Reviewing draft Motion to Compel Discovery Responses from Plaintiff and for Rule 37 Sanctions (.4); meeting with Jason Zimmerman and Brock Magruder concerning same (.2). | 0.60 | $ 216.00 |

Handwritten annotations (in blue):

- (next to 11/27/18 BGM): A phone call to learn that Lauren Windsor communicated with Steve Wentz did not need to take that long; furthermore my time entries indicate our call only lasted .09h and your followup email was not that long.
- (under 1.7): 1h
- (next to 11/28/18 BGM): The motion was unnecessarily lengthy.
- (under 6.6): 5hrs
- (next to 11/28/18 KS): Too much time for a paralegal to edit a motion an attorney already spent 8.3 hours on. Furthermore, clerical work would not be compensable as attorney's fees
- (under 1.2): .5h
- (next to 11/28/18 ML): This appears to be unnecessarily reduntant work that did not add to the motion
- (under 0.60): 0

Wentz v. Project Veritas; US Mid. Dist. Ct. Case No. 6:17-1164-GKS-GJK



Wentz v. Project Veritas; US Mid. Dist. Ct. Case No. 6:17-1164-GKS-GJK



# GrayRobinson P.A.

Attorneys At Law
Post Office Box 3068
Orlando, Florida 32802

Telephone (407) 843-8880

Federal ID # 59-1300132

Russell J. Verney
Project Veritas

January 10, 2019
FILE # 296214 - 1

█████████████████████████

| | |
|---|---|
| Invoice # | 10836955 |
| Re: | Wentz v. Project Veritas; US Mid. Dist. Ct. Case No. 6:17-1164-GKS-GJK |

This summary includes all transactions on the above matter processed up to and including the date of the last transaction shown on this invoice.  Any transactions, including credits or receipts processed after that date will be reflected on a future statement.

CURRENT FEES:

CURRENT DISBURSEMENTS:

**CURRENT BALANCE DUE**:



0333

## CLIENT COPY
### PAYMENT IS DUE UPON RECEIPT

Wentz v. Project Veritas; US Mid. Dist. Ct. Case No. 6:17-1164-GKS-GJK

**Professional Services:**



Wentz v. Project Veritas; US Mid. Dist. Ct. Case No. 6:17-1164-GKS-GJK



Wentz v. Project Veritas; US Mid. Dist. Ct. Case No. 6:17-1164-GKS-GJK



| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/12/18 | JAZ | Review latest filings from Wentz and coordinate responsive documents with Attorney Brock Magruder and requests for replies from the Court. | 1.10 .5 | $ 357.50 |

It appears that JAZ reviewed other document other than those associated with the motion to compel, as others were filed this day and this appears to be duplicative effort between JAZ and BGM

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/13/18 | BGM | analyze and consider response in opposition to motion to compel and for sanctions and draft motion for reply to same; exchange email and telephone correspondence with opposing counsel re: conferral on motion for leave to file reply [1.6]. | 1.6 | $ 352.00 |
| 12/13/18 | ML | reviewing Wentz's Response in Opposition to Motion to Compel Discovery Responses and for Rule 37 Sanctions (.2); meeting with Brock Magruder concerning same (.1); reviewing draft Motion for Leave to File Reply (.2); conferring with Brock Magruder regarding same (.1). | .6 0 | $ 216.00 |
| 12/14/18 | BGM | Continue to attempt to confer on motion for reply and follow up with team re: same; revise certificate of | 1.70 | $ 374.00 |

This appears to be duplicative work

10836955

Wentz v. Project Veritas; US Mid. Dist. Ct. Case No. 6:17-1164-GKS-GJK

The motion to file a reply was essentially one page.  It is not reasonable to spend this much time on such a short motion. Revising the certificate of conferral was unnecessary and this included a lot of unnecessary followup. This could have been accomplished in the first 1.6 hours billed.

conferral in motion for reply and facilitate filing; confer with opposing counsel on motion for leave to file reply and follow up with team re: same; provide direction to team re: final revisions to motion and facilitate filing

0

| | | | | |
|---|---|---|---|---|
| 12/14/18 | KS | Review multiple emails from Mr. Magruder regarding motion for leave to file reply and conferral for same [.3]; review and revise motion for leave to file reply in support of motion to compel [.3]. | 0.60 | $ 114.00 |

.2

All of those emails are unnecessary, and ll this time should not have been spent on a motion that was straightforward and essentially one page

Wentz v. Project Veritas; US Mid. Dist. Ct. Case No. 6:17-1164-GKS-GJK



Wentz v. Project Veritas; US Mid. Dist. Ct. Case No. 6:17-1164-GKS-GJK



Wentz v. Project Veritas; US Mid. Dist. Ct. Case No. 6:17-1164-GKS-GJK



# GRAYROBINSON P.A.

Attorneys At Law
Post Office Box 3068
Orlando, Florida 32802

Telephone (407) 843-8880
Federal ID # 59-1300132

Russell J. Verney                                                February 6, 2019
Project Veritas                                                  FILE # 296214 - 1

Invoice #        10841805
Re:              Wentz v. Project Veritas; US Mid. Dist. Ct. Case No. 6:17-1164-
                 GKS-GJK

This summary includes all transactions on the above matter processed up to and including the
date of the last transaction shown on this invoice. Any transactions, including credits or receipts
processed after that date will be reflected on a future statement.

CURRENT FEES:

CURRENT DISBURSEMENTS:

**CURRENT BALANCE DUE**:



0333                              **CLIENT COPY**
                       **PAYMENT IS DUE UPON RECEIPT**

Project Veritas                                          Invoice No.  10841805
Wentz v. Project Veritas; US Mid. Dist. Ct. Case No.     Invoice Date: February 6, 2019
6:17-1164-GKS-GJK

**Professional Services:**

Project Veritas

Invoice No.  10841805

Wentz v. Project Veritas; US Mid. Dist. Ct. Case No.

Invoice Date: February 6, 2019

6:17-1164-GKS-GJK



Project Veritas
Wentz v. Project Veritas; US Mid. Dist. Ct. Case No.
6:17-1164-GKS-GJK

Invoice No.  10841805
Invoice Date: February 6, 2019



01/11/19   BGM                                                    2.4       $ 528.00

analyze and consider response in opposition to motion to compel and draft reply in support of same [2.4];

Project Veritas
Wentz v. Project Veritas; US Mid. Dist. Ct. Case No.
6:17-1164-GKS-GJK

Invoice No.  10841805
Invoice Date: February 6, 2019

| | | | | |
|---|---|---|---|---|
| 01/11/19 | KS | █████████████████ | ████ | ████████ |

review and revise reply in support of motion to compel    .3    $ 57.00
[.3];

████████████████████████

| 01/11/19 | JAZ | Review and provide comments to multiple filings | 2.10 | $ 682.50 |
|---|---|---|---|---|

*This appears to be duplicative work and providing supervisory support could have been accomplished in less time*

including Reply in Support of our Motion to Compel di
scovery responses that Plaintiff has failed to properly
respond to.

   .5

████████████████████████

| 01/14/19 | BGM | ████████████████ | ████ | ████████ |
|---|---|---|---|---|

*It was unfounded to oppose Plaintiff's motion to file a sur-reply as such this time was unreasonably spent*

   .3    $ 66.00

   0

analyze and
consider motion for sur-reply and strategy conference
with Mr. Zimmerman re: plan of action [,3].

████████████████████████

Project Veritas
Wentz v. Project Veritas; US Mid. Dist. Ct. Case No.
6:17-1164-GKS-GJK

Invoice No.  10841805
Invoice Date: February 6, 2019



Project Veritas
Wentz v. Project Veritas; US Mid. Dist. Ct. Case No.
6:17-1164-GKS-GJK

Invoice No.  10841805
Invoice Date: February 6, 2019



01/23/19    KS

It was unfounded to
oppose Plaintiff's motion
to file a sur-reply as such
this time was
unreasonably spent

.3

0

$ 57.00

review motion for sur-reply to our
motion to compel discovery [.1]; begin draft of
response [.2].

Project Veritas
Wentz v. Project Veritas; US Mid. Dist. Ct. Case No.
6:17-1164-GKS-GJK

Invoice No.  10841805
Invoice Date: February 6, 2019



| 01/24/19 | BGM | Analyze and consider motion to compel, response, reply and motion for sur-reply in preparation of draft response and start to draft same [.5]; | | .5 | $110.00 |
|---|---|---|---|---|---|

*It was unfounded to oppose Plaintiff's motion to file a sur-reply as such this time was unreasonably spent*

0

| 01/25/19 | BGM | Finalize response in opposition to motion for sur-reply and follow up with team re: same. | 1.80 | $ 396.00 |
|---|---|---|---|---|

0

*It was unfounded to oppose Plaintiff's motion to file a sur-reply as such this time was unreasonably spent*

| 01/28/19 | JAZ | Review and provide comments to our response in opposition to Plaintiff's request to file a sur-reply | 1.10 | $ 357.50 |
|---|---|---|---|---|

0

*It was unfounded to oppose Plaintiff's motion to file a sur-reply as such this time was unreasonably spent*

Project Veritas
Wentz v. Project Veritas; US Mid. Dist. Ct. Case No.
6:17-1164-GKS-GJK

Invoice No.  10841805
Invoice Date: February 6, 2019

01/29/19   KS    Review order granting Wentz's motion to file sur-reply
to motion to compel [.1];

.1    $ 19.00

0

Not time spent in
bringing the motion to
compel and the
opposition to Plaintiff's
motion to file sur-reply
was unfounded



Project Veritas                                                              Invoice No.  10841805
Wentz v. Project Veritas; US Mid. Dist. Ct. Case No.          Invoice Date: February 6, 2019
6:17-1164-GKS-GJK



Project Veritas

Invoice No.  10841805

Wentz v. Project Veritas; US Mid. Dist. Ct. Case No.
6:17-1164-GKS-GJK

Invoice Date: February 6, 2019



# Gray Robinson P.A.

Attorneys At Law
Post Office Box 3068
Orlando, Florida 32802

Telephone (407) 843-8880
Federal ID # 59-1300132

Russell J. Verney                                                          March 6, 2019
Project Veritas                                                            FILE # 296214 - 1

████████████████████████

Invoice #        10847890
Re:              Wentz v. Project Veritas; US Mid. Dist. Ct. Case No. 6:17-1164-
                 GKS-GJK

This summary includes all transactions on the above matter processed up to and including the
date of the last transaction shown on this invoice. Any transactions, including credits or receipts
processed after that date will be reflected on a future statement.

CURRENT FEES:

CURRENT DISBURSEMENTS:                          

**CURRENT BALANCE DUE**:

0333                              **CLIENT COPY**
                      **PAYMENT IS DUE UPON RECEIPT**

Page 1

Wentz v. Project Veritas; US Mid. Dist. Ct. Case No. 6:17-1164-GKS-GJK

**Professional Services:**



| | | | | |
|---|---|---|---|---|
| 02/04/19 | JAZ | Review Sur-reply related to our motion to compel and for sanctions related to Plaintiff's failure to produce information pertaining to our Anti-Slapp affirmative defense and review cited cases and arguments. | 1.90<br>0 | $ 617.50 |

Not time spent in bringing the motion to compel and does not appear to provide any benefit to the motion to compel

Wentz v. Project Veritas; US Mid. Dist. Ct. Case No. 6:17-1164-GKS-GJK



Wentz v. Project Veritas; US Mid. Dist. Ct. Case No. 6:17-1164-GKS-GJK





| 02/25/19 | BGM | Analyze and consider order granting motion to compel and for sanctions [.1]; | | .10 | $ 22.00 |
| Not time spent in bringing the motion to compel | | | | 0 | |

| 02/26/19 | KS | Review order granting our motion to compel discovery responses and for fees [.1]; email to Mr. Magruder and Ms. Garner regarding same [.1]; | | .20 | $ 38.00 |
| Not time spent in bringing the motion to compel and duplicative of work done by BGM | | | | 0 | |

Wentz v. Project Veritas; US Mid. Dist. Ct. Case No. 6:17-1164-GKS-GJK



Wentz v. Project Veritas; US Mid. Dist. Ct. Case No. 6:17-1164-GKS-GJK

