**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

STEVE WENTZ,

    Plaintiff,

v.                                  CASE NO: 6:17-cv-01164-ORL-18GJK

PROJECT VERITAS, a Virginia Corporation; JAMES O'KEEFE III; ALLISON MAASS; and BREITBART NEWS NETWORK, LLC, a Delaware company,

    Defendants.

_____/

**DECLARATION OF JASON ZIMMERMAN
IN SUPPORT OF MOTION TO QUANTIFY ATTORNEY'S
FEES PURSUANT TO FEBRUARY 22, 2019 ORDER**

    1.    My name is Jason Zimmerman. I am over the age of 18 years, a member in good standing with the Florida Bar, and a shareholder with GrayRobinson, P.A. ("GrayRobinson").

    2.    From July 2017, through the present time, I have acted as lead counsel for Defendants in this matter. This declaration is based upon my personal knowledge and the business records of GrayRobinson.

    3.    I am familiar with the hourly rates charged in Central Florida by lawyers of reasonably comparable skills, experience and reputation. I have taken into consideration the time and labor required, the novelty and difficulty of the questions involved, and the skill required to perform the legal service at issue here. I have also considered the fees customarily

**EXHIBIT "B"**

charged in Central Florida for similar legal services, the amount of controversy in this litigation, Plaintiff's discovery conduct, and the results obtained here.

4. In making this declaration, I have reviewed time and billing records that were maintained in the normal and ordinary course of business for Defendants (attached as Exhibit "A" to the Motion). Those records include attorneys' fees that were reasonably incurred related to Defendants' Motion to Compel Discovery Responses from Plaintiff and for Rule 37 Sanctions ("Motion to Compel").

5. Attorneys and Paralegals at GrayRobinson billed their time in .10 hour increments. The hourly rates, hours worked and fees billed for the attorneys and paralegals who worked on the Motion to Compel are as follows:

| **Name** | **Position** | **Hourly Rate** | **Hours** | **Fee** |
|---|---|---|---|---|
| Jason Zimmerman | Shareholder | $325 | 8.7 | $2,827.50 |
| Marc Levine | Shareholder | $360 | .6 | $216.00 |
| Brock Magruder | Associate | $220 | 13.4 | $3,938.00 |
| Kathy Savage | Paralegal | $190 | 2.5 | $475.00 |
| **TOTALS:** | | | 25.2 | $7,456.50 |

6. I have 8 years of experience handling a broad scope of federal and state litigation matters ranging from complex commercial cases, antitrust and trade regulation, entertainment and sports representation, litigation, and arbitration, higher education cases, and intellectual property cases. I am a member of the Florida and New York Bar

2

Associations, and prior to joining GrayRobinson in 2012, I practiced for two years in New York at O'Melveny & Meyers LLP.

7. Marc Levine is a shareholder in GrayRobinson's litigation department. He has 12.5 years of experience handling a wide variety of commercial/business litigation matters, including, but not limited to, complex contract disputes, construction and real estate litigation, banking litigation, corporate and partnership disputes, business torts and trade secret litigation.

8. Brock Magruder is an association in GrayRobinson's business litigation department. He has 5 years of experience handling a wide range of mattes from federal and state complex commercial litigation, higher education matters and litigation, and entertainment and sports representation, litigation, and arbitration.

9. Kathy Savage is a paralegal with over 25 years of experience in business litigation in federal and state cases and specializes as a trial paralegal in complex commercial cases and other cases involving complex or voluminous discovery.

10. It is my opinion that the hours expended, the hourly rates charged, and the attorneys' fees billed in this matter are all reasonable and are equal to or below the prevailing market hourly rates and fees for similar services by attorneys of reasonably comparable skill, experience and reputation in the Central Florida legal community. It is also my opinion that all such services rendered were reasonably and necessarily incurred in obtaining the requested relief, and were not redundant.

11. I am of the opinion that the sum of $7,456.50 is a reasonable amount in attorney's fee for legal services rendered relating to the Motion to Compel.

## AFFIRMATION UNDER OATH

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Executed on March 15, 2019.

/s/ Jason Zimmerman<br>
Jason Zimmerman