**THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| STEVE WENTZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No.: |
| | ) 6:17-cv-01164-GKS-GJK |
| PROJECT VERITAS, | ) |
| JAMES O'KEEFE III, and | ) |
| ALLISON MAASS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFF'S AMENDED ANSWERS TO DEFENDANTS'**
**THIRD INTERROGATORIES**

COMES NOW Plaintiff, Steve Wentz, by and through his undersigned counsel, pursuant to Rule 33, Federal Rules of Civil Procedure, and provides his amended answers, with objections, to Defendants' Third Set of Interrogatories.

**Interrogatory No. 24** Please list every instance by date and time that plaintiff or his lawyers met with in person or communicated with, by phone or any other communication device, Georgetown, Lauren Windsor, Yael Bromberg, any Georgetown law students, Aderson Francois, Robert Creamer, Joseph Sandler, Dara Lindebaum, Democracy Partners, Mike Lux Media (MLM), Lady Libertine, and/or The Undercurrent.

Objection. Plaintiff respectfully objects that this request is not relevant to Plaintiff's claims or Defendant's defenses. This request will not resolve the issues in this case.

Subject to and without waiving these objections,

As Plaintiff can only respond based on personal knowledge and Plaintiff does not have personal knowledge as to when his lawyers communicated with the above listed entities, Plaintiff cannot respond regarding any communications with his lawyers that he was not apart of. Next, pursuant to Rule 33(d), Federal Rules of Civil Procedure, please see the privilege log filed at Doc. No. 135-1.  Furthermore, based on his current recollection, Plaintiff provides the following dates and times

July 20, 2017 at 12:00pm

April 18, 2017, ~6pm

Plaintiff reserves the right to amend this response if he recalls or becomes aware of other information.

## **VERIFICATION OF INTERROGATORIES**

I, STEVE WENTZ, Plaintiff herein, declare under penalty of perjury that the foregoing answers are true and correct to the best of my knowledge

Signed on:

_____, 2018        By:_____

                                    Print Name:_____

**ATTORNEY'S CERTIFICATE OF SERVICE**

I, the undersigned attorney, hereby certify that on **March 4, 2019,** a true and correct copy of the foregoing was served onto counsel for Defendants, Brock Magruder, at Brock.Magruder@gray-robinson.com.

*Attorney for Plaintiff*:

**Cynthia Conlin & Associates**
1643 Hillcrest Street
Orlando, FL 32803-4809
Tel. 405-965-5519/Fax 405-545-4395
www.conlinpa.com

/s/ Jennifer Reed, Esq.
[ ] CYNTHIA CONLIN, ESQ.
Florida Bar No. 47012
Cynthia@conlinpa.com
[ ] JENNIFER DAWN REED, ESQ.
Florida Bar No. 104986
Jennifer@conlinpa.com
Secondary Email for Service:
service@conlinpa.com