IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO.: 6:17-cv-0116-ORL-18GJK

STEVE WENTZ,

    Plaintiff,

vs.

PROJECT VERITAS, a Virginia Corporation; JAMES O'KEEFE, III; ALLISON MAASS; and BREITBART NEWS NETWORK, LLC, a Delaware Company,

    Defendants.

_____/

VIDEOTAPED DEPOSITION OF STEVE WENTZ

VOLUME
PAGES 1 - 192

Wednesday, June 20, 2018
10:04 a.m. - 2:04 p.m.

Gray Robinson, P.A.
301 East Pine Street
Suite 1400
Orlando, Florida 32801

STENOGRAPHICALLY REPORTED BY:
Lori Francis, RPR, FPR

**EXHIBIT 1**

```
 1   is not true and accurate?
 2        A.  I don't know.
 3        Q.  Who is Joey Matthews?
 4        A.  I believe he is the individual who was blurred
 5   in the video.
 6        Q.  Do you know Joey Matthews?
 7        A.  I believe he is a retired member of Virginia,
 8   perhaps, National Education Association.  I believe he's
 9   retired now.  To be honest, I wasn't sure of his name,
10   if it was Jerry or Joey or even the last name.
11        Q.  Had you met him before --
12        A.  No.
13        Q.  Do you know names of any other people?  We're
14   talking about two different events.  I just want to be
15   clear.
16        A.  Okay.
17        Q.  I'm talking about the conference now --
18        A.  Okay.
19        Q.  -- in the bar.
20        A.  Right.
21        Q.  Do you know the name of any other individual
22   in that bar?
23        A.  I do not.
24        Q.  Do you have -- did you pay for the drinks that
25   night?
```