```
                THE UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                         ORLANDO DIVISION
```

| | |
|---|---|
| **STEVE WENTZ,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No.: |
| ) | |
| **PROJECT VERITAS**, a Virginia ) | 6:17-cv-001164 |
| corporation; **JAMES O'KEEFE** ) | |
| **III**, an individual; and ) | |
| **ALLISON MAASS**, an individual, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DECLARATION OF PLANTIFF STEVE WENTZ

I, STEVE WENTZ, being of sound mind and legal age, and under penalty of perjury, hereby declare as follows:

1. I am the Plaintiff in this case and have personal knowledge of the facts attested to herein.

2. I am not a "pathological liar." If I ever referred to myself using that phrase, it was hyperbole or exaggeration, and it definitely did not refer to my interactions with my students.

3. I have always been honest with my students, and always sincerely cared about the children I taught.

4. When Defendants played a video of my face along with the words, "*Check out his lies! Lies! He told us he cares, he told us he cares. He's feeding us lies. He's feeding us lies,*" they were referring to me being deceptive

to my students and in my career as an educator and union president. Those statements are false and defamatory. I was never a liar to my students, nor have I ever been in my career as an educator or union president.

Executed in Sedgwick County, Kansas, United States of America, on the date signed below by STEVE WENTZ:

Signed: *Steve Wentz*   Dated: 04/05/2019