| INV. | WITNESS / ITEMIZATION | COST | TOTALS |
|---|---|---|---|
| | *Fees for Service of Subpoenas* | | |
| 1 | Christie Masters (for deposition) | 85.00 | |
| 2, 4 | Danielle Dettmer (two subpoenas necessary)(for deposition) | 150.00 | |
| 3 | John May (for documents) | 75.00 | |
| 3 | Carol Cummings (for documents) | 75.00 | |
| 4 | Michael Leary (for documents) | 75.00 | |
| 5 | Wichita Public Schools (for documents) | 75.00 | |
| 5 | United Teachers of Wichita (for documents) | 75.00 | |
| | SUBTOTAL: | | 685.00 |
| | *Fees for printed or electronically recorded transcripts necessarily obtained for use in the case* | | |
| 12 | 06/20/18 Steve Wentz | 1,425.25 | |
| 15 | 07/09/18 Allison Maass | 437.25 | |
| 6 | 07/19/18 Danielle Dettmer | 413.50 | |
| 10 | 09/28/18 Robert Halderman | 217.75 | |
| 11 | 09/28/18 Fredy Mfuko | 431.60 | |
| 8 | 11/20/18 James O'Keefe | 1,000.55 | |
| 9 | 12/20/18 Russell Verney | 303.85 | |
| 14 | 01/07/19 Steve Wentz | 2,348.65 | |
| 7 | 01/28/19 Danielle McIntyre | 558.80 | |
| 13 | 02/13/19 Christie Masters | 708.60 | |
| | SUBTOTAL: | | 7,845.80 |
| | *Fees and disbursements for printing* | | |
| 1 | Christie Masters (cost to obtain printed production) | 126.00 | |
| | SUBTOTAL: | | 126.00 |
| | *Fees for Witnesses (also itemized on p. 2 of Bill of Costs)* | | |
| 2 | Danielle Dettmer, Wichita, Kansas | 48.00 | |
| 7 | Danielle McIntyre, Wichita, Kansas | 69.70 | |
| 16 | Christie Masters, Richmond, Texas | 54.00 | |
| | SUBTOTAL: | | 171.70 |

| INV. | WITNESS / ITEMIZATION | COST | TOTALS |
|---|---|---|---|
|  | *Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case* |  |  |
| 17 | Production from Dr. John May | 174.01 |  |
|  | SUBTOTAL: |  | 174.01 |
|  | *Other Costs* |  |  |
| 1 | Cancellation fee for deposition of opposing counsel's client on morning of deposition | 265.00 |  |
|  | SUBTOTAL: |  | 265.00 |
|  | **TOTAL:** |  | **$ 9,267.51** |