

S
SUBMITTED 01/30/19

**Sugar Land Reporting & Video, Inc.**
*Court Reporting, Video Depositions and Records Retrieval Services*

**Date: 1/28/2019**
**Invoice No. 2174**
EIN: 90-1073277
**Terms: Due Immediately**

Mr. Brock Magruder
Mr. Jason Zimmerman
GrayRobinson, P.A.
301 East Pine Street, Suite 1400
Orlando, Florida 32801
Phone: (407) 843-8880
Fax: (407) 244-5690
Brock.magruder@gray-robinson.com
Jason.zimmerman@gray-robinson.com
Cindi.garner@gray-robinson.com
Kathy.savage@gray-robinson.com
Shawna.tucker@gray-robinson.com
Jeff.aaron@gray-robinson.com

Re:   Case No.: 6:17-cv-0116-ORL-18GJK: Steve Wentz v. Project Veritas, a Virginia Corporation; James O'Keefe III; Allison Maass; and Breitbart News Network, LLC, a Delaware Company

## INVOICE

**ORIGINAL Attorney Order:**

| | |
|---|---|
| **SAME-DAY LATE CANCELLATION DEPOSITION FEE:** | $ 265.00 |
| Zoom & Telephonic Deposition of CHRISTIE MASTERS cancelled on January 28, 2019 | |
| Exhibits Printed & Sorted - 126 Exhibits | 126.00 |
| Subpoena Served on January 17, 2019 | 85.00 |
| **TOTAL AMOUNT DUE:** | **$ 476.00** |

*Thank you very much for your business!*

Phone: (281) 242-6110 • P. O. Box 187 • Sugar Land, Texas 77487-0187

INV. 1



# MIDWEST REPORTERS, INC.

1

*Full Service Reporting Firm*
Toll Free: 800-528-3194 • Fax: 785-862-8279
office@midwestreporters.net • www.midwestreporters.net

Invoice No. 18-9225

June 21, 2018

TO:   Ms. Kathy Savage
    GRAY ROBINSON
    301 East Pine Street, Suite 1400
    Orlando, Florida 32801
    407-843-8880/fax: 407-244-5690
    Kathy.Savage@gray-robinson.com

In Re: *Steve Wentz vs. Project Veritas, et al.*
    *Civil Action No. 6:17-CV-1164-ORG-18GJK*
    ------------------------------------------------

SUBPOENA SERVICE OF:
    Danielle Dettmer
    Courtez E. Organs
    (Wichita, Kansas)
    ------------------------------

| | |
|---|---|
| Subpoena Delivered to, w/Witness Check | $ 48.00 |
| Delivered to: Danielle Dettmer 8916 West Meadow Court Wichita, Kansas 67205 | |
| Service on: 6/19/2018 | $ 75.00 |
| Subpoena Delivered to, w/Witness Check | $ 43.00 |
| Delivered to: Courtez E. Orange 7425 E. 17th Street Wichita, Kansas 67206 (2 attempts) | $ 120.00 |
| TOTAL DUE | **$ 286.00** |

PAYMENT TO:
Midwest Reporters, Inc.
Corporate Office
4501 SW Moundview Drive
Topeka, Kansas 66610
        www.midwestreporters.net
    800-528-3194    Federal I.D. 26-1649733

LAWRENCE
4840 Bob Billings Pkwy., Ste 1000
Lawrence, KS 66049

MANHATTAN
411 S 3rd St
Manhattan, KS 66502

MCPHERSON
207 N Main St., Ste 201
McPherson, KS 67401

TOPEKA
3706 SW Topeka Blvd., Ste 400
Topeka, KS 66610

WICHITA
4601 E. Douglas St
Wichita, KS 67218

COLORADO SPRINGS
1755 Telstar Dr., Ste 300
Colorado Springs, CO 80620

OMAHA
14301 FNB Parkway, Ste 100
Omaha, NE 68154

DENVER
999 18th St., Ste 3000
Denver, CO 80202

INV. 2



# MIDWEST REPORTERS, INC.

SUBMITTED 08/20/18

*Full Service Reporting Firm*
Toll Free: 800-528-3194 • Fax: 785-862-8279
office@midwestreporters.net • www.midwestreporters.net

Invoice No. 18-9277

August 17, 2018

TO:  Ms. Kathy Savage
GRAY ROBINSON
301 East Pine Street, Suite 1400
Orlando, Florida 32801
407-843-8880/fax: 407-244-5690
Kathy.Savage@gray-robinson.com

In Re: *Steve Wentz vs. Project Veritas, et al.*
*Civil Action No. 6:17-CV-1164-ORG-18GJK*

---

SUBPOENA SERVICE OF:
John N. May, M.D.
Carol Cummings
(Wichita, Kansas)

---

| | |
|---|---|
| 7/26/18 Dr. John N. May<br>8200 West Central Avenue<br>Suite #1<br>Wichita, KS 67212 | $ 75.00 |
| 8/08/18 Carol Cummings<br>200 West Douglas Avenue<br>Wichita, KS 67202 | $ 75.00 |
| TOTAL DUE | $ 150.00 |

PAYMENT TO:
Midwest Reporters, Inc.
Corporate Office
4501 SW Moundview Drive
Topeka, Kansas 66610

www.midwestreporters.net
800-528-3194        Federal I.D. 26-1649733

LAWRENCE
4840 Bob Billings Pkwy., Ste 1000
Lawrence, KS 66049

MANHATTAN
411 S 3rd St
Manhattan, KS 66502

MCPHERSON
207 N Main St., Ste 201
McPherson, KS 67401

TOPEKA
3706 SW Topeka Blvd., Ste 400
Topeka, KS 66610

WICHITA
4601 E. Douglas St
Wichita, KS 67218

COLORADO SPRINGS
1755 Telstar Dr., Ste 300
Colorado Springs, CO 80620

OMAHA
14301 FNB Parkway, Ste 100
Omaha, NE 68154

DENVER
999 18th St., Ste 3000
Denver, CO 80202

INV. 3

SUBMITTED 07/10/18



# MIDWEST REPORTERS, INC.

*Full Service Reporting Firm*
Toll Free: 800-528-3194 • Fax: 785-862-8279
office@midwestreporters.net • www.midwestreporters.net

1

Invoice No. 18-9246

July 10, 2018

TO: Ms. Kathy Savage
GRAY ROBINSON
301 East Pine Street, Suite 1400
Orlando, Florida 32801
407-843-8880/fax: 407-244-5690

In Re: *Steve Wentz vs. Project Veritas, et al.*
*Civil Action No. 6:17-CV-1164-ORG-18GJK*

---

SUBPOENA SERVICE OF:
  Michael J. Leary, MD
  Danielle Dettmer
  Courtez E. Orange
  (In Wichita, Kansas)

---

| | |
|---|---|
| Subpoena Delivered to:<br>7/09/18 Dr. Michael J. Leary Office<br>8020 E. Central Avenue<br>#10, Wichita, KS 67206 | $ 75.00 |
| Subpoena Delivered to:<br>7/10/18 Courtez Orange<br>7425 E. 17th Street, N.<br>Wichita, KS 67205 | $ 75.00 |
| Subpoena Delivered to:<br>7/10/18 Danielle Dettmer<br>8916 West Meadow Park Ct.<br>Wichita, KS 67205 | $ 75.00 |

TOTAL DUE    $ 225.00

PAYMENT TO:
Midwest Reporters, Inc.
Corporate Office
4501 SW Moundview Drive
Topeka, Kansas 66610

www.midwestreporters.net
800-528-3194    Federal I.D. 26-1649733

LAWRENCE
4840 Bob Billings Pkwy., Ste 1000
Lawrence, KS 66049

MANHATTAN
411 S 3rd St
Manhattan, KS 66502

MCPHERSON
207 N Main St., Ste 201
McPherson, KS 67401

TOPEKA
3706 SW Topeka Blvd., Ste 400
Topeka, KS 66610

WICHITA
4601 E. Douglas St
Wichita, KS 67218

COLORADO SPRINGS
1755 Telstar Dr., Ste 300
Colorado Springs, CO 80620

OMAHA
14301 FNB Parkway, Ste 100
Omaha, NE 68154

DENVER
999 18th St., Ste 3000
Denver, CO 80202

INV. 4

SUBMITTED 04/19/18



# MIDWEST REPORTERS, INC.

*Full Service Reporting Firm*
Toll Free: 800-528-3194 • Fax: 785-862-8279
office@midwestreporters.net • www.midwestreporters.net

1

Invoice No. 18-9120

April 16, 2018

TO: Ms. Kathy Savage
GRAY ROBINSON
301 East Pine Street, Suite 1400
Orlando, Florida 32801
407-843-8880/fax: 407-244-5690
Kathy.Savage@gray-robinson.com

In Re: Steve Wentz vs. Project Veritas, et al.
Civil Action No. 6:17-cv-1164-ORL-18GJK

SUBPOENA SERVICE TO:
Records, United Teachers of Wichita
Records, Wichita Public Schools
(Taken on: 4/10/18)
Records Custodian, Wichita, KS
Wichita Public Schools
Delivered to: Tom Powell
and Terri Brooks, Asst.
On 4/17/2018                                $ 75.00
Records Custodian, Wichita, KS
United Teachers of Wichita
Delivered to:
Kimberly Howard, VP
On 4/17/2018                                $ 75.00

TOTAL DUE    $ 150.00

PAYMENT TO:
Midwest Reporters, Inc.
Corporate Office
4501 SW Moundview Drive
Topeka, Kansas 66610
www.midwestreporters.net
800-528-3194            Federal I.D. 26-1649733

LAWRENCE
4840 Bob Billings Pkwy., Ste 1000
Lawrence, KS 66049

MANHATTAN
411 S 3rd St
Manhattan, KS 66502

MCPHERSON
207 N Main St., Ste 201
McPherson, KS 67401

TOPEKA
3706 SW Topeka Blvd., Ste 400
Topeka, KS 66610

WICHITA
4601 E. Douglas St
Wichita, KS 67218

COLORADO SPRINGS
1755 Telstar Dr., Ste 300
Colorado Springs, CO 80620

OMAHA
14301 FNB Parkway, Ste 100
Omaha, NE 68154

DENVER
999 18th St., Ste 3000
Denver, CO 80202

INV. 5



# MIDWEST REPORTERS, INC.

*Full Service Reporting Firm*
Toll Free: 800-528-3194 • Fax: 785-862-8279
office@midwestreporters.net • www.midwestreporters.net

Invoice No. 18-9303

August 31, 2018

TO:    Mr. Brock Magruder
Mr. Jeff Aaron
GRAY ROBINSON, P.A.
301 East Pine Street, Suite 1400
P.O. Box 3068
Orlando, Florida 32802
407-843-8880/fax: 407-244-5690
brock.magruder@gray-robinson.com

In Re: STEVE WENTZ, vs. PROJET VERITAS, a Virginia Corporation; JAMES O'KEEFE III; ALLISON MAASS; and BRITBART NEWS NETWORK, LLC, a Delaware Company. Case No. 6:17-CV-0116-ORL-18GJK

------------------------------------------------

VIDEOCONFERENCE DEPOSITION TESTIMONY OF:
Ms. Danielle Dettmer
Taken on 7/19/18
Wichita, Kansas

------------------------------------------------

| | |
|---|---|
| Original/Copy Transcript to: Mr. Aaron @Gray Robinson Witness: Ms. Dettmer (28pgs x 4.45/pg) | $ 124.60 |
| Videoconference Connection, Wichita, Kansas | $ 195.00 |
| Appearance Fee, Certified Court Reporter | $ 75.00 |
| Postage | $ 18.90 |
| **TOTAL DUE:** | **$ 413.50** |

PAYMENT TO:
MIDWEST REPORTERS, INC.
Corporate Office
4501 SW Moundview Drive
Topeka, Kansas 66610
Federal I.D. 26-1649733 -- 800-528-3194
www.midwestreporters.net

LAWRENCE
4840 Bob Billings Pkwy., Ste 1000
Lawrence, KS 66049

MANHATTAN
111 S 3rd St
Manhattan, KS 66502

MCPHERSON
207 N Main St., Ste 201
McPherson, KS 67401

TOPEKA
3706 SW Topeka Blvd., Ste 400
Topeka, KS 66610

WICHITA
4601 E. Douglas St
Wichita, KS 67218

COLORADO SPRINGS
1755 Telstar Dr., Ste 300
Colorado Springs, CO 80620

OMAHA
14301 FNB Parkway, Ste 100
Omaha, NE 68154

DENVER
999 18th St., Ste 3000
Denver, CO 80202

INV. 6



SUBMITTED 03/22/19

# MIDWEST REPORTERS, INC.

*Full Service Reporting Firm*
Toll Free: 800-528-3194 • Fax: 785-862-8279
office@midwestreporters.net • www.midwestreporters.net

**Invoice No. 19-9589**

February 10, 2019

TO:  Mr. Brock Magruder
GRAY ROBINSON
301 East Pine Street, Suite 1400
Post Office Box 3068
Orlando, Florida 32802
407-843-8880/fax: 407-244-5690

In Re:  *Steve Wentz vs. Project Veritas, a Virginia Corporation; James O'Keefe III; Allison Maass; and Breitbart News Network, LLC, a Delaware Company.*
Case No. 6:17-cv-0116-ORL-18GJK

------------------------------------------

DEPOSITION TESTIMONY OF:
Ms. Danielle McIntyre
(Taken on 1/28/19)
Wichita, Kansas

------------------------------------------

Original/Copy Transcript to:
Mr. Magruder @Gray Robinson
(78pgs x 4.25/pg)                    $ 338.30
Copy Exhibits PDF (126pgs, x.35)  $  44.10
Appearance Fee,
   Certified Court Reporter        $  95.00
Telephonic Conference Call         $  25.00
Read-Sign Transcript, Witness      $  37.50
Postage                            $  18.90
Subpoena Service, Ms. McIntyre     $  75.00
Witness Fee Check                  $  69.70

------------------------------------------
                         TOTAL DUE:  $ 703.50

PAYMENT TO:
MIDWEST REPORTERS, INC.
Corporate Office
4501 SW Moundview Drive
Topeka, Kansas 66610
       www.midwestreporters.net       800-528-3194
            Tax I.D.: 26-1649733

| LAWRENCE | MCPHERSON | WICHITA | OMAHA |
|---|---|---|---|
| 4840 Bob Billings Pkwy., Ste 1000 | 207 N Main St., Ste 201 | 4601 E. Douglas St | 14301 FNB Parkway, Ste 100 |
| Lawrence, KS 66049 | McPherson, KS 67401 | Wichita, KS 67218 | Omaha, NE 68154 |
| MANHATTAN | TOPEKA | COLORADO SPRINGS | DENVER |
| 411 S 3rd St | 3706 SW Topeka Blvd., Ste 400 | 1755 Telmar Dr., Ste 300 | 999 18th St., Ste 3000 |
| Manhattan, KS 66502 | Topeka, KS 66610 | Colorado Springs, CO 80620 | Denver, CO 80202 |

INV. 7


**ESQUIRE**
DEPOSITION SOLUTIONS

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

SUBMITTED 01/10/19

### Invoice INV1367243

| | |
|---|---|
| Date | 11/28/2018 |
| Terms | Net 30 |
| Due Date | 12/28/2018 |
| Client Number | C03609 |
| Esquire Office | Orlando |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | |
| Client VAL ID | |
| Date of Loss | |

**Bill To**
Gray Robinson - Orlando
301 East Pine Street
Suite 1400
Orlando FL 32801

**Services Provided For**
Gray Robinson - Orlando
Magruder, Brock
301 East Pine Street
Suite 1400
Orlando FL 32801

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 11/20/2018 | J3172063 | Dallas, TEXAS | STEVE WENTZ V. PROJECT VERITAS |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-WI-TELE | James E. O'Keefe, III | 125 | 3.20 | 400.00 |
| 2 DAY EXPEDITE | James E. O'Keefe, III | | | 380.00 |
| EXHIBITS W/ TABS | James E. O'Keefe, III | 61 | 0.55 | 33.55 |
| EXHIBITS COLOR | James E. O'Keefe, III | 60 | 1.95 | 117.00 |
| CONDENSED TRANSCRIPT | James E. O'Keefe, III | 1 | 25.00 | 25.00 |
| PROCESSING & COMPLIANCE | James E. O'Keefe, III | 1 | 45.00 | 45.00 |

| | |
|---|---:|
| Subtotal | 1,000.55 |
| Shipping Cost (n/a) | 0.00 |
| Total | 1,000.55 |
| Amount Due | $1,000.55 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at
**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Gray Robinson - Orlando |
| Client # | C03609 |
| Invoice # | INV1367243 |
| Invoice Date | 11/28/2018 |
| Due Date | 12/28/2018 |
| Amount Due | $ 1,000.55 |

INV. 8

| | | |
|---|---|---|
| PHONE 516-678-0700<br>FAX 516-678-4488 | **DEITZ COURT REPORTING**<br>**LEXITAS NATIONWIDE COURT REPORTING**<br>100 MERRICK ROAD, SUITE 320W<br>ROCKVILLE CENTRE, NY 11570 | FED.I.D. #47-2685460<br>DEPOSITION SOLUTIONS LLC<br>*A LEXITAS COMPANY* |

**BILL TO:**

**GRAY ROBINSON**
**ATTN:** JASON A. ZIMMERMAN
301 EAST PINE STREET
SUITE 1400
ORLANDO, FL 32801

INDEX NO. : **6:17-CV-0116-ORL-18GJK**

INVOICE DATE : **02/21/2019**
INVOICE NO. : **637264**

WITNESS INFORMATION
WENTZ V PROJECT VERITAS
**[EXAMINATION TAKEN ON 12/20/2018]**

RUSSELL VERNEY    103 PAGES  @ $2.95  $303.85  1CC

INVOICE TOTAL :  $303.85

BALANCE DUE AMOUNT :  $303.85

**REMIT TO ADDRESS :**
P.O. BOX 734298
DEPT. 2011
DALLAS, TX 75373-4298

A L
JOB NO : **420343**



INV. 9

| | | |
|---|---|---|
| 10/4/2018<br>PHONE 516-678-0700<br>FAX 516-678-4488 | SUBMITTED 10/11/18<br>**DEITZ COURT REPORTING**<br>**LEXITAS NATIONWIDE COURT REPORTING**<br>100 MERRICK ROAD, SUITE 320W<br>ROCKVILLE CENTRE, NY 11570 | FED.I.D. #47-2685460<br>DEPOSITION SOLUTIONS LLC<br>*A LEXITAS COMPANY* |

**BILL TO:**

**GRAY ROBINSON**
ATTN: JASON A. ZIMMERMAN
301 EAST PINE STREET
SUITE 1400
ORLANDO, FL 32801

INDEX NO. : **6:17-CV-0116-ORL-18GJK**

INVOICE DATE : **10/3/2018**
INVOICE NO. : **619385**

WITNESS INFORMATION
WENTZ V PROJECT VERITAS
**[EXAMINATION TAKEN ON 09/28/2018]**

ROBERT HALDERMAN                                    1CC

INVOICE TOTAL : $217.75

BALANCE DUE AMOUNT : $217.75

|||||||| 619385

D M
JOB NO : **410604**



SUBMITTED 10/11/18

10/3/2018
PHONE 516-678-0700
FAX 516-678-4488

**DEITZ COURT REPORTING**
**LEXITAS NATIONWIDE COURT REPORTING**
100 MERRICK ROAD, SUITE 320W
ROCKVILLE CENTRE, NY 11570

FED.I.D. #47-2685460
DEPOSITION SOLUTIONS LLC
*A LEXITAS COMPANY*

**BILL TO:**

**GRAY ROBINSON**
**ATTN:** JASON A. ZIMMERMAN
301 EAST PINE STREET
SUITE 1400
ORLANDO, FL 32801

INDEX NO. : **6:17-CV-0116-ORL-18GJK**

INVOICE DATE : **10/3/2018**
INVOICE NO. : **619384**

WITNESS INFORMATION
WENTZ V PROJECT VERITAS
**[EXAMINATION TAKEN ON 09/28/2018]**

FREDY MFUKO

INVOICE TOTAL : $431.60

BALANCE DUE AMOUNT : $431.60

|||||||||
619384

D M
JOB NO : **410606**



INV. 11

# INVOICE

**PHIPPS REPORTING**
CORPORATE HEADQUARTERS
1551 Forum Place, Suite 200E, West Palm Beach, FL 33401
TEL: 888-811-3408    FAX: 561-290-1595
billing@phippsreporting.com • www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 74838 | 6/28/2018 | 71859 |
| Job Date | Case No. | |
| 6/20/2018 | 617CV0116ORL18GJK | |
| Case Name | | |
| Steve Wentz vs. Project Veritas | | |
| Payment Terms | | |
| Due upon receipt | | |

G. Brock Magruder
Gray Robinson, P.A.
301 East Pine Street
Suite 1400
Orlando, FL  32801-2741

VIDEOTAPE DEPOSITION TRANSCRIPT OF:
   Steve Wentz                                                                                  228.00 Pages  @  4.50  1,026.00

|  |  | Qty | Unit | @ | Rate | Amount |
|---|---|---|---|---|---|---|
| | Deposition: First Hour | | | | 75.00 | 75.00 |
| | Deposition: Additional Hour(s) | 3.00 | Hours | @ | 55.00 | 165.00 |
| | E-Litigation Package (1 gig) | | | | 35.00 | 35.00 |
| | Shipping and Handling | | | | 20.00 | 20.00 |
| Steve Wentz - exhibits | | | | | | |
| | Exhibits: B & W | 119.00 | Pages | @ | 0.50 | 59.50 |
| | Exhibits: Scanning | 119.00 | Pages | @ | 0.25 | 29.75 |
| | Exhibits: Hyperlinked to Transcript | | | | 15.00 | 15.00 |

TOTAL DUE >>>    $1,425.25
AFTER 8/12/2018  PAY    $1,567.78

Thank you for your business!

TERMS:  Accounts 30 days past due wil bear a finance charge of 1.5% per month.  Payment is not contingent upon client reimbursement.
Accounts unpaid after 90 days agree to pay all collection costs, including attorney's fees.  Contact us immediately for billing corrections as no adjustments will be made after 45 days.

**Tax ID:** 90-0628164                Phone: 407-843-8880    Fax:407-244-5690

*Please detach bottom portion and return with payment.*

G. Brock Magruder
Gray Robinson, P.A.
301 East Pine Street
Suite 1400
Orlando, FL  32801-2741

| | |
|---|---|
| Invoice No. | : 74838 |
| Invoice Date | : 6/28/2018 |
| **Total Due** | : **$1,425.25** |

| | |
|---|---|
| Job No. | : 71859 |
| BU ID | : CFL |
| Case No. | : 617CV0116ORL18GJK |
| Case Name | : Steve Wentz vs. Project Veritas |

Remit To:  **Phipps Reporting, Inc.**
                **1551 Forum Place**
                **Building 200, Suite E**
                **West Palm Beach, FL  33401**



**Sugar Land Reporting & Video, Inc.**
*Court Reporting, Video Depositions and Records Retrieval Services*

Date: 3/1/2019
Invoice No. 2182
EIN: 90-1073277
Terms: Net 30

Mr. Brock Magruder
Mr. Jason Zimmerman
GrayRobinson, P.A.
301 East Pine Street, Suite 1400
Orlando, Florida 32801
Phone: (407) 843-8880
Fax: (407) 244-5690
Brock.magruder@gray-robinson.com
Jason.zimmerman@gray-robinson.com
Cindi.garner@gray-robinson.com
Kathy.savage@gray-robinson.com
Shawna.tucker@gray-robinson.com
Jeff.aaron@gray-robinson.com

Re:  Case No.: 6:17-cv-0116-ORL-18GJK: Steve Wentz v. Project Veritas, a
     Virginia Corporation; James O'Keefe III; Allison Maass; and Breitbart News
     Network, LLC, a Delaware Company

### INVOICE

ORIGINAL Attorney Order: Original Transcript & Original Exhibits, PTX
Transcript, PDF Transcript, Scanned Exhibits

| | |
|---|---|
| CHRISTIE MASTERS Transcript:<br>Zoom & Telephonic Deposition on February 13, 2019 | $708.60 |
| **TOTAL AMOUNT DUE:** | **$ 708.60** |

*Thank you very much for your business!*

Phone: (281) 242-6110 • P. O. Box 187 • Sugar Land, Texas 77487-0187



# MIDWEST REPORTERS, INC.

*Full Service Reporting Firm*
Toll Free: 800-528-3194 • Fax: 785-862-8279
office@midwestreporters.net • www.midwestreporters.net

Invoice No. 19-9661

March 7, 2019

TO:    Mr. Brock Magruder
GRAY ROBINSON, P.A.
301 East Pine Street, Suite 1400 (32801)
P.O. Box 3068
Orlando, Florida 32802
407-843-8880/fax: 407-244-5690
Brock.magruder@gray-robinson.com

*In Re: Steve Wentz vs. Project Veritas, a Virginia Corporation; James O'Keefe III; Allison Maass; and Breitbart News Network, LLC, a Delaware Company. Case No. 6:17-cv-0116-ORL-18GJK*

------------------------------------------------

**VIDEOTAPE DEPOSITION TESTIMONY OF:**
Mr. Steve Wentz
(Taken on 1/07/19
Wichita, Kansas

------------------------------------------------

*Original/Copy Transcript to:*
Mr. Magruder @Gray Robinson
(157pgs x 4.95/pg/Video)    $ 777.15
Appearance Fee,
   Certified Court Reporter    $ 125.00
Videoconference Connection,
   Wichita, Kansas (4hrs, 195)   $ 780.00
Videotape Deposition, DVDs    $ 472.00
Postage                       $  39.10
Copy Exhibits, PDF(444pgs, x.35) $ 155.40

------------------------------------------------

                TOTAL DUE:    **$2348.65**

PAYMENT TO:
**MIDWEST REPORTERS, INC.**
**Corporate Office**
4501 SW Moundview Drive
Topeka, Kansas 66610
     www.midwestreporters.net    800-528-3194
        Tax I.D.: 26-1649733

| LAWRENCE | MCPHERSON | WICHITA | OMAHA |
|---|---|---|---|
| 4840 Bob Billings Pkwy., Ste 1000 | 207 N Main St., Ste 203 | 4601 E. Douglas St | 14301 FNB Parkway, Ste 100 |
| Lawrence, KS 66049 | McPherson, KS 67401 | Wichita, KS 67218 | Omaha, NE 68154 |
| MANHATTAN | TOPEKA | COLORADO SPRINGS | DENVER |
| 411 S 3rd St | 3706 SW Topeka Blvd., Ste 400 | 1755 Telstar Dr., Ste 300 | 999 18th St., Ste 3000 |
| Manhattan, KS 66502 | Topeka, KS 66610 | Colorado Springs, CO 80620 | Denver, CO 80202 |

INV. 14



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 76654 | 4/22/2019 | 43794 |
| Job Date | Case No. | |
| 7/9/2018 | 6:17-CV-0116-ORL-18GJK | |
| Case Name | | |
| Steve Wentz v. Project Veritas, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

**HENDERSON LEGAL SERVICES**
877-548-8787

Cindi Garner
Gray Robinson
301 East Pine Street, Suite 1400
Orlando FL  32801

Deposition Transcript/Index pages of:
   Allison Maass
      Transcript Copy     139.00 Pages @ 2.75    382.25
      Processing/Repository    1.00 @ 55.00    55.00

**TOTAL DUE >>>**    **$437.25**
AFTER 6/21/2019  PAY    $480.98

Transcript copy, regular delivery.

**Tax ID:** 46-0476632

*Please detach bottom portion and return with payment.*

Cindi Garner
Gray Robinson
301 East Pine Street, Suite 1400
Orlando FL  32801

Job No.      : 43794                   BU ID      : Depo
Case No.     : 6:17-CV-0116-ORL-18GJK
Case Name    : Steve Wentz v. Project Veritas, et al.

Invoice No.  : 76654                   Invoice Date : 4/22/2019
**Total Due**    : **$437.25**
AFTER 6/21/2019  PAY  $480.98

**PAYMENT WITH CREDIT CARD**    AMEX  (card)  VISA
Cardholder's Name:
Card Number:
Exp. Date:                         Phone#:
Billing Address:
Zip:                               Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   Henderson Legal Services, Inc.
             1560 Wilson Blvd, Suite 750
             Arlington VA  22209

INV. 15



| Payee: | Christie Masters | | | Check #: | 495091 |
| --- | --- | --- | --- | --- | --- |
| Vendor ID: | | | | Check Date: | Jan 15/19 |

| Disb Date | Disb ID | Disbursement Description | Client | Matter | Amount |
| --- | --- | --- | --- | --- | --- |
| Jan 15/19 | 7067649 | Witness Fee | 296214 | 1 | 54.00 |
| | | | | Disbursements Total: | $54.00 |

INV. 16

321Z282_071R4TGE4009D5Z - 1

SUBMITTED 08/14/18

DataFile Technologies, LLC.
PO Box 419130
Kansas City, MO
64141-9130
Phone: (816) 437-9134
Fax: (816) 221-4799
Email: status@datafiletechnologies.com
EIN: 20-3128267

**DataFile** Technologies

Customer Id: 13750783

Invoice #: INV620438

Date: 8/2/2018

| Requestor/Bill To: | Request Information: | Clinic Information: |
|---|---|---|
| R2424621 0wk2r<br>GrayRobinson<br>301 E Pine St<br>Ste 1400<br>Orlando, FL 32801 | Patient Name:<br>**Steve Wentz**<br><br>Reference No: | West Wichita Family Physicians<br>8200 W Central Ave # 1<br>Wichita, KS 67212 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Kansas Fee | 1 | 25.00 | 25.00 |
| Kansas Per Page fee 1-250 pages | 161 | 0.85 | 136.85 |

Shipping Cost: 12.16
Invoice Total: 174.01
Balance Due: 174.01
Terms: Net 30


*Dr. John May production*

Pay your invoice at www.datafiletechnologies.com

---

| PLEASE NOTE: ***NEW REMIT TO ADDRESS BELOW*** | Invoice #: | INV620438 |
|---|---|---|
| | Check #: | |
| | Payment Amount: | 174.01 |

| Remittance Information: | General Instructions: |
|---|---|
| DataFile Technologies, LLC.<br>PO Box 419130<br>Kansas City, MO<br>64141-9130<br>Phone: (816) 437-9134<br>Fax: (816) 221-4799<br>Email: status@datafiletechnologies.com<br>EIN: 20-3128267 | *Please check your documents immediately upon receipt as files are not available in our system after four months from date of request.  *Cancellations From Business Requestors Are NOT Accepted. *If you have any questions about your invoice please email arservices@datafiletechnologies.com |

13750783--INV620438--174.01

INV. 17