**THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

STEVE WENTZ,                        )
                                    )
    Plaintiff,              )
v.                                  )   Civil Action No.:
                                    )   6:17-cv-001164
PROJECT VERITAS;                    )
JAMES O'KEEFE III; and              )
ALLISON MAASS,                      )
                                    )
    Defendants.             )
                                    )

<u>**PLAINTIFF'S NOTICE OF COMPLIANCE OF DISCOVERY OBLIGATIONS
PURSUANT TO [156] COURT ORDER**</u>

COMES NOW, Plaintiff, by and through his undersigned counsel, pursuant to Doc. 156 at 6, ¶ 4, and gives notice that he has served full responses to the discovery requests referenced in this Court's order, Doc. 156 at 6, as narrowed by the parties in Doc. 93-1.

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on **May 10, 2019**, I filed electronically the foregoing with the Clerk of the Court via via CM/ECF system which will notify all persons authorized to receive notices of electronic filing.

*Attorney for Plaintiff*:

**Cynthia Conlin & Associates**
1643 Hillcrest Street
Orlando, FL 32803-4809
Tel. 407-965-5519/Fax 407-545-4397
www.ConlinPA.com

/s/ Cynthia Conlin, Esq.
CYNTHIA CONLIN, ESQ.
Florida Bar No. 47012
cynthia@conlinpa.com
Secondary Email for Service:
service@conlinpa.com

