UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEVE WENTZ,

    Plaintiff,

v.                                                  Case No: 6:17-cv-1164-Orl-18GJK

PROJECT VERITAS, JAMES
O'KEEFE, III and ALLISON MAASS,

    Defendants.

_____

## ORDER

This case was referred to the United States Magistrate Judge for a report and recommendation on Defendants Project Veritas, James O'Keefe, III, and Allison Maass' (collectively, the "Defendants") Motion to Quantify Attorneys' Fees Pursuant to February 22, 2019 Order (the "Motion") (Doc. 137), to which Plaintiff Steve Wentz responded in opposition (Doc. 163). On May 31, 2019, the United States Magistrate Judge entered the Report and Recommendation regarding same (Doc. 170), to which Plaintiff filed an objection (the "Objection") (Doc. 173). Defendants then filed a response to the Objection (Doc. 179), to which Plaintiff filed a reply (Doc. 182). After review of the Report and Recommendation (Doc. 170) and *de novo* review of the portions of the Report and Recommendation to which Plaintiff objected, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 170) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Defendants Motion to Quantify Attorneys' Fees Pursuant to February 22, 2019 Order (Doc. 137) is **GRANTED in part** and **DENIED in part** as follows:

a. The Court awards attorneys' fees in the amount of **$4,899.50** to Defendants Project Veritas, James O'Keefe, III, and Allisson Maass and against Plaintiff Steve Wentz and his counsel.

b. In all other respects, the Motion (Doc. 137) is **DENIED**.

**DONE AND ORDERED** in Orlando, Florida, this ___5___ day of July, 2019.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record

2