IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

-------------------------------------------x

STEVE WENTZ,

                  Plaintiff,

                              Case No.:

       -against-          6:17-cv-0116-ORL-18GJK

PROJECT VERITAS, a Virginia

Corporation; JAMES O'KEEFE III;

ALLISON MAASS;

                  Defendants.

-------------------------------------------x

                  Deitz & Associates

                  3 Barker Avenue - Suite 230

                  White Plains, New York 10601

                  December 20th, 2018

                  10:27 a.m.

     EXAMINATION BEFORE TRIAL OF RUSSELL VERNEY,

a Defendant herein, held pursuant to Order, at the

above-mentioned time and place, before Catherine

Abramo, a Professional Court Reporter and a Notary

Public of the State of New York.

```
 1   A P P E A R A N C E S:                        2

 2

 3

 4   CYNTHIA CONLIN & ASSOCIATES

 5   Attorneys for Plaintiff

 6   1643 Hillcrest Street

 7   Orlando, Florida 32803

 8   BY: CYNTHIA CONLIN, ESQ.

 9           Via Telephone

10

11

12   GRAY ROBINSON, P.A.

13   Attorney for Defendants

14   301 East Pine Street - Suite 1400

15   P.O. Box 3068

16   Orlando, Florida 32802

17   BY: JASON ZIMMERMAN, ESQ.

18

19

20

21

22

23

24

25
```

```
 1                      R. Verney                    72

 2    sometimes they would draft the email and send it to us

 3    for approval.  When it was approved, they would form

 4    it and then they would send it out.

 5              Q      Who did they send it out to?

 6              A      Our email list of about 80,000

 7    people.

 8              Q      How did Project Veritas compile this

 9    list?

10              A      Through opt-in over the years.

11              Q      Were there any additional lists that

12    it was sent out to?

13              A      Not that we would've sent it to.

14    They certainly are representatives of organizations --

15    other organizations on our email list.  They may have

16    sent it to contacts I don't know.  We have no

17    knowledge of that, but we have -- the only the list we

18    had was our database.

19              Q      I want to draw your attention to

20    another exhibit, PV 13, which should be the last one

21    on the table there.

22                      MR. ZIMMERMAN:  PV 173?  It's the

23                  last one we have.

24                      MS. CONLIN:  Yes, yes.  If the court

25                  reporter can mark that as PV 13.
```

1                        R. Verney                    77

2    guarantee it.

3           Q      Let me go back to the subject of

4    Project Veritas's revenue, the gross revenue, which

5    comes from -- is that 100 percent from donors?

6                  MR. ZIMMERMAN:  Object to form.

7           A      Yes.

8           Q      In soliciting donations, has Project

9    Veritas referenced the Wentz video?

10          A      Probably.  As a function of the

11   school investigations, it was probably mentioned.

12          Q      What materials has Project Veritas

13   used to solicit donations?

14          A      The two methods of soliciting

15   donations -- well, there's three.  One is emails

16   solicitations which is sent out through Media Bridge

17   and anybody that responds makes a contribution online

18   on our website.  The direct mail is another way.  We

19   mail out letters about every quarter to potential

20   donors looking for solicitations.  And then personal

21   appeals is the third method of fundraising.

22          Q      Do you know the percentage of funds

23   that come from personal appeal as opposed to the other

24   two methods?

25          A      Roughly, it's probably three to one

```
 1                      R. Verney                78

 2    from personal appeals versus direct mail and email.

 3    But that number fluctuates.  It used to be a lot

 4    higher for personal appeals, but we're increasing our

 5    ability to get donations through email and direct mail

 6    as we are able to grow our solicitation list.

 7            Q      Okay.  Are the personal appeals done

 8    by anyone specifically?

 9            A      Yeah, James O'Keefe.  And more we've

10    recently hired a vice president development, Adam

11    Guillette, who makes some appeals.

12                   MS. CONLIN:  I'm almost done.  I'd

13                   like to take a quick break to look over my

14                   notes.  Do you think we could take maybe

15                   five to ten, ten minutes?

16                   MR. ZIMMERMAN:  Yeah, perfect.

17                   MS. CONLIN:  Okay.  I think we can

18                   wrap up quickly then.  I'm going to hang up

19                   and call back then.

20                   (Whereupon,a short brief was taken.

21                   Time noted 1:19 p.m.)

22                   (Whereupon, the deposition resumed.

23                   Time noted 1:34 p.m.)

24                   MS. CONLIN:  Okay.  Back on the

25                   record.  I just had a few more questions.
```

```
 1              C E R T I F I C A T I O N              84

 2

 3         I, CATHERINE ABRAMO, a Notary Public

 4   in and for 1the State of New York, do hereby certify:

 5         THAT the witness whose testimony is

 6   hereinbefore set forth, was duly sworn by me; and

 7         THAT the within transcript is a true record

 8   of the testimony given by said witness. I further

 9   certify that I am not related, either by blood or

10   marriage, to any of the parties to this action; and

11         THAT I am in no way interested in the

12   outcome of this matter.

13         IN WITNESS WHEREOF, I have hereunto set

14   my hand this 20th day of December, 2018.

15

16

                 _____
17                 CATHERINE ABRAMO

18

19

20

21

22

23

24

25
```