# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 21, 2019

Clerk - Middle District of Florida
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 19-12671-G
Case Style: Steve Wentz v. Project Veritas, et al
District Court Docket No: 6:17-cv-01164-GKS-GJK

The enclosed copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Michaela Dolhancyk, G
Phone #: 404-335-6185

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

---

No. 19-12671-G

---

STEVE WENTZ,

                              Plaintiff - Appellant,

versus

PROJECT VERITAS,
a Virginia corporation, et al.,

                              Defendants - Appellees,

BREITBART NEWS NETWORK, LLC,
a Delaware corporation,

                              Defendant.

---

Appeal from the United States District Court
for the Middle District of Florida

---

ENTRY OF DISMISSAL: Pursuant to Appellant Steve Wentz's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective August 21, 2019.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Michaela Dolhancyk, G, Deputy Clerk

                                                            FOR THE COURT - BY DIRECTION