UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEVE WENTZ,

**Plaintiff,**

v.

Case No: 6:17-cv-1164-Orl-18GJK

PROJECT VERITAS, JAMES
O'KEEFE, III and ALLISON MAASS,

**Defendants.**

## ORDER

This cause came on for consideration without oral argument on Defendants Project Veritas, James O'Keefe, III, and Allison Maass' (collectively, the "Defendants") Motion for Entitlement to Attorneys' Fees and Costs (the "Motion") (Doc. 157), to which Plaintiff Steve Wentz responded in opposition (Doc. 165) and Defendants replied (Doc. 172). The Motion was referred to the United States Magistrate Judge. On July 19, 2019, the United States Magistrate Judge entered a report and recommendation (the "Report and Recommendation") (Doc. 186) recommending that the Motion be granted in part and denied in part. (*See* Doc. 186 at 5-6.) Specifically, the Report and Recommendation suggests that the Motion be granted in that Defendants are awarded costs in the amount of $9,267.51. Otherwise, as explicated in the Report and Recommendation, the Motion should be denied.

On August 2, 2019, Defendants filed their Objection to Report and Recommendation as to Entitlement to Fees under Florida's Anti-Slapp Statute (the "Objection") (Doc. 189), to which Plaintiff filed a response (Doc. 192). After review of the Report and Recommendation, the parties' filings, and *de novo* review of the portions of the Report and Recommendation to which Defendants objected, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Defendants' Objection to Report and Recommendation as to Entitlement to Fees under Florida's Anti-Slapp Statute (Doc. 189) is **OVERRULED**.

2. United States Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 186) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

3. Defendants' Motion for Entitlement to Attorneys' Fees and Costs (Doc. 157) is **GRANTED in part** and **DENIED in part**. Defendants Project Veritas, James O'Keefe III, and Allisson Maass shall be awarded costs in the amount of $9,267.51. In all other respects, the Motion (Doc. 157) is **DENIED**.

4. The Clerk of Court is directed to **ENTER JUDGMENT ACCORDINGLY** and to thereafter **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida, this 23 day of September, 2019.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record